# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR MARCH 3, 2022 AT 2:00 P.M. BEFORE THE HONORABLE BRENDAN L. SHANNON**

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**
>
> **COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsdequpjIsG2ljQzwXxHcQtt7kC7N0MPc**
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**
>
> **ALL PARTIES MUST REGISTER NO LATER THAN 12:00 P.M. (ET) ON MARCH 3, 2022**

**MATTERS GOING FORWARD:**

1. Voluntary Chapter 11 Petition of Lear Capital, Inc. [Docket No. 1, Filed March 2, 2022].

2. Application for Entry of an Order Authorizing Employment and Retention of BMC Group, Inc. as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [Docket No. 4, filed March 2, 2022].

   Objection Deadline:    At the hearing.

   Responses/Objections Received:    None at this time.

   Related Documents:

   A. Declaration of John Ohanesian, President and CEO of Lear Capital, Inc., in Support of First Day Motions [Docket No. 15, filed March 2, 2022].

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

<u>Status</u>: This matter is going forward.

3. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages and Salaries, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers, and (VI) Allowing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [Docket No. 5, filed March 2, 2022].

   <u>Objection Deadline</u>:   At the hearing.

   <u>Responses/Objections Received</u>:   None at this time.

   <u>Related Documents</u>:

   A. Declaration of John Ohanesian, President and CEO of Lear Capital, Inc., in Support of First Day Motions [Docket No. 15, filed March 2, 2022].

   <u>Status</u>: This matter is going forward.

4. Debtor's Motion for Interim and Final Orders Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Suspending the Requirements of Section 345(b); (III) Continued Use of Existing Cash Management System, and (IV) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [Docket No. 6, filed March 2, 2022].

   <u>Objection Deadline</u>:   At the hearing.

   <u>Responses/Objections Received</u>:   None at this time.

   <u>Related Documents</u>:

   A. Declaration of John Ohanesian, President and CEO of Lear Capital, Inc., in Support of First Day Motions [Docket No. 15, filed March 2, 2022].

   <u>Status</u>: This matter is going forward.

5. Motion Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [Docket No. 7, filed March 2, 2022].

    Objection Deadline:   At the hearing.

    Responses/Objections Received:   None at this time.

    Related Documents:

    A. Declaration of John Ohanesian, President and CEO of Lear Capital, Inc., in Support of First Day Motions [Docket No. 15, filed March 2, 2022].

    Status: This matter is going forward.

6. Debtor's Motion Pursuant to Sections 105(a), 507(a)(8), and 541(d) of the Bankruptcy Code for an Interim and Final Order: (I) Authorizing Payment of Prepetition Sales Tax and Other Similar Taxes and Fees; and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor and Pay Checks Issued and Electronic Payments Requests Made Related to Such Taxes and Fee [Docket No. 8, filed March 2, 2022].

    Objection Deadline:   At the hearing.

    Responses/Objections Received:   None at this time.

    Related Documents:

    A. Declaration of John Ohanesian, President and CEO of Lear Capital, Inc., in Support of First Day Motions [Docket No. 15, filed March 2, 2022].

    Status: This matter is going forward.

7. Motion of the Debtor for an Order Under Sections §§ 105(a), 363(b), 363(c), and 503(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Assume Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [Docket No. 9, filed March 2, 2022].

    Objection Deadline:   At the hearing.

    Responses/Objections Received:   None at this time.

Related Documents:

    A. Declaration of John Ohanesian, President and CEO of Lear Capital, Inc., in Support of First Day Motions [Docket No. 15, filed March 2, 2022].

Status: This matter is going forward.

8. Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Prepetition Claims of Shippers and Warehousemen; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief [Docket No. 12, filed March 2, 2022].

Objection Deadline: At the hearing.

Responses/Objections Received: None at this time.

Related Documents:

    A. Declaration of John Ohanesian, President and CEO of Lear Capital, Inc., in Support of First Day Motions [Docket No. 15, filed March 2, 2022].

Status: This matter is going forward.

9. Debtor's Motion for an Order Authorizing Debtor to Honor and Continue Certain Business Practices and Customer Obligations in the Ordinary Course of Business and Granting Related Relief [Docket No. 13, filed March 2, 2022].

Objection Deadline: At the hearing.

Responses/Objections Received: None at this time.

Related Documents:

    A. Declaration of John Ohanesian, President and CEO of Lear Capital, Inc., in Support of First Day Motions [Docket No. 15, filed March 2, 2022].

Status: This matter is going forward.

10. Debtor's Motion for an Order (I) Authorizing Claims and Noticing Agent to Serve Commencement Notice and Approving 2002-1(b) List; (II) Authorizing Debtor to File Names and Contact Information of Customers Under Seal and Maintain Sealed Status; (III) Approving Form and Manner of Notice to Its Customers; and (IV) Granting Related Relief [Docket No. 14, filed March 2, 2022].

Objection Deadline:   At the hearing.

Responses/Objections Received:  None at this time.

Related Documents:

    A. Declaration of John Ohanesian, President and CEO of Lear Capital, Inc., in Support of First Day Motions [Docket No. 15, filed March 2, 2022].

Status: This matter is going forward.

Dated:  March 2, 2022  
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

    and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (*pro hac vice to be filed*)
Melissa Davis Lowe (*pro hac vice to be filed*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 427-1654
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Proposed Counsel to the Debtor and Debtor in Possession*