## **EXHIBIT B**

**Declaration of Lance Miller**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

**DECLARATION OF LANCE MILLER IN SUPPORT**
**OF APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF PALADIN MANAGEMENT GROUP LLC**
**AS FINANCIAL   ADVISOR TO THE DEBTOR *NUNC PRO TUNC* TO THE**
**PETITION DATE AND (II) GRANTING RELATED RELIEF**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Lance Miller, declare:

1.     I am a Partner of Paladin Management Group, LLC ("Paladin"), a financial advisory firm with an office located at 633 West 5th Street, 28th Floor, Los Angeles, CA 90071. I am authorized to execute this declaration (this "Declaration") on behalf of Paladin.  Paladin has been selected as  proposed financial and transaction advisor to Lear Capital Inc. ("Lear" or the "Debtor") in the above-captioned chapter 11 (Subchapter V) case (the "Chapter 11 Case"). Unless otherwise stated, all matters set forth in this Declaration are based on my personal knowledge, my review of relevant documents, information supplied to me by other professionals at Paladin, or my views, including as based upon my experience and knowledge of the Debtors' business and financial condition.  If I were called to testify, I would testify competently to the facts discussed herein.

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

2.      This Declaration is being submitted in connection with the proposed employment and retention of Paladin as financial advisor to the Debtor to perform services as set forth in the *Application for Entry of an Order (I) Authorizing the Retention and Employment of Paladin Management Group LLC as Financial Advisor to the Debtor* Nunc Pro Tunc *to the Petition Date, (II) Granting Related Relief.*[2]  I submit this Declaration in compliance with sections 327, 328, and 1107(a) of the Bankruptcy Code and to provide the disclosure required under Bankruptcy Rules 2014(a), 2016, and 5002 and Rule 2014-1 of the Local Rules.

## PALADIN'S QUALIFICATIONS

3.      Paladin is a national turnaround consulting firm that provides turnaround, business, transaction, advisory, and restructuring services over a multitude of industries and markets. Paladin and its professionals have extensive experience in providing financial advisory services to financially distressed companies, including debtors and debtors in possession, and to creditors, equity holders, asset purchasers, and other constituencies in reorganization proceedings and complex financial restructurings, both in and outside of bankruptcy court.

4.      Paladin and its professionals are experts in large chapter 11 cases, with respect to financial advisory services.  Paladin has been retained to provide services in connection with the restructuring of the following companies, among others, in jurisdictions around the country:  *In re Calplant I Holdco, LLC*, Case No. 21-11302 (Bankr. D. Del. Nov. 18, 2021) ("Calplant"), *In re Easterday Ranches, Inc.*, 21-00141 (Bankr. E.D. Wash.); *In re MD America Energy, LLC*, 20-34966 (Bankr. S.D. Tex.); *In re PP Group, LLC, f/k/a Apex Parks Group, LLC,* 20-10910 (Bankr. D. Del.); *In re Bluestem Brands, Inc.*, 20-10566 (Bankr. D. Del.); *In re Yogaworks, Inc.*, 20-12599 (Bankr. D. Del.); *In re Anthony Levandowski*, 20-30242 (Bankr. N.D. Cal.); *In re SGR Winddown,*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

13504012/1

*Inc., f/k/a Sugarfina, Inc.*, 19-11973 (Bankr. D. Del.); *In re First River Energy, LLC*, 18-50085-CAG11 (Bankr. W.D. Tex.); *In re Beaulieu Group, LLC*, Case No. 17-41677-mgd (Bankr. N.D. Ga.); *In re Quantum Fuel Systems Technologies Worldwide, Inc. d/b/a Quantum Technologies*, Case No. 8:16-BK-11202-MW (Bankr. C.D. Cal.); *In re Revel AC, Inc.*, Case No. 14-22654 (GMB) (Bankr. D.N.J).

5.      The resources, capabilities, and experience of Paladin in advising the Debtor is crucial to the Debtors' chapter 11 strategy.  An experienced financial advisor, such as Paladin, fulfills a critical need that complements the services offered by the Debtors' other restructuring professionals.  The Debtor requires the services of a capable and experienced financial advisor such as Paladin.

6.      Since its initial retention in December 2021, and in the weeks and months leading up to the Petition Date, Paladin provided financial advisory services across an array of potential paths forward for the debtor.  As a result, Paladin has acquired significant knowledge of the Debtors businesses and is intimately familiar with the Debtors' financial affairs, debt structure, business operations, capital structure, key stakeholders, financing documents, and other related material information.  In providing prepetition services to the Debtor, Paladin has worked closely with the Debtor's senior management and its other advisors and has familiarity with the other major stakeholders that will be involved in this case.  Accordingly, Paladin has developed relevant experience and expertise regarding the Debtor that (i) makes Paladin a natural selection as the Debtor's financial and transaction advisor, and (ii) will assist Paladin in providing effective and efficient services in this case.

## NO DUPLICATION OF SERVICES

7.      Paladin believes that its services will not duplicate the services that other professionals will be providing to the Debtor in this case. Specifically, Paladin will carry out unique functions and will use reasonable efforts to coordinate with the Debtors' other retained professionals to avoid unnecessary duplication of services.

## COMPENSATION

8.      In consideration of the services to be provided by Paladin, and as more fully described in the Engagement Letter, subject to the Court's approval, the Debtor has agreed to pay Paladin an hourly amount for all time spent by Paladin and its professionals in this case. Paladin's hourly fees are based on the hours actually expended by Paladin personnel, multiplied by their applicable hourly billing rate for this engagement. Paladin's rates range from $425 to $795 per hour, depending on the personnel assigned to the particular task, and are subject to annual ordinary course increases.

9.      Paladin believes that the fee structure is comparable to those generally charged by financial advisors of similar stature to Paladin for comparable engagements, both in and out of bankruptcy proceedings.

10.     The fees summarized above and described fully in the Engagement Letter are consistent with Paladin's normal and customary billing practices for comparably sized and complex cases and transactions, both in- and out-of-court, involving the services to be provided in connection with case. Moreover, the fee is consistent with and typical of arrangements entered into by Paladin and other financial advisors in connection with the rendering of comparable services to clients such as the Debtors. Paladin and the Debtor believe that fee structure is both reasonable and market-based.

4

11.     Other than as set forth in this Application or in the Engagement Letter, there is no proposed arrangement between the Debtor and Paladin for compensation to be paid in this case. Paladin has not shared or agreed to share any of its compensation from the Debtor with any other person, other than as permitted by section 504 of the Bankruptcy Code.

## PALADIN'S DISINTERESTEDNESS AND PAYMENTS TO PALADIN PRIOR TO THE PETITION DATE

12.     Paladin has provided prepetition financial and restructuring services to the Debtor. During the one-year period prior to the commencement of this case, Paladin received $316,224.67 from the Debtor for services performed and expenses incurred prior to the Petition Date. In addition, Paladin received, and continues to hold $173,559.33 as a retainer from the Debtor.

13.     In connection with its proposed retention by the Debtor in this case, Paladin reviewed its connections the Potential Parties in Interest listed on **Schedule 1** attached hereto. To the best of my knowledge and belief, Paladin has not represented any Potential Parties in Interest in connection with matters relating to the Debtor, its estate, assets, or business within the three years prior to the date hereof and will not represent other entities which are creditors of, or have other relationships to, the Debtor in matters relating to this case.

14.     To the best of my knowledge, neither Paladin nor I, nor any other employee of Paladin that will work on the Debtors' engagement, has any connection with or holds any interest adverse to the Debtors', estates or the Potential Parties in Interest, except (i) as set forth in **Schedule 2** and (ii) as otherwise set forth below:

> Certain professionals presently employed by Paladin, may have been formerly employed by other financial services or other professional services firms that may be among, or may represent other parties that are among, the creditors, equity holders, or other parties-in-interest in this case. While employed by other firms, certain professionals presently employed by Paladin may have represented creditors, equity holders or other parties-in-interest in this case in connection with matters unrelated to the Debtor and this case. Paladin does not believe that any of these activities constitute interests adverse to the Debtor's estate.

5

15.     I am not related or connected to and, based on a review of Paladin's records, no other professional of Paladin who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, or any employee in the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

16.     Accordingly, except as otherwise set forth herein, insofar as I have been able to ascertain, no employee of Paladin who will work on this engagement holds or represents any interest adverse to the Debtor or its estate, and I believe that Paladin is a "disinterested person" as that term is defined in Bankruptcy Code § 101(14), as modified by § 1107(b) of the Bankruptcy Code, in that Paladin and the Paladin professionals and employees who will work on the engagement:

are not creditors, equity security holders, or insiders of the Debtor;

were not, within two years before the date of filing of the Debtor's chapter 11 petition, a director, officer, or employee of the Debtor; and

do not have an interest materially adverse to the interest of the Debtor's estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtor, or for any other reason.

17.     It is Paladin's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, Paladin will promptly file a supplemental declaration.

*[Continued on next page]*

13504012/1

18.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Paladin Management Group, LLC

Dated: March 15, 2022

*/s/ Lance Miller*
Lance Miller

# SCHEDULE 1 TO THE DECLARATION

## Potential Parties in Interest

| Category | Parties |
|---|---|
| Utilities | AT&T |
| | City of Newport Beach |
| | Dial 800 |
| | DialogTech |
| | Frontier |
| | Gsolutionz |
| | Intermedia |
| | J2 EFax Services |
| | Linear B Networks, Inc |
| | Olmstead Williams Communications |
| | Spectrum |
| | Time Warner Cable |
| | Tower Data |
| | TPx Communications |
| | Vast Conference |
| | Verizon |
| | Verizon Business |
| | Verizon Wireless |
| | Vonage |
| | Zoom |
| Banks | American Express |
| | Axos Bank |
| | Banc Of California |
| | Cardflex, Inc |
| | M&T Bank |
| Shippers & Warehousemen | Brinks |
| | Delaware Depository Service Co |
| | Federal Express |
| | UPS |
| | UPS Supply Chain Solutions, Inc. |
| | Wilshire Coin II LP |
| Insurance | Associated Insurance Industries |
| | Federal Insurance Company |
| Government Agency & Tax Authority | Administrative Office |
| | Alabama Public Service Commission |
| | Alabama Securities Commission |
| | Alaska Department of Law Consumer Protection Unit |
| | Arizona Attorney General's Office – CSS |
| | Arkansas Atty General Consumer Protection Division |
| | Arkansas Securities Department |

Attorney General
Attorney General
Attorney General
Attorney General - Consumer Division
Attorney General Bureau of Consumer Protection
Attorney General Consumer Fraud Unit
Attorney General Consumer Protection Division
Attorney General Consumer Protection Division
Attorney General Consumer Protection Division
Attorney General Consumer Protection Division
Attorney General Consumer Protection Division
Attorney General Consumer Protection Section
Attorney General of American Samoa
Attorney General Office of Consumer Protection
Attorney General Office of Consumer Protection
Atty General Consumer Protection & Antitrust Unit
Bettina Dunn, Paralegal Specialist (3RC60)
Bureau of Securities Office of the New Jersey
Bureau of Securities Regulation
Chief Financial Officer
Comissioner
Commodity Futures Trading Commission
Commonwealth of Massachusetts
Communications Director
Consumer and Environmental Protection Division
Consumer Div of the Office of the Atty General
Consumer Finance Protection Bureau
Consumer Protection Division
Consumer Protection Division
Corporation Commission Securities Division
DCBS Deputy Director
DCBS Director
DCBS Diversity, Equity, and Inclusion Manager
DCBS Employee Services Director
DCBS Executive Assistant
DCBS External Affairs Director
DCBS Internal Auditor
DCBS Lead Worker/Communications Officer
DCBS Multicultural Communications Program Manager
DCBS Senior Policy Advisor
Delaware Attorney General
Delaware Secretary of State
Delaware State Treasury
Department of Banking and Securities
Department of Banking Securities

2

Department of Commerce, Community, & Economic Dev
Department of Consumer Affairs
Department of Financial Protection and Innovation
Department of Insurance, Securities & Banking
Department of Justice Division of Securities
Department of Law and Public Safety
Department of Treasury
Dept of Business & Industry Consumer Affairs Div
Dept of Financial Institutions Securities Div
Dept of Justice Fraud & Consumer Protection Div
Dept of Justice, United States Attorney's Office
Dept of Professional & Financial Regulation Office
Dept of Regulatory Agencies Div of Securities
Deputy Attorney General
Deputy Comissioner / Attorney
Deputy Legislative Director
Director of Civil Rights
Director of Consumer Outreach & Education
Examiner / Investigator
Examiner / Investigator
Federal Communications Commission
Fintech Examiner / Investigator
Florida Dept of Agriculture & Consumer Services
Florida Office of Financial Regulation
Franchise Examiner / Budget Adminstrator
Franchise Tax Board
Franchise Tax Board
Hawaii Department of Commerce & Consumer Affairs
Hawaii Division of Business Registration
Idaho Department of Finance
Indiana Securities Division
Insurance Department Securities Commission
Insurance Division Securities
Internal Revenue Service
Internal Revenue Service
Justice Department, Commonwealth of Puerto Rico
Legislative Director
Los Angeles County District Attorney's Office
Maine Office of Securities
Maryland Attorney General Division of Securities
Maryland Office of the Attorney General
Massachusetts Securities Division
Michigan Corporations, Securities
Michigan Department of Treasury
Minnesota Department of Commerce

3

Mississippi Attorney General`s Office
Missouri Attorney General`s Office
Missouri Atty General Consumer Protection Section
Montana Department of Justice Office of
Montana Office of the State Auditor
Natl Assn of Attorneys General
Nebraska Attorney General's Office
Nebraska Atty General Consumer Protection Bureau
Nebraska Department of Banking & Finance
Nevada Bureau of Consumer Protection
Nevada Secretary of State
New Hampshire Department of Justice
New Jersey Division of Consumer Affairs
New York State Department of State Division of
NYS Dept of State Division of Licensing Services
Office of Consumer Affairs & Business Regulation
Office of Financial Institutions Securities Div
Office of Securities
Office of the Attorney General
Office of the Attorney General
Office of the Attorney General
Office of the Attorney General
Office of the Attorney General
Office of the Attorney General
Office of the Attorney General
Office of the Attorney General
Office of the Attorney General
Office of the Attorney General
Office of the Attorney General
Office of the Attorney General and Reporter
Office of the Attorney General, State of Alabama
Office of the Attorney General, State of Alaska
Office of the Attorney General, State of Arizona
Office of the Attorney General, State of Arkansas
Office of the Attorney General, State of Colorado
Office of the Attorney General, State of Delaware
Office of the Attorney General, State of Florida
Office of the Attorney General, State of Georgia
Office of the Attorney General, State of Hawaii
Office of the Attorney General, State of Idaho
Office of the Attorney General, State of Illinois
Office of the Attorney General, State of Indiana
Office of the Attorney General, State of Iowa
Office of the Attorney General, State of Kansas
Office of the Attorney General, State of Louisiana

4

Office of the Attorney General, State of Maine
Office of the Attorney General, State of Maryland
Office of the Attorney General, State of Minnesota
Office of the Attorney General, State of Montana
Office of the Attorney General, State of Nevada
Office of the Attorney General, State of New York
Office of the Attorney General, State of Ohio
Office of the Attorney General, State of Oregon
Office of the Attorney General, State of Texas
Office of the Attorney General, State of Utah
Office of the Attorney General, State of Wisconsin
Office of the Attorney General, State of Wyoming
Office of the Atty General, District of Columbia
Office of the Atty General, State of California
Office of the Atty General, State of Connecticut
Office of the Atty General, State of Michigan
Office of the Atty General, State of New Hampshire
Office of the Atty General, State of New Jersey
Office of the Atty General, State of New Mexico
Office of the Atty General, State of North Dakota
Office of the Atty General, State of Rhode Island
Office of the Atty General, State of South Dakota
Office of the Atty General, State of Washington
Office of the Atty General, State of West Virginia
Office of the Secretary of State Regulation
Office of the Secretary of State Securities Dept
Office of the United States Trustee
Ohio Securities Commissioner
Oklahoma Attorney General
Oklahoma Attorney General's Office
OKLAHOMA DEPARTMENT OF SECURITIES
Pennsylvania Office of Attorney General
Public Service Commissioner, Central District
Public Service Commissioner, Northern District
Public Service Commissioner, Southern District
Puerto Rico Commissioner of Financial Institutions
Puerto Rico Department of Consumer Affairs
Rhode Island Atty General Consumer Protection Unit
Rhode Island Department of Business Regulation
Secretary of State
Secretary of State
Secretary of State - Telephonic Seller
Secretary of State - Telephonic Seller
Secretary of State Investor Protection
Secretary of State Securities Division

5

13504012/1

| | |
|---|---|
| | Securities & Exchange Commission |
| | Securities & Exchange Commission |
| | Securities and Exchange Commission |
| | Securities and Exchange Commission |
| | Securities and Exchange Commission |
| | Securities Div Wyoming Secretary of State's Office |
| | Securities Examiner / Investigator |
| | Social Security Administration |
| | South Carolina Department of Consumer Affairs |
| | South Carolina Securities Division |
| | South Dakota Dept of Labor & Regulation Division |
| | South Dakota Office of Attorney General |
| | Special Counsel to the Attorney General |
| | Supervisor, Examinations / Investigation |
| | TENNESSEE Atty General Div of Consumer Affairs |
| | TENNESSEE Department of Commerce |
| | Texas Atty General Consumer Protection Division |
| | Texas State Securities Board |
| | U S Department of Justice |
| | U S Secret Service |
| | U.S. Attorney`s Office |
| | Utah Department of Commerce |
| | Utah Dept of Commerce Division of Securities |
| | Utah Division of Securities |
| | Vermont Attorney General Consumer Protection Unit |
| | Vermont Attorney General's Office |
| | Vermont Department of Financial Regulation |
| | Virginia Attorney General Consumer Protection |
| | Virginia State Corporation Commission |
| | Washington Attorney General |
| | Washington Department of Financial Institusions |
| | Washington State Dept of Financial Institutions |
| | West Virginia Attorney General |
| | West Virginia State Auditor's Office |
| | Wisconsin Attorney General Consumer Protection |
| | Wisconsin Department of Financial Institutions |
| | Wisconsin Dept of Agriculture, Trade & Consumer |
| Vendors | ABM Parking Services |
| | ABM Parking Services-The Trillium |
| | Admediary LLC |
| | Administrative Solutions, Inc |
| | Adthena Inc. |
| | American Express |
| | Ameritas Life Insurance Co. |
| | Avalara, Inc |

6

Baker Tilly US, LLP
Ben Lamiel, MCITP
Blue Shield of California
Brady B Advertising
Business Consumer Alliance
Calsavers
Chamberlain, Hrdlicka
Contract Center Compliance Corp
Cosgrove Law LLC
Covington & Burling LLP
Curata, Inc
Cyberactive Consulting, LLC
DDSC
Douglas Emmett 2007, LLC
Douglas Emmett Realty Fund 2002, LLC
Douglas R Slone
Entrust
Equity Trust
Essential Accessibilty
Evolve Tele-Services, Inc.
Extreme Reach Inc
Federal Express
feefo
Franchise Tax Board
Genesis Consulting
GreenspoonMarder
Helium SEO
iDiscover
IDS
Industry Council for Tangible Assets
Intermedia
Jordan-Media, LLC
K Maree Education Services
Konica Minolta Premier Finance
Linear B Networks, Inc
Marketing Insider Group LLC
Marketing Maven Public Relations, Inc.
Mitchell Silberberg & Knupp
Mutual of Omaha
NACS
National Greens
Netcore Cloud, Inc.
New Creation Consulting
New Directions IRA
New Mexico Taxation and Revenue Dept

13504012/1

NEWPORT IRVINE CENTER, LLC
NFusion Solutions, LLC
North Am Collectibles Assoc
Office of Finance, City of Los Angeles
Oklahoma Attorney General's
Opinion Corp
Parks Coffee California, Inc
Paychex, Inc.
Precious Metals Retailers Association
Quadient Leasing USA, Inc.
Quadient, Inc
R&B Storage, LP
Rachel Mills
Reveald Films, Inc
Review Recruiters, LLC
Secretary of State of Arkansas
Sixfifty Technologies, LLC
SSD Alarm
State of Utah
STRATA
The Cook Law Firm
The Printing Connection
Time Warner Cable
Toshiba Financial Services
TPx Communications
Trans Union LLC
TrustPilot, Inc.
Two D Productions
Unique Plant Rentals Inc.
UPS
Venator
Verizon Business
Verizon Wireless
WageWorks, Inc.
WC3 Wholesale, Inc
Wells Fargo Bank
White & Case LLP
William Rice

8

**SCHEDULE 2 TO THE DECLARATION**

**<u>Relationships with Potential Parties in Interest</u>**

None.