**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | **Re: Docket Nos. 8, 29** |

## CERTIFICATE OF NO OBJECTION

I, Jeffrey R. Waxman, hereby certify as follows:

On March 2, 2022, Morris James LLP ("Morris James"), proposed counsel for the above-captioned debtor and debtor-in-possession (the "Debtor"), filed the *Debtor's Motion Pursuant to Sections 105(a), 507(a)(8), and 541(d) of the Bankruptcy Code for an Interim and Final Order: (I) Authorizing Payment of Prepetition Sales Tax and Other Similar Taxes and Fees; and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor and Pay Checks Issued and Electronic Payments Requests Made Related to Such Taxes and Fee* (the "Motion") [D.I. 8].

On March 4, 2022 the Court entered the *Interim Order Pursuant To Sections 105(A), 507 (A)(8), and 541(D) of the Bankruptcy Code: (I) Authorizing Payment of Prepetition Sales Tax and Other Similar Taxes and Fees; and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor and Pay Checks Issued and Electronic Payments Requests Made Related to Such Taxes and Fee* (the "Interim Order") [D.I. 29].

The deadline to object to the Motion was March 17, 2022.

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

13512291/1

2

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon. The Debtor respectfully requests that the Court enter the Final Order granting the Motion, a copy of which was attached as <u>Exhibit B</u> to the Motion.

| | |
|---|---|
| Dated: March 21, 2022<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |