# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                     **Chapter:** 11

LEAR CAPITAL, INC.
1990 S. Bundy Drive
Suite 660
Los Angeles, CA 90025
  **EIN:** 95–4637197                                **Case No.:** 22–10165–BLS

### ORDER SETTING STATUS CONFERENCE

***IT IS ORDERED*** that a Status Conference will be held on 4/27/2022, at 11:00 AM in the United States Bankruptcy Court, 824 N. Market Street, Wilmington Delaware, Courtroom # 1. Debtor's Counsel is required to attend the hearing. The Subchapter V Trustee is required to attend the hearing.

In accordance with 11 U.S.C. § 1188(c), a Pre–Status Conference Report must be filed by the debtor not later than fourteen (14) days before the date of the initial status conference. *Local Form 136 Subchapter V Status Report* can be found at http://www.deb.uscourts.gov/content/local–forms.

Brendan Linehan Shannon
United States Bankruptcy Judge

Dated: 3/29/22

(VAN–495)