# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 3/29/2022 |
| Case: 22−10165−BLS | Form ID: van495 | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| tr  | Jami B Nimeroff | jnimeroff@bmnlawyers.com |
| aty | Brya Michele Keilson | bkeilson@morrisjames.com |
| aty | Jeffrey R. Waxman | jwaxman@morrisjames.com |
| aty | Rosa Sierra | rosa.sierra@usdoj.gov |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db  | LEAR CAPITAL, INC. | 1990 S. Bundy Drive | Suite 660 | Los Angeles, CA 90025 | |
| aty | Alan J. Friedman | Shulman Bastian Friedman & Bui LLP | 100 Spectrum Center Drive | Suite 600 | Irvine, CA 92618 |
| aty | Melissa Davis Lowe | Shulman Bastian Friedman & Bui LLP | 100 Spectrum Center Drive | Suite 600 | Irvine, CA 92618 |

TOTAL: 3