# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | **Re: Docket Nos. 46, 79** |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SHULMAN BASTIAN FRIEDMAN & BUI LLP AS BANKRUPTCY COUNSEL TO THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

Upon consideration of the Application of Lear Capital, Inc., the debtor and debtor in possession herein ("Debtor") for entry of an Order authorizing the employment and retention of Shulman Bastian Friedman & Bui LLP ("SBFB") as the Debtor's bankruptcy counsel *nunc pro tunc* to the Petition Date ("Application")[2]; all as more fully described in the Application; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided; and it appearing that no other or further notice need be provided; and a hearing, if any, having been held to consider the relief requested in the Application (the "Hearing"); and due and proper notice of the Hearing, if any, having been provided; and upon the record of the Hearing, if any, and all of the proceedings had before the Court; and upon the Friedman Declaration; and the Court having found and determined that the relief sought in the

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Application

13548095/1

Application is in the best interests of the Debtor, its estate, and creditors, and all parties in interest and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. The Debtor is authorized, pursuant to section 327 of the Bankruptcy Code, to employ and retain SBFB as its bankruptcy counsel on the terms and conditions set forth in the Application and the Friedman Declaration as modified in this Order, *nunc pro tunc* to the Petition Date.

3. SBFB shall be entitled to an allowance of compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case upon the filing and subsequent approval of interim and final applications pursuant to the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and such other orders as this Court may direct.

4. SBFB shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case in compliance with sections 330 and 331 of the Bankruptcy Code, and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and such other procedures as may be fixed by order of the Court.

5. SBFB shall apply any remaining portion of the Retainer remaining at the time of allowance of its final fee application in satisfaction of compensation and reimbursement awarded with respect to such application, and promptly pay to the Debtor's estate any remaining Retainer after such application.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

8. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: April 8th, 2022**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**