UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: Lear Capital, Inc.

Case No.: 22-10165 (BLS)

Chapter: 11 (Small Business Subchapter V)

Judge: Brendan L. Shannon

## SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: March 2, 2022

Subchapter V Trustee: Jami Nimeroff

Has the debtor attended an initial debtor interview?  Yes ☒   No ☐

If no, please explain:

Has the trustee concluded the 341 meeting?  Yes ☐   No ☒

If no, please explain: Initial 341 meeting occurred on April 7, 2022 and has been continued.

Has the debtor filed all postpetition financial reports?  Yes ☒   No ☐

If no, please explain:

Has the debtor filed all monthly operating reports?  Yes ☒   No ☐

If no, please explain:

Is all relevant insurance in place and current?  Yes ☒   No ☐

If no, please explain:

| | | |
|---|---|---|
| Has the debtor filed all applicable tax returns? | Yes ■ | No ☐ |

If no, please explain: _____

| | | |
|---|---|---|
| Has the debtor paid all taxes entitled to administrative expense priority? | Yes ■ | No ☐ |

If no, please explain: _____

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

Debtor has had preliminary discussions with counsel for the National Association of Attorneys General and the North American Securities Administrators Association regarding the potential resolution of outstanding issues.  Debtor hopes to continue that process and will enlist the assistance of the Subchapter V trustee as well.

Other relevant information:

Bar date for filing claims by non-governmental entities is May 1, 2022.
All first day and other motions have been resolved.  The only pending motion at this time relates to the assumption and continuation of Debtor's surety bond program.

Note: **Debtor must file a plan not later than 90 days after entry of order for relief,** unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the Subchapter V Trustee and all parties in interest.

Date: 4/13/2022                                   Lear Capital, Inc.
                                                  Debtor

Date: _____                              _____
                                                  Joint Debtor

**LF 136**

2