IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Lear Capital, Inc.            )
                      Chapter 11   )
                                 )  Case No. 22-10165 (BLS)
                      Debtor.          )
                                 )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Karen Cordry to represent the Alabama Securities Commission, *et al.* in this action.

Signed: ___/s/ Edward K. Black___
Edward K. Black, Del. Bar No. 5302
Delaware Department of Justice
820 North French Street, C600
Wilmington, Delaware 19801
(302) 577-4209

Date: 04/19/2022

## CERTIFICATION BY GOVERNMENT ATTORNEY TO BE ADMITTED PRO HAC VICE

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Alabama Securities Commission, the California Department of Financial Protection & Innovation, the Missouri Secretary of State Securities Division, and the Corporate Oversight Division of the Michigan Department of the Attorney General, among other governmental agencies in this action: I am admitted to practice law in the District of Columbia. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been (or will be) paid to the Clerk of Court.

Signed: ___/s/ Karen Cordry___

Date: 04/19/2022

Karen Cordry, Bankruptcy Counsel
National Association of Attorneys General
1850 M St., NW
Washington, DC 20036
(202) 326-6025
(301) 933-3640
Email: kcordry@naag.org

1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission is granted.

_____                    _____
Date                                              United States Bankruptcy Court Judge