# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | **Re: Docket No. 124** |

## CERTIFICATE OF NO OBJECTION

I, Brya M. Keilson, hereby certify as follows:

On April 15, 2022, Shulman Bastian Friedman & Bui LLP ("SBFB"), bankruptcy counsel for the above-captioned debtor and debtor-in-possession (the "Debtor"), filed the *First Monthly Fee Application of Shulman Bastian Friedman& Bui LLP, Bankruptcy Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 2, 2022 Through March 31, 2022* (the "Application") [D.I. 124].

The deadline to object to the Application was April 25, 2022.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement Professionals* [D.I. 118], no further order is required, and SBFB is entitled to receive 80% of its fees ($81,645.60) and 100% of its expenses ($241.96).

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

13574693/1

| | |
|---|---|
| Dated: April 26, 2022<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: bkeilson@morrisjames.com<br><br>*Counsel to the Debtor and Debtor in Possession* |