**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | **Re: Docker No. 130** |

**DEBTOR AND MOVANTS CONSOLIDATED**
**NOTICE OF EXHIBIT LIST FOR HEARING MAY 4, 2022**

In accordance with the Court's chamber's procedures, the debtor and debtor-in-possession (the "Debtor") and the Movants Jacqui Lundy, David. S. Clark and Greg Godek (collectively "Movants" and together with the Debtor, the "Parties") submit the following exhibit list in connection with the May 4, 2022 hearing (the "Hearing") on the *Motion of Client Creditors for Entry of an Order (I) Appointing an Official Committee of Contingent Litigation Customers Pursuant to 11 U.S.C. § 1102(a)(3); (II) Extending the Deadline to Submit a Proof of Claim Pursuant to Bankruptcy Rule 3003(c)(3); and (III) Granting Related Relief* [Docket No. 130] (the "Motion").

Further, the Parties may present the following exhibits into evidence:

| Ex. No. | Date | Description | Docket Number |
|---|---|---|---|
| 1. | 4/29/2022 | Proof of Claim of David S. Clark (Claim No. 97) | |
| 2. | 4/29/2022 | Proof of Claim of Greg Godek (Claim No. 117) | |
| 3. | 4/29/2022 | Proof of Claim of Jacqui Lundy (Claim No. 122) | |
| 4. | 3/9/2022 | Case Commencement Notice | 38-1 |

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

13589978/3

| Ex. No. | Date | Description | Docket Number |
|---|---|---|---|
| 5. | 3/10/2022 | Publication Notice | 41 |
| 6. | 3/2/2022 | Petition | 1 |
| 7. | 3/30/2022 | Schedules of Assets and Liabilities | 89 |
| 8. | 3/30/2022 | Statement of Financial Affairs | 90 |

Dated: May 3, 2022
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*

13589978/3