**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 Subchapter V |
| LEAR CAPITAL INC., | ) Case No. 22-10165 (BLS) |
| Debtor. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Steven G. Polard to represent Argonaut Insurance Group in the above-captioned case.

/s/ Raymond H. Lemisch
Raymond H. Lemisch (DE Bar No. 4204)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Email: rlemisch@klehr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Steven G. Polard
Ropers Majeski
445 South Figueroa Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 312-2000
Email: steven.polard@ropers.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.