## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**LEAR CAPITAL, INC.,**<br><br>　　　　**Debtor.** | **Chapter 11 – Sub V**<br><br>**Case No.: 22-10165-BLS** |

### CERTIFICATE OF SERVICE RE

Docket
No. 171

DEBTOR'S OBJECTION TO MOTION OF CLIENT CUSTOMERS FOR ENTRY OF AN ORDER (I) APPOINTING AN OFFICIAL COMMITTEE OF CONTINGENT LITIGATION CUSTOMERS PURSUANT TO 11 U.S.C. § 1102(a)(3); (II) EXTENDING THE DEADLINE TO SUBMIT A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3); AND (III) GRANTING RELATED RELIEF

I, Bradford Daniel, state as follows:

1.　　　I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2.　　　On April 30, 2022, at the direction of Morris James LLP, Counsel to the Debtor and Debtor in Possession, copies of the above referenced document were served as described below on the parties listed on the attached Exhibit A via the modes of service indicated therein:

Exhibit A　　　　The Core/2002 Parties referenced in Service List No. 2923.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 6th day of May, 2022 at New York, New York.

_____/s/ Bradford Daniel_____
Bradford Daniel

**Exhibit A - Certificate of Service**
**LEAR CAPITAL, INC. 22-10165**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 2923 | , hannah.mccollum@usdoj.gov | **Electronic** |
| 2923 | , rosa.sierra@usdoj.gov | **Electronic** |
| 2923 | , csamis@potteranderson.com | **Electronic** |
| 2923 | , eschlecker@potteranderson.com | **Electronic** |
| 2923 | , rmcneill@potteranderson.com | **Electronic** |
| 2923 | , ddepta@morrisjames.com | **Electronic** |
| 2923 | , callcenter@bmcgroup.com | **Electronic** |
| 2923 | , learcapital@bmcgroup.com | **Electronic** |
| 2923 | , gbolanos@bmcgroup.com | **Electronic** |
| 2923 | , jnimeroff@bmnlawyers.com | **Electronic** |