IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 – Sub V |
| LEAR CAPITAL, INC., | Case No.: 22-10165-BLS |
| Debtor. | |

CERTIFICATE OF SERVICE RE

Docket No. 172    NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 4, 2022 AT 1:00 P.M. (ET)

I, Bradford Daniel, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthoprne, California 90250.

2. On May 2, 2022, at the direction of Morris James LLP, Counsel to the Debtor and Debtor in Possession, copies of the above referenced document were served as described below on the parties listed on the attached Exhibit A via the modes of service indicated therein:

Exhibit A    The Core/2002 Parties referenced in Service List Nos. 76789 and 76790.

The Affected Parties referenced in Service List Nos. 76791 and 76792.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 6th day of May, 2022 at New York, New York.

      /s/ Bradford Daniel
      Bradford Daniel

# Lear Capital

**Total number of parties: 36**

## Exhibit A - Lear Capital

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 76790 | BANC OF CALIFORNIA, 3 MAC ARTHUR PLACE, SANTA ANA, CA, 92707 | US Mail (1st Class) |
| 76789 | BROWN MCGARRY NIMEROFF LLC, JAMI NIMEROFF, ESQ., JNIMEROFF@BMNLAWYERS.COM | E-mail |
| 76790 | BROWN MCGARRY NIMEROFF LLC, JAMI NIMEROFF, PARTNER, TWO PENN CENTER,, SUITE 610, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 76789 | CHEKIAN LAW OFFICE, MICHAEL CHEKIAN, ESQ., (RE: CARLOS GUILLEN), MIKE@CHEKLAW.COM | E-mail |
| 76790 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 76790 | INTERNAL REVENUE SERVICE, (RE: TAXING AUTHORITY), 1500 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20229 | US Mail (1st Class) |
| 76789 | LEAR CAPITAL, JOHN OHANESIAN, J_OHANESIAN@LEARCAPITAL.COM | E-mail |
| 76789 | MARYLAND OFFICE OF THE ATTY GENERAL, MAX F. BRAUER, (RE: COUNSEL FOR THE STATE OF MARYLAND), MBRAUER@OAG.STATE.MD.US | E-mail |
| 76789 | MITCHELL SILBERBERG & KNUPP LLP, SETH E. PIERCE, SEP@MSK.COM | E-mail |
| 76789 | MORRIS JAMES LLP, JEFFREY R. WAXMAN;BRYA M. KEILSON, (RE: PROPOSED DEBTOR COUNSEL), BKEILSON@MORRISJAMES.COM | E-mail |
| 76789 | MORRIS JAMES LLP, JEFFREY R. WAXMAN;BRYA M. KEILSON, (RE: PROPOSED DEBTOR COUNSEL), JWAXMAN@MORRISJAMES.COM | E-mail |
| 76789 | NATL ASSN OF ATTORNEYS GENERAL, KAREN RUTH CORDRY, KCORDRY@NAAG.ORG | E-mail |
| 76790 | NORTHAMERICAN SECURITIES ADMINASSOC, 750 1ST STREET NE, SUITE 1140, WASHINGTON, DC, 20002 | US Mail (1st Class) |
| 76789 | OFC OF THE ATTY GEN OF WASHINGTON, STEPHEN MANNING, (RE: CNSEL FOR THE WASHINGTON STATE DEPT), STEPHEN.MANNING@ATG.WA.GOV | E-mail |
| 76789 | OFC OF THE TN ATTY GEN & REPORTER, LAURA L. MCCLOUD, SR ASST ATTY GEN, (RE: STATE OF TENNESSEE), AGBANKDELAWARE@AG.TN.GOV | E-mail |
| 76789 | OFFICE OF THE ATTORNEY GENERAL, ROBERT FINKE; INDIA KIDD-AARON, (RE: COLORADO DIVISION OF SECURITIES), INDIA.KIDD-AARON@COAG.GOV | E-mail |
| 76789 | OFFICE OF THE ATTORNEY GENERAL, ROBERT FINKE; INDIA KIDD-AARON, (RE: COLORADO DIVISION OF SECURITIES), ROBERT.FINKE@COAG.GOV | E-mail |
| 76789 | OFFICE OF THE ATTY GENERAL OF TEXAS, JASON B. BINFORD; ABIGAIL R. RYAN, (RE: TEXAS STATE SECURITIES BOARD), JASON.BINFORD@OAG.TEXAS.GOV | E-mail |
| 76789 | OFFICE OF THE ATTY GENERAL OF TEXAS, JASON B. BINFORD; ABIGAIL R. RYAN, (RE: TEXAS STATE SECURITIES BOARD), ABIGAIL.RYAN@OAG.TEXAS.GOV | E-mail |
| 76789 | OFFICE OF THE UNITED STATES TRUSTEE, ROSA SIERRA, HANNAH MUFSON MCCOLLUM, (RE: UST), ROSA.SIERRA@USDOJ.GOV | E-mail |
| 76789 | OFFICE OF THE UNITED STATES TRUSTEE, ROSA SIERRA, HANNAH MUFSON MCCOLLUM, (RE: UST), HANNAH.MCCOLLUM@USDOJ.GOV | E-mail |
| 76789 | PALADIN MANAGEMENT GROUP, ATT: LANCE MILLER, (RE: DEBTOR), LMILLER@PALADINMGMT.COM | E-mail |
| 76789 | PALADIN MANAGEMENT GROUP, ATT: PAULA SOSAMON, (RE: DEBTOR), PSOSAMON@PALADINMGMT.COM | E-mail |
| 76791 | POTTER ANDERSON & CORROON LLP, CSAMIS@POTTERANDERSON.COM | E-mail |
| 76791 | POTTER ANDERSON & CORROON LLP, RMCNEILL@POTTERANDERSON.COM | E-mail |
| 76791 | POTTER ANDERSON & CORROON LLP, ESCHLECKER@POTTERANDERSON.COM | E-mail |
| 76792 | POTTER ANDERSON & CORROON LLP, C.M. SAMIS; R.S. MCNEILL;, E.R. SCHLECKER, 1313 N. MARKET STREET, 6TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 76790 | SECURITIES & EXCHANGE COMMISSION, (RE: GOVT AGENCY), 100 F STREET, NE, WASHINGTON, DC, 20549-2001 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 76790 | SECURITIES & EXCHANGE COMMISSION, ANDREW CALAMARI, REGIONAL DIRECTOR, (RE: GOVT AGENCY), NEW YORK REGIONAL OFFICE, BROOKFIELD PL, 200 VESEY ST, STE400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 76789 | SHULMAN BASTIAN FRIEDMAN & BUI LLP, ALAN J. FRIEDMAN;MELISSA DAVIS LOWE, (RE: PROPOSED DEBTOR COUNSEL), MLOWE@SHULMANBASTIAN.COM | E-mail |
| 76789 | SHULMAN BASTIAN FRIEDMAN & BUI LLP, ALAN J. FRIEDMAN;MELISSA DAVIS LOWE, (RE: PROPOSED DEBTOR COUNSEL), AFRIEDMAN@SHULMANBASTIAN.COM | E-mail |
| 76789 | THE COOK LAW FIRM, P.C., PHILIP E COOK, MANAGING ATTORNEY, PCOOK@COOKLAWFIRM.LA | E-mail |
| 76789 | TN DEPT OF REVENUE, LAURA L. MCCLOUD, AGBANKDELAWARE@AG.TN.GOV | E-mail |
| 76789 | U.S. ATTORNEY`S OFFICE-DIST. OF DE, ATTN: AUSA ELLEN SLIGHTS, (RE: COUNSEL TO GOVT AGENCY), USADE.ECFBANKRUPTCY@USDOJ.GOV | E-mail |
| 76789 | VERMONT DEPT OF FNANCIAL REGULATION, JENNIFER ROOD, (RE: COUNSEL FOR STATE OF VERMONT), JENNIFER.ROOD@VERMONT.GOV | E-mail |
| 76789 | WISCONSIN DEPARTMENT OF JUSTICE, MICHAEL D. MORRIS, (RE: STATE OF WISCONSIN), MORRISMD@DOJ.STATE.WI.US | E-mail |

**Subtotal for this group: 36**