IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | **Re: Docket No. 217** |

**BRIDGE ORDER EXTENDING DEADLINES,
INCLUDING DEADLINE TO FILE A CHAPTER 11 PLAN**

This matter coming before the Court on the request of the above-captioned debtor (the "Debtor"), and other parties in interest; this Court has jurisdiction over the Debtor, its estate, property of its estate and to consider the relief requested herein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, (i) this Court may enter a final order consistent with Article III of the United States Constitution, (ii) this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (iii) venue of this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409; and (iv) under the circumstances, adequate notice was given to the US Trustee, Subchapter V Trustee, Filing States and the Contingent Litigation Customers and this Court having considered the relief sought and having found and that cause exists to grant to the relief requested; IT IS HEREBY

ORDERED THAT the response deadline to the Motion to Dismiss [Docket No. 130] shall be continued through and including July 1, 2022, and the Motion to Dismiss shall be heard at the following omnibus hearing; and it is further

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

13625257/2
13625257/2

ORDERED THAT the deadline for the Debtor to file a Subchapter v Plan is extended through and including July 1, 2022; and it is further

ORDERED THAT this Court shall retain jurisdiction with respect to all matters arising from or relating the implementation or interpretation of this Order.

**Dated: May 25th, 2022**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**