**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 31, 2022 AT 11:00 A.M. (ET)**

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

## RESOLVED MATTERS:

1. Motion of the Debtor for an Order Authorizing the Debtor to Enter into Lease Agreement in the Ordinary Course of Business [Docket No. 156, Filed April 27, 2022].

    Objection Deadline:    May 11, 2022 at 4:00 p.m.

    Responses/Objections Received:

    A. Informal comments from the Office of the United States Trustee.

    Related Documents:

    A. Certificate of No Objection Regarding Motion of the Debtor for an Order Authorizing the Debtor to Enter into Lease Agreement in the Ordinary Course of Business [Docket No. 204, Filed May 12, 2022].

    B. Order Approving Motion of the Debtor for an Order Authorizing the Debtor to Enter into Lease Agreement in the Ordinary Course of Business [Docket No. 208, Entered May 16, 2022].

    Status: An Order has been entered. No hearing is necessary.

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

**MATTERS WITH CERTIFICATION OF COUNSEL/NO OBJECTION (COC/CNO):**

2. Motion of the Debtor for an Order Authorizing the Debtor to Extend Lease Agreement in the Ordinary Course of Business [Docket No. 205, Filed May 12, 2022].

   Objection Deadline:    May 24, 2022 at 4:00 p.m.

   Responses/Objections Received: None.

   Related Documents:

   A. Certificate of No Objection Regarding Motion of the Debtor for an Order Authorizing the Debtor to Extend Lease Agreement in the Ordinary Course of Business [Docket No. 220, Filed May 25, 2022].

   Status: A certificate of no objection has been filed. No hearing is necessary unless the Court has questions.

Dated:  May 27, 2022
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*