IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LEAR CAPITAL, INC.[1], ) | Chapter 11 (Subchapter V) |
| Debtor ) | |
| ) | Case No. 22-10165 (BLS) |
| ) | |
| ) | |
| ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for the **Georgia Secretary of State**, a party in interest herein, pursuant to Bankruptcy Rules 2002 and 9010 (b) and Section 1109 (b) of the Bankruptcy Code, and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the post office address and telephone number set forth below:

Whitney Warnke Groff
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334
Telephone No. (404) 458-3265
Email: wgroff@law.ga.gov

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing request includes the notices and all other papers mentioned or described in Bankruptcy Rule 2002, and also includes without limiting the generality of the foregoing request, all plans of reorganization and disclosure statements and objections relating thereto, orders, pleadings, motions, applications, complaints, demands, hearings, request for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the

#1406656

foregoing and any other paper document brought before filed with the Court with respect to this case, whether formal or informal and whether filed transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise.

    Dated:  June 2, 2022

    Respectfully submitted,

    CHRISTOPHER M. CARR    112505
    Attorney General

    JULIE ADAMS JACOBS    003595
    Deputy Attorney General

    BROOKE HEINZ CHAPLAIN   927752
    Senior Assistant Attorney General

    /s/ Whitney Warnke Groff_____
    WHITNEY WARNKE GROFF  Ga. Bar No. 738079
    Assistant Attorney General
    Pursuant to LBR 9010-1(e)(i)

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

WHITNEY WARNKE GROFF
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 458-3265
Email: wgroff@law.ga.gov

---

[1] The last four digits of the Debtor's Federal tax identification number is 7197.  The Debtor's mailing address is 1990 S. Bundy Drive, Suite 660, Los Angeles, CA 90025.

## **CERTIFICATE OF SERVICE**

I certify that I am over the age of 18 and that on the date written below a copy of the foregoing *Notice of Appearance and Request for Papers* was served electronically via CM/ECF to registered users.

Dated: June 2, 2022

                                      /s/ Whitney Warnke Groff                 .
                                      WHITNEY WARNKE GROFF    738079
                                      Assistant Attorney General
                                      Pursuant to LBR 9010-1(e)(i)