**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 7, 2022 AT 10:00 A.M. (ET)**

> **\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

**ADJOURNED MATTERS:**

1. Motion to Dismiss Bankruptcy Case Filed By the Alabama Securities Commission; Arkansas Securities Commission; State of Arizona Ex Rel. Arizona Corporation Commission; California Commissioner of Financial Protection and Innovation; Colorado Securities Commissioner; District of Columbia Department of Insurance, Securities and Banking Commissioner; Delaware Department of Justice, Investor Protection Unit; Hawaii Office of the Attorney General; Idaho Department of Finance; Kentucky Department of Financial Institutions, Division of Securities; Louisiana Office of Financial Institutions; Michigan Department of Attorney General; Maine Securities Administrator; State of Maryland Ex Rel. Maryland Securities Commissioner; Missouri Securities Enforcement Counsel; Montana Commissioner of Securities & Insurance; New Hampshire Bureau of Securities Regulation; Ohio Department of Commerce, Division of Securities; Puerto Rico Office of the Commissioner of Financial Institutions; South Carolina Office of the Attorney General; State of Tennessee; Texas State Securities Board; Utah Securities Division; Vermont Department of Financial Regulation; Washington Department of Financial Institutions, Securities Division; and the State of Wisconsin Department of Financial Institutions [Docket No. 148, Filed April 25, 2022].

   Objection Deadline:   May 16, 2022 at 4:00 p.m. Extended to July 1, 2022 per Bridge Order [Docket No. 221].

   Responses/Objections Received:

   A.   Informal comments from the Debtor.

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

Related Documents:

A. Notice of Hearing Regarding Motion to Dismiss Bankruptcy Case Filed By the Alabama Securities Commission; Arkansas Securities Commission; State of Arizona Ex Rel. Arizona Corporation Commission; California Commissioner of Financial Protection and Innovation; Colorado Securities Commissioner; District of Columbia Department of Insurance, Securities and Banking Commissioner; Delaware Department of Justice, Investor Protection Unit; Hawaii Office of the Attorney General; Idaho Department of Finance; Kentucky Department of Financial Institutions, Division of Securities; Louisiana Office of Financial Institutions; Michigan Department of Attorney General; Maine Securities Administrator; State of Maryland Ex Rel. Maryland Securities Commissioner; Missouri Securities Enforcement Counsel; Montana Commissioner of Securities & Insurance; New Hampshire Bureau of Securities Regulation; Ohio Department of Commerce, Division of Securities; Puerto Rico Office of the Commissioner of Financial Institutions; South Carolina Office of the Attorney General; State of Tennessee; Texas State Securities Board; Utah Securities Division; Vermont Department of Financial Regulation; Washington Department of Financial Institutions, Securities Division; and the State of Wisconsin Department of Financial Institutions [Docket No. 165, Filed April 28, 2022].

B. Certification of Counsel Regarding Bridge Order Extending Deadlines, Including Deadline to File a Chapter 11 Plan [Docket No. 217, Filed May 24, 2022].

C. Bridge Order Extending Deadlines, Including Deadline to File a Chapter 11 Plan [Docket No. 221, Entered May 26, 2022].

Status: This matter has been adjourned to a date to be determined and noticed.

*[Signature Page to Follow]*

13639581/1

Dated:  June 3, 2022
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

      and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Counsel to the Debtor and Debtor*
*in Possession*

3