# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | Re: Docket No. 241<br>Objection Deadline: June 21, 2022 at 4:00 p.m. (ET)<br>Hearing Deadline: June 28, 2022 at 2:00 p.m (ET) |

## *AMENDED* NOTICE OF JOINT MOTION OF THE DEBTOR AND DEBTOR IN POSSESSION, PARTICIPATING STATES AND CUSTOMERS FOR ORDER PURSUANT TO 11 U.S.C. §105 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9019 AUTHORIZING AND APPROVING SETTLEMENT

**PLEASE TAKE NOTICE** that on June 7, 2022, the above-captioned debtor and debtor in possession filed the *Joint Motion of the Debtor and Debtor in Possession, Participating States and Customers for Order Pursuant to 11 U.S.C. §105 and Federal Rules of Bankruptcy Procedure 9019 Authorizing and Approving Settlement* (the "Motion") [Docket No. 241] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon the undersigned counsel so as to be received on or before **June 21, 2022 at 4:00 p.m. (ET) (the "Objection Deadline").** At the same time, you must also serve a copy of the response upon the Debtor's counsel:

| | |
|---|---|
| Jeffrey R. Waxman (DE Bar No. 4159) | Alan J. Friedman (admitted *pro hac vice*) |
| Brya M. Keilson (DE Bar No. 4643) | Melissa Davis Lowe (admitted *pro hac vice*) |
| MORRIS JAMES LLP | SHULMAN BASTIAN FRIEDMAN & BUI LLP |
| 500 Delaware Avenue, Suite 1500 | 100 Spectrum Center Drive; Suite 600 |
| Wilmington, DE 19801 | Irvine, CA 92618 |
| Telephone: (302) 888-6800 | Telephone: (949) 340-3400 |
| Facsimile: (302) 571-1750 | Facsimile: (949) 340-3000 |
| E-mail: jwaxman@morrisjames.com | E-mail: afriedman@shulmanbastian.com |
| E-mail: bkeilson@morrisjames.com | E-mail: mlowe@shulmanbastian.com |

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **June 28, 2022 at 2:00 p.m. prevailing Eastern Time** before the Honorable Brendan L. Shannon, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801. Please note that due to COVID-19, and in accordance with this Court's Sixth Amended Order Governing the Conduct of Hearings Due to Coronavirus Disease 2019 (COVID-19) And Reconstituting Operations, the hearing shall be conducted electronically.

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

13649707/1

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: June 8, 2022<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morris.james.com<br>E-mail: bkeilson@morrisjames.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (admitted *pro hac vice*)<br>Melissa Davis Lowe (admitted *pro hac vice*)<br>100 Spectrum Center Drive; Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>E-mail: mlowe@shulmanbastian.com<br><br>*Counsel to the Debtor and Debtor*<br>*in Possession* |