# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | Re: Docket Nos. 130, 171, 175 |

**ORDER GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART, MOTION OF CLIENT CUSTOMERS FOR ENTRY OF AN ORDER (I) APPOINTING AN OFFICIAL COMMITTEE OF CONTINGENT LITIGATION CUSTOMERS PURSUANT TO 11 U.S.C. § 1102(a)(3); (II) EXTENDING THE DEADLINE TO SUBMIT A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3); AND (III) GRANTING RELATED RELIEF**

Upon the *Motion for Entry of an Order (I) Approving an Official Committee of Contingent Litigation Customers Pursuant to 11 U.S.C. § 1102(a)(3); (II) Extending the Deadline to Submit a Proof of Claim Pursuant to Bankruptcy Rule 3003(c)(3); and (III) Granting Related Relief* at D.I. 130 (the "Motion")[2] filed by Client Customers Jacqui Lundy, David S. Clark and Greg Godek (collectively, the "Movants"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed and considered the Debtor's Objection to the Motion at D.I. 171 and Movants' Reply to the Motion at D.I. 175; and a hearing on the Motion having been held on May 4, 2022; and it appearing that the notice of the Motion having been given as set forth herein was appropriate and that no other or further notice need by given; and based on the

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

13674443/1

settlement reached by and among the Movants, the Debtor and the Participating States as set forth in the *Joint Motion of the Debtor and Debtor in Possession, Participating States and Customers for Order Pursuant to 11 U.S.C. §105 and Federal Rules of Bankruptcy Procedure 9019 Authorizing and Approving Settlement* at D.I. 241, as approved by the Court pursuant to that certain *Order Granting Joint Motion of the Debtor and Debtor in Possession, Participating States and Customers for Order Pursuant to 11 U.S.C. §105 and Federal Rule of Bankruptcy Procedure 9019 Authorizing and Approving Settlement* at D.I. 251 (the "Settlement Order") ;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent it seeks the appointment of a committee.

2. Pursuant to 11 U.S.C. §§1181(b) ,1102(a)(2), and 1102(a)(3), the United States Trustee is directed to appoint an official committee of customer creditors in this case.

3. 11 U.S.C. § 1103 is applicable in the above captioned case.

4. The Motion is denied without prejudice in all other respects except as otherwise provided for in the Settlement Order.

5. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Dated: June 27th, 2022**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

13674443/1