# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 10, 2022 AT 10:00 A.M. (ET)

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJItfu-pqD0tEp2WrlbrpT7euitZcMuD7E8**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:00 A.M. (ET) ON AUGUST 10, 2022**

---

## MATTERS GOING FORWARD:

1. Motion of Mitchell Silberberg & Knupp LLP for an Order Authorizing to File Certain Portions of Its First Interim Fee Application Under Seal [Docket No. 284, Filed July 18, 2022].

   Objection Deadline:   At the hearing.

   Responses/Objections Received:

   A. Informal comments from the United States Trustee (the "US Trustee").

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

[2] Amended items appear in **BOLD**.

13732114/1

Related Documents:

A. [SEALED] Exhibit A to First Interim Fee Application of Mitchell Silberberg & Knupp LLP, Special Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period March 2, 2022 to May 31, 2022 [Docket No. 285, Filed July 18, 2022].

Status: The Debtor is working to address the comments of the US Trustee and resolve the outstanding comments. This matter is going forward.

**FEE APPLICATIONS:**

2. First Interim Fee Applications – See attached **Exhibit A**.

Objection Deadline: Extended to August 5, 2022 at 10:00 a.m. (ET) for the US Trustee.

Responses/Objections Received:

A. Informal comments from the US Trustee.

Related Documents:

**A. Certification of Counsel Regarding First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 299, Filed August 8, 2022].**

**B. First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 302, Entered August 8, 2022].**

Status: **An Order has been entered. No hearing is necessary.**

[*Signature Page to Follow*]

Dated: August 9, 2022  
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*