Dear Sirs:

I know you did not expect to receive a handwritten letter. However, in my situation, this is what works for me.

I have tried to find an attorney to interpret the notices I received concerning the Lear Capital bankruptcy and to file proper forms for me. Living in a rural area instead of a large city does not lend itself to a host of attorneys who are experienced in Chapter 11 bankruptcy, especially of such a large company as Lear Capital. Also, I have a medical condition that does not allow me to travel great distances to try to find a "bigtime" attorney.

The only thing I can do is write to let you know that I entrusted $25,000 plus to Lear Capital to purchase silver and gold which they said they would store in Delaware for a yearly fee. I don't know if there ever was silver and gold, but I do know they got my money.

I am making a claim for $25,000. The form I received said the deadline for filing a complaint was N/A, so I am filing a claim/complaint.

I would like to have my $25,000 back. I can use the money.

Thank you for considering my request.

Sincerely,
Jna Denney
2585 Hwy 1546
Monticello, KY 42633