# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 7, 2022 AT 11:00 A.M. (ET)

> ** AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT **

## RESOLVED MATTERS:

1. Application of the Committee of Customers of Lear Capital, Inc. for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Committee Counsel Effective as of July 20, 2022 [Docket No. 316, Filed August 15, 2022].

    Objection Deadline:    August 29, 2022 at 4:00 p.m. (ET).

    Responses/Objections Received:

    A. Informal comments from Office of the United States Trustee (the "United States Trustee").

    Related Documents:

    A. Supplemental Declaration of Christopher M. Samis of Potter Anderson & Corroon LLP in Support of Application of the Committee of Customers of Lear Capital, Inc. for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Committee Counsel Effective as of July 20, 2022 [Docket No. 331, Filed August 29, 2022].

    B. Certification of Counsel Regarding Application of the Committee of Customers of Lear Capital, Inc. for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Committee Counsel Effective as of July 20, 2022 [Docket No. 333, Filed August 30, 2022].

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

13725968/2

    C. Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Counsel to the Committee of Creditors of Lear Capital, Inc. Effective as of July 20, 2022 [Docket No. 335, Entered August 31, 2022].

Status: An Order has been entered. No hearing is necessary.

2. Application of Committee of Customers of Lear Capital, Inc. for Entry of an Order Authorizing the Employment and Retention of Dundon Advisers LLC as Financial Advisor Effective as of July 20, 2022 [Docket No. 317, Filed August 15, 2022].

    Objection Deadline:    August 29, 2022 at 4:00 p.m. (ET).

    Responses/Objections Received:

        A. Informal comments from the United States Trustee.

    Related Documents:

        A. Supplemental Declaration of Matthew Dundon in Support of Application of Committee of Customers of Lear Capital, Inc. for Entry of an Order Authorizing the Employment and Retention of Dundon Advisers LLC as Financial Advisor Effective as of July 20, 2022 [Docket No. 332, Filed August 29, 2022].

        B. Certification of Counsel Regarding Application of Committee of Customers of Lear Capital, Inc. for Entry of an Order Authorizing the Employment and Retention of Dundon Advisers LLC as Financial Advisor Effective as of July 20, 2022 [Docket No. 334, Filed August 30, 2022].

        C. Order Authorizing the Committee of Creditors of Lear Capital, Inc. to Retain and Employ Dundon Advisers LLC as Financial Advisor Effective as of July 20, 2022 [Docket No. 336, Entered August 31, 2022].

    Status: An Order has been entered. No hearing is necessary

**ADJOURNED MATTERS:**

3. Motion of Argonaut Insurance Company for Relief from the Automatic Stay [Docket No. 310, Filed August 10, 2022].

    Objection Deadline:    August 24, 2022 at 4:00 p.m. (ET). Extended to September 21, 2022 at 4:00 p.m. (ET) for the Debtor.

    Responses/Objections Received:

        A. Informal comments from the Debtor.

Related Documents:

    A. [SEALED] Exhibit B to Motion of Argonaut Insurance Company for Relief from the Automatic Stay [Docket No. 313, Filed August 12, 2022].

Status: This matter has been adjourned to the hearing scheduled for October 5, 2022 at 11:00 a.m. (ET).

4. Motion of Argonaut Insurance Company to File Under Seal Exhibit B to its Motion for Relief from the Automatic Stay [Docket No. 318, Filed August 15, 2022].

Objection Deadline: August 24, 2022 at 4:00 p.m. (ET). Extended to September 21, 2022 at 4:00 p.m. (ET) for the Debtor.

Responses/Objections Received:

    A. Informal comments from the Debtor.

Related Documents: None.

Status: This matter has been adjourned to the hearing scheduled for October 5, 2022 at 11:00 a.m. (ET).

[*Signature Page to Follow*]

| | |
|---|---|
| Dated: September 2, 2022<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (admitted *pro hac vice*)<br>Melissa Davis Lowe (admitted *pro hac vice*)<br>100 Spectrum Center Drive; Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>E-mail: mlowe@shulmanbastian.com<br><br>*Counsel to the Debtor and Debtor in Possession* |