**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

**NOTICE OF STATUS CONFERENCE**
**SCHEDULED FOR OCTOBER 12, 2022 AT 10:30 A.M. (ET)**

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference for October 12, 2022 at 10:30 a.m. (ET) (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will take place remotely through Zoom, and all participants must register in advance. Please use the following link to register for the Status Conference:

https://debuscourts.zoomgov.com/meeting/register/vJIsdOmqrDkjEkEgZFxYyIg3ls8cea_lYYM

[*Remainder of Page Intentionally Left Blank*]

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

13813382/1

<table>
<tr><td>Dated: October 3, 2022<br>Wilmington, Delaware</td><td>**MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (admitted *pro hac vice*)<br>Melissa Davis Lowe (admitted *pro hac vice*)<br>100 Spectrum Center Drive; Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>E-mail: mlowe@shulmanbastian.com<br><br>*Counsel to the Debtor and Debtor in Possession*</td></tr>
</table>