### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON NOVEMBER 16, 2022 AT 11:00 A.M. (ET)

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**LINK TO BE PROVIDED**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**ALL PARTIES MUST REGISTER NO LATER THAN 9:00 A.M. (ET) ON NOVEMBER 16, 2022**

---

**RESOLVED MATTERS:**

1. Debtor's Motion for Entry of an Order Further Extending the Abstention Period [Docket No. 414, Filed October 20, 2022].

   Objection Deadline:   November 3, 2022 at 4:00 p.m. (ET)

   Responses/Objections Received: None.

   Related Documents:

   A. Certificate of No Regarding Debtor's Motion for Entry of an Order Further Extending the Abstention Period [Docket No. 426, Filed November 4, 2022].

   B. Order Further Extending the Abstention Period [Docket No. 428, Entered November 9, 2022].

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

13893030/1

Status: An Order has been entered. No hearing is necessary.

**MATTERS GOING FORWARD:**

2. Status Conference.

   Responses/Objections Received: None

   Related Documents: None.

   Status: This Matter is going forward.

**FEE APPLICATIONS:**

3. Interim Fee Applications – See Attached Exhibit A.

   Objection Deadline:    November 1, 2022 at 4:00 p.m. (ET).

   Responses/Objections Received:

   A. Informal Comments from the Office of the United States Trustee.

   Related Documents:

   A. Certification of Counsel Regarding Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 424, Filed November 3, 2022].

   B. Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 427, Entered November 9, 2022].

   Status: An Order has been entered. No hearing is necessary.

| | |
|---|---|
| Dated:  November 14, 2022<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>and |

3

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*