# EXHIBIT A

**Compensation by Matter –Fifth Monthly Compensation Period**

| Matter | Total Hours | Total Fees |
|---|---|---|
| City of Los Angeles v. Lear - Case Specific Fees/Costs | 0.5 | $367.50 |
| General Business Advice | 5.5 | $4,423.50 |
| NY Attorney General Subpoena Response | 0.3 | $250.50 |
| Project Phoenix | 1.1 | $893.50 |
| People v. Lear Capital – Insurance | 0.1 | $83.50 |
| CA Department of Business Oversight | 91.6 | $56,465.25 |
| Respond to Blalock v. Halt Subpoena | | |
| **Totals:** | **99.1** | **$62,483.75** |

## **Timekeeper Summary –Fifth Monthly Compensation Period**

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Seth E. Pierce | Member of the CA Bar since 1996; Partner in Litigation Dept. since 2005 | $835 | 47.20 | $36,280.75 |
| Anthony Amendola | Member of the CA Bar since 1988; Partner in Labor Dept. since 2003 | $825 | .90 | $742.50 |
| Elaine Kim | Member of the CA Bar since 2006; Partner in Litigation Dept. since 2015 | $775 | 1.00 | $775.00 |
| Brad Mullins | Member of the NY (2012), NJ (2012), and CA (2010) Bars; Partner in Litigation Dept. since 2019 | $710 | 18.80 | $13,348.00 |
| Chloe George | Member of the CA (2019) and NY (2019) Bars; Associate in Litigation Dept. since 2022 | $545.00 | 10.70 | $5,831.50 |
| Nicole Williams | Paralegal in Litigation Dept. since 2003 | $295 | 12.70 | $3,746.50 |
| Wuk Kim | Litigation Support Specialist | $285 | 1.40 | $399.00 |
| Lise Deary | Research Librarian at MSK since 2021 | $275 | 1.50 | $412.50 |
| Peninah Rosenblum | Research Librarian | $275 | .20 | $55.00 |
| John Clark | Project Assistant | $190 | 4.70 | $893.00 |
| **Totals** | | | **99.10** | **$62,483.75** |
| **Blended Rate $630.51** | | | | |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

---

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203
Invoice: 459328

November 23, 2022

**LEGAL SERVICES RENDERED** through October 31, 2022

| | | | |
|---|---|---|---|
| Re: | General Business Advice | 4,423.50 | |
| | | | $4,423.50 |
| Re: | City of Los Angeles v. Lear - Case Specific Fees/Costs | 367.50 | |
| | | | $367.50 |
| Re: | People v. Lear Capital – Insurance Coverage | 83.50 | |
| | | | $83.50 |
| Re: | Project Phoenix | 893.50 | |
| | | | $893.50 |

Subtotal:                                                          5,768.00

Prior balance forward:                          49,499.78
Less payments:                                   (16,836.80)

Prior balance due:                                          32,662.98

TOTAL DUE:                                                 $38,430.98

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 04/22/22 | 449473 | 5,933.48 |
| | 07/06/22 | 452787 | 4,406.80 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203
Invoice: 459328

November 23, 2022

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 08/23/22 | 455022 | 1,172.50 |
| | 09/14/22 | 455855 | 3,036.70 |
| | 10/10/22 | 457020 | 18,113.50 |

cc:  Kevin DeMeritt
     via e-mail:  k_demeritt@learcapital.com



Lear Capital, Inc.                                    Atty No.: 00083
Kevin DeMeritt, President                        Client ID: 40203
1990 S. Bundy Drive, Suite 600              Invoice: 459328
Los Angeles, CA 90025
Attn.:  John Ohanesian                            November 23, 2022
J_Ohanesian@learcapital.com               Page 3


## General Business Advice

**Fees through October 31, 2022:**

| | | | |
|---|---|---|---|
| 10/03/22 | Strategize re potential trade secret claim (1.2). | S. PIERCE | 1.20 | 1,002.00 |
| 10/04/22 | Telephone conference with potential counsel for Lear regarding potential trade secret claim (.1). | S. PIERCE | 0.10 | 83.50 |
| 10/07/22 | Telephone conference with potential counsel for Lear regarding potential trade secret claim (.1). | S. PIERCE | 0.10 | 83.50 |
| 10/11/22 | Emails with J. Ohanesian and others regarding project review (.2). | E. KIM | 0.20 | 155.00 |
| 10/12/22 | Strategize regarding contract review (.6). | A. AMENDOLA | 0.60 | 495.00 |
| 10/12/22 | Review materials and respond to T. Fead question (.3). | B. MULLINS | 0.30 | 213.00 |
| 10/12/22 | Zoom meeting with J. Ohanesian/others regarding project (.3). | E. KIM | 0.30 | 232.50 |
| 10/12/22 | Telephone conference with K. DeMeritt and follow-up with T. Amendola regarding contract review (.2). | S. PIERCE | 0.20 | 167.00 |
| 10/13/22 | Review project recommendations memo (.4). | S. PIERCE | 0.40 | 334.00 |
| 10/14/22 | Conference call with J. Ohanesian, others regarding project recommendations (.5). | E. KIM | 0.50 | 387.50 |



Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203
Invoice: 459328

November 23, 2022
Page 4

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/14/22 | Prepare for and videoconference with J. Ohanesian, E. Kim, others regarding project recommendations (.6). | S. PIERCE | 0.60 | 501.00 |
| 10/25/22 | Telephone conference with J. Ohanesian re employee accommodation question (.3). | A. AMENDOLA | 0.30 | 247.50 |
| 10/26/22 | Email correspondence regarding requested feedback (.1). | S. PIERCE | 0.10 | 83.50 |
| 10/27/22 | Draft customer lost shipping declaration (.4); revise same (.1) | B. MULLINS | 0.50 | 355.00 |
| 10/27/22 | Revise customer loss shipping declaration (.1). | S. PIERCE | 0.10 | 83.50 |

Total Fees:                                                                          $4,423.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|-|------|-|------|
| S. PIERCE | 2.80 | hours at | $835.00 | = | 2,338.00 |
| A. AMENDOLA | 0.90 | hours at | $825.00 | = | 742.50 |
| E. KIM | 1.00 | hours at | $775.00 | = | 775.00 |
| B. MULLINS | 0.80 | hours at | $710.00 | = | 568.00 |
| SUMMARY TOTALS | 5.50 | | | | 4,423.50 |



Lear Capital, Inc.                                        Atty No.: 00083
Kevin DeMeritt, President                                 Client ID: 40203
1990 S. Bundy Drive, Suite 600                            Invoice: 459328
Los Angeles, CA 90025
Attn.:  John Ohanesian                                    November 23, 2022
J_Ohanesian@learcapital.com                              Page 5

## City of Los Angeles v. Lear - Case Specific Fees/Costs

**Fees through October 31, 2022:**

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/14/22 | Implement settlement/payments (.2). | B. MULLINS | 0.20 | 142.00 |
| 10/14/22 | Implement settlement/payments (.1). | S. PIERCE | 0.10 | 83.50 |
| 10/21/22 | Implement settlement/payments (.2). | B. MULLINS | 0.20 | 142.00 |

Total Fees:                                                          $367.50

## Billing Summary

| Name | Hours | | Rate | | Fees |
|------|-------|--|------|--|------|
| S. PIERCE | 0.10 | hours at | $835.00 | = | 83.50 |
| B. MULLINS | 0.40 | hours at | $710.00 | = | 284.00 |
| | | | | | |
| SUMMARY TOTALS | 0.50 | | | | 367.50 |



Lear Capital, Inc.                                          Atty No.: 00083
Kevin DeMeritt, President                             Client ID: 40203
1990 S. Bundy Drive, Suite 600                   Invoice: 459328
Los Angeles, CA 90025
Attn.:  John Ohanesian                                November 23, 2022
J_Ohanesian@learcapital.com                     Page 6

**People v. Lear Capital – Insurance**
**Coverage**

**Fees through October 31, 2022:**

| 10/05/22 | Review/approve draft Argo stipulation (.1). | S. PIERCE | 0.10 | 83.50 |
|---|---|---|---|---|

Total Fees:                                                                              $83.50

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| S. PIERCE | 0.10 hours at | $835.00 = | 83.50 |
| SUMMARY TOTALS | 0.10 | | 83.50 |

 msk

Lear Capital, Inc.                                    Atty No.: 00083
Kevin DeMeritt, President                             Client ID: 40203
1990 S. Bundy Drive, Suite 600                        Invoice: 459328
Los Angeles, CA 90025
Attn.:  John Ohanesian                                November 23, 2022
J_Ohanesian@learcapital.com                           Page 7

## Project Phoenix

**Fees through October 31, 2022:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 09/14/22 | Assist in Plan formation (.2). | B. MULLINS | 0.20 | 142.00 |
| 10/01/22 | Telephone conference with K. DeMeritt regarding plan strategy (.5). | S. PIERCE | 0.50 | 417.50 |
| 10/02/22 | Assist in Plan formation, including email correspondence with K. DeMeritt (.2). | S. PIERCE | 0.20 | 167.00 |
| 10/14/22 | Review/approve Interim Fee Application (.3 - N/C). | S. PIERCE | 0.30 | NO CHARGE |
| 10/28/22 | Email correspondence with L. Miller regarding needed information (.2). | S. PIERCE | 0.20 | 167.00 |

Total Fees:                                                               $893.50

## Billing Summary

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| S. PIERCE | 0.90 | hours at | $835.00 | = | 751.50 |
| B. MULLINS | 0.20 | hours at | $710.00 | = | 142.00 |
| | | | | | |
| SUMMARY TOTALS | 1.10 | | | | 893.50 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203
Invoice: 459328

November 23, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 5,768.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$5,768.00** |
| Prior balance due: | 32,662.98 |
| TOTAL DUE: | $38,430.98 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:                    ██████
Bank Name:                                Wells Fargo Bank, N.A.
Bank Address:                             420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:                  ██████
Beneficiary Account Name:                 Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD: ██████
For International Transfers for payments in currencies other than USD: ██████████
For payment inquiries please e-mail payment@msk.com

\*\*\* Please Include Invoice Number with Payment \*\*\*

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails
originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those
requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if
you ever have any doubt about the authenticity of any communication.



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-NASAA
Invoice: 459330

November 23, 2022


**LEGAL SERVICES RENDERED** through October 31, 2022

| Re: | CA Department of Business Oversight Subpoena Response | 56,465.25 | |
|---|---|---|---|
| | | | $56,465.25 |

| | | |
|---|---|---|
| Subtotal: | | 56,465.25 |
| Prior balance forward: | 19,898.58 | |
| Less payments: | (8,058.40) | |
| Prior balance due: | | 11,840.18 |
| TOTAL DUE: | | $68,305.43 |

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 04/22/22 | 449475 | 1,587.68 |
| | 07/06/22 | 452788 | 2,273.40 |
| | 09/14/22 | 455856 | 1,999.60 |
| | 10/10/22 | 457021 | 5,979.50 |



Lear Capital, Inc.                                  Atty No.: 00311
Kevin DeMeritt, President                           Client ID: 40203-
1990 S. Bundy Drive, Suite 600                      NASAA
Los Angeles, CA 90025                               Invoice: 459330
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com                         November 23, 2022
                                                    Page 2

cc:  Kevin DeMeritt
     via e-mail:  k_demeritt@learcapital.com



Lear Capital, Inc.                                          Atty No.: 00311
Kevin DeMeritt, President                                   Client ID: 40203-
1990 S. Bundy Drive, Suite 600                              NASAA
Los Angeles, CA 90025                                       Invoice: 459330
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com                                November 23, 2022
                                                           Page 3


**CA Department of Business Oversight**
**Subpoena Response**

**Fees through October 31, 2022:**

| | | | |
|---|---|---|---|
| 10/03/22 | Assist in negotiating potential resolution of Participating States' claims, including telephone conference with M. Brauer regarding same (2.6). | S. PIERCE | 2.60 | 2,171.00 |
| 10/04/22 | Prepare Maryland customer audio files for production (4.7). | J. CLARK | 4.70 | 893.00 |
| 10/04/22 | Email correspondence with M. Brauer and K. DeMeritt, separately, regarding potential settlement meeting (.1). | S. PIERCE | 0.10 | 83.50 |
| 10/05/22 | Email correspondence with M. Brauer, others regarding information requests/settlement meeting (.1). | S. PIERCE | 0.10 | 83.50 |
| 10/06/22 | Attend call with NASAA regarding requested injunctive relief (1.4). | B. MULLINS | 1.40 | 994.00 |
| 10/06/22 | Videoconference with NASAA regarding injunctive relief demands and follow-up (2.1). | S. PIERCE | 2.10 | 1,753.50 |
| 10/07/22 | Gather requested information, per L. Miller request (1.4). | N. WILLIAMS | 1.40 | 413.00 |
| 10/07/22 | Prepare for NASAA settlement negotiations (3.2). | S. PIERCE | 3.20 | 2,672.00 |



Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-
NASAA
Invoice: 459330

November 23, 2022
Page 4

| 10/08/22 | Assist in negotiating proposed settlement with NASAA States (.3). | S. PIERCE | 0.30 | 250.50 |
|---|---|---|---|---|
| 10/09/22 | Provide advice regarding plan negotiations (related to NASAA negotiations) (1.2). | S. PIERCE | 1.20 | 1,002.00 |
| 10/10/22 | Emails with P. Sosamon (Paladin) (.4). | N. WILLIAMS | 0.40 | 118.00 |
| 10/10/22 | Assist in negotiating proposed settlement with NASAA States, including preparation of written materials (1.5). | S. PIERCE | 1.50 | 1,252.50 |
| 10/11/22 | Email correspondence with M. Brauer and K. DeMeritt regarding settlement meeting (.2). | S. PIERCE | 0.20 | 167.00 |
| 10/14/22 | Strategize regarding NASAA information requests (.2). | S. PIERCE | 0.20 | 167.00 |
| 10/16/22 | Call with S. Pierce regarding tasks for meeting with states (.3) and follow-up (.2). | B. MULLINS | 0.50 | 355.00 |
| 10/16/22 | Prepare for in-person NASAA meeting, including telephone conference with B. Mullins regarding needed materials (.5). | S. PIERCE | 0.50 | 417.50 |
| 10/17/22 | Prepare materials for submission to NASAA (.4). | B. MULLINS | 0.40 | 284.00 |
| 10/18/22 | Confer with J. Berkley regarding needed search (.1); draft email to S. Pierce regarding status (.2); call with S. Pierce regarding status/strategy (.4). | B. MULLINS | 0.70 | 497.00 |
| 10/18/22 | Research for S. Pierce related to NASAA meeting (1.5). | L. DEARY | 1.50 | 412.50 |



Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-
NASAA
Invoice: 459330

November 23, 2022
Page 5

| | | | | |
|---|---|---|---|---|
| 10/18/22 | Perform research related to NASAA settlement meeting (3.4). | N. WILLIAMS | 3.40 | 1,003.00 |
| 10/18/22 | Prepare for settlement meeting (1.9). | S. PIERCE | 1.90 | 1,586.50 |
| 10/18/22 | Capture data (per S. Pierce request) related to NASAA meeting (.4). | W. KIM | 0.40 | 114.00 |
| 10/19/22 | Prepare materials for NASAA (1.7). | B. MULLINS | 1.70 | 1,207.00 |
| 10/19/22 | Perform research related to NASAA settlement meeting (5.2). | N. WILLIAMS | 5.20 | 1,534.00 |
| 10/19/22 | Prepare for settlement meeting (.4). | S. PIERCE | 0.40 | 334.00 |
| 10/19/22 | Capture data (per S. Pierce request) related to NASAA meeting (.6). | W. KIM | 0.60 | 171.00 |
| 10/20/22 | Confer with N. Williams regarding Maryland audio file production (.1); confer with S. Pierce regarding research needed for NASAA meeting and materials prep (.6). | B. MULLINS | 0.70 | 497.00 |
| 10/20/22 | Research in support of NASAA settlement meeting (4.5). | C. GEORGE | 4.50 | 2,452.50 |
| 10/20/22 | Research for C. George (.2).. | P. ROSENBLUM | 0.20 | 55.00 |
| 10/20/22 | Prepare for settlement meeting (.6). | S. PIERCE | 0.60 | 501.00 |
| 10/21/22 | Continue researching and drafting talking points for NASAA meeting (1.5). | B. MULLINS | 1.50 | 1,065.00 |
| 10/21/22 | Research in support of NASAA settlement meeting (4.2). | C. GEORGE | 4.20 | 2,289.00 |



Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-
NASAA
Invoice: 459330

November 23, 2022
Page 6

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 10/22/22 | Review and conduct further research in support of NASAA meeting (1.5); prepare talking points (1.3). | B. MULLINS | 2.80 | 1,988.00 |
| 10/24/22 | Prepare materials for submission to NASAA, supplemental research for meeting, and strategize with S. Pierce regarding same (3.4). | B. MULLINS | 3.40 | 2,414.00 |
| 10/24/22 | Research in support of NASAA settlement meeting (2.0). | C. GEORGE | 2.00 | 1,090.00 |
| 10/24/22 | Prepare Maryland dialogtech audio recordings for production (2.3). | N. WILLIAMS | 2.30 | 678.50 |
| 10/24/22 | Prepare for NASAA settlement meeting (5.8). | S. PIERCE | 5.80 | 4,843.00 |
| 10/24/22 | Capture data (per S. Pierce) (.4). | W. KIM | 0.40 | 114.00 |
| 10/25/22 | Strategize with S. Pierce regarding meeting with NASAA states (.7) and compile requested information (.7). | B. MULLINS | 1.40 | 994.00 |
| 10/25/22 | Prepare for NASAA settlement meeting (6.0). | S. PIERCE | 6.00 | 5,010.00 |
| 10/25/22 | Travel to Baltimore for NASAA settlement meeting (3.7).  (Billed at half rate.) | S. PIERCE | 3.70 | 1,544.75 |
| 10/26/22 | Attend meeting with NASAA states by videoconference (2.5); confer with S. Pierce regarding same (.4). | B. MULLINS | 2.90 | 2,059.00 |
| 10/26/22 | Prepare for and attend NASAA settlement meeting and follow-up (7.8). | S. PIERCE | 7.80 | 6,513.00 |



Lear Capital, Inc.                                    Atty No.: 00311
Kevin DeMeritt, President                             Client ID: 40203-
1990 S. Bundy Drive, Suite 600                        NASAA
Los Angeles, CA 90025                                 Invoice: 459330
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com                           November 23, 2022
                                                      Page 7


| 10/27/22 | Travel from Baltimore to LA following settlement meeting (3.8)  (Billed at half rate.) | S. PIERCE | 3.80 | 1,586.50 |
| 10/28/22 | Follow-up regarding information action items from settlement meeting (.2). | S. PIERCE | 0.20 | 167.00 |
| 10/31/22 | Gather information for negotiations (.8). | S. PIERCE | 0.80 | 668.00 |

Total Fees:                                                      $56,465.25

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|---|------|---|------|
| S. PIERCE | 35.50 | hours at | $835.00 | = | 29,642.50 |
| B. MULLINS | 17.40 | hours at | $710.00 | = | 12,354.00 |
| C. GEORGE | 10.70 | hours at | $545.00 | = | 5,831.50 |
| S. PIERCE | 7.50 | hours at | $417.50 | = | 3,131.25 |
| N. WILLIAMS | 12.70 | hours at | $295.00 | = | 3,746.50 |
| W. KIM | 1.40 | hours at | $285.00 | = | 399.00 |
| L. DEARY | 1.50 | hours at | $275.00 | = | 412.50 |
| P. ROSENBLUM | 0.20 | hours at | $275.00 | = | 55.00 |
| J. CLARK | 4.70 | hours at | $190.00 | = | 893.00 |
| | | | | | |
| SUMMARY TOTALS | 91.60 | | | | 56,465.25 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

| | |
|---|---|
| Lear Capital, Inc.<br>Kevin DeMeritt, President<br>1990 S. Bundy Drive, Suite 600<br>Los Angeles, CA 90025<br>Attn.: John Ohanesian<br>J_Ohanesian@learcapital.com | Atty No.: 00311<br>Client ID: 40203-<br>NASAA<br>Invoice: 459330<br><br>November 23, 2022 |

# REMITTANCE
### (please include with payment)

| | |
|---|---|
| Current Fees: | 56,465.25 |
| Current Disbursements: | 0.00 |
| **Total Current Charges – This Invoice:** | **$56,465.25** |
| Prior balance due: | 11,840.18 |
| TOTAL DUE: | $68,305.43 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA: ▇▇▇▇▇
Bank Name:                           Wells Fargo Bank, N.A.
Bank Address:                       420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:       ▇▇▇▇▇
Beneficiary Account Name:    Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD: ▇▇▇▇▇
For International Transfers for payments in currencies other than USD: ▇▇▇▇▇▇▇▇▇▇
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.                                            Atty No.: 00083
Kevin DeMeritt, President                                    Client ID: 40203-
1990 S. Bundy Drive, Suite 600                               NYAG
Los Angeles, CA 90025                                        Invoice: 459331
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com                                  November 23, 2022

**LEGAL SERVICES RENDERED** through October 31, 2022

Re:     NY Attorney General Subpoena Response                 250.50
                                                                        $250.50
                                                             _____

Subtotal:                                                               250.50
Prior balance forward:                                       6,114.40
Less payments:                                               (1,941.20)

Prior balance due:                                                     4,173.20
                                                             _____

TOTAL DUE:                                                             $4,423.70


Outstanding Invoice (s):            Date          Invoice          Amount

                                   04/22/22        449476          481.50
                                   07/06/22        452789          251.40
                                   08/23/22        455024          403.40
                                   09/14/22        455857           30.90
                                   10/10/22        457022        3,006.00



Lear Capital, Inc.                                    Atty No.: 00083
Kevin DeMeritt, President                             Client ID: 40203-NYAG
1990 S. Bundy Drive, Suite 600                        Invoice: 459331
Los Angeles, CA 90025
Attn.:  John Ohanesian                                November 23, 2022
J_Ohanesian@learcapital.com                          Page 2


cc:  Kevin DeMeritt
       via e-mail:  k_demeritt@learcapital.com

 **msk**

Lear Capital, Inc.                                      Atty No.: 00083
Kevin DeMeritt, President                          Client ID: 40203-NYAG
1990 S. Bundy Drive, Suite 600              Invoice: 459331
Los Angeles, CA 90025
Attn.:  John Ohanesian                             November 23, 2022
J_Ohanesian@learcapital.com                Page 3

**NY Attorney General Subpoena Response**

**Fees through October 31, 2022:**

| 10/03/22 | Implement settlement (.3). | S. PIERCE | 0.30 | 250.50 |
|----------|---------------------------|-----------|------|--------|

Total Fees:                                                                    $250.50

**Billing Summary**

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| S. PIERCE | 0.30 hours at $835.00 = | | 250.50 |
| SUMMARY TOTALS | 0.30 | | 250.50 |



## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203-
NYAG
Invoice: 459331

November 23, 2022

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 250.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges – This Invoice:** | **$250.50** |
| Prior balance due: | 4,173.20 |
| TOTAL DUE: | $4,423.70 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:
Bank Name:                                  Wells Fargo Bank, N.A.
Bank Address:                               420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:
Beneficiary Account Name:        Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:
For International Transfers for payments in currencies other than USD:
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails
originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those
requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if
you ever have any doubt about the authenticity of any communication.