**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | **Re: Docket No. 445** |

**ORDER GRANTING THE DEBTOR'S MOTION FOR ENTRY OF
AN ORDER FURTHER EXTENDING THE ABSTENTION PERIOD**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order further extending the Abstention Period, without prejudice to the Debtor's right to seek further extensions of such period; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.); and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; and notice of the Motion being sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Abstention Period shall be extended by an additional thirty (30) days, to December 21, 2022 (the "Additional Abstention Period"), which Additional Abstention Period shall be subject to early termination or extension pursuant to the terms of the Settlement.

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Joint Motion of the Debtor and Debtor in Possession, Participating States and Customers for Order Pursuant to 11 U.S.C. §105 and Federal Rules of Bankruptcy Procedure 9019 Authorizing and Approving Settlement (the "9019 Motion") (Docket No. 241).

13910555/1

3. All other terms of the 9019 Order and the Term Sheet, including but not limited to the 30-day reinstitution period set forth in the Term Sheet and the 9019 Order, unless otherwise modified by the 9019 Order, remain effective.

4. Notwithstanding anything to the contrary herein, and for the avoidance of doubt, the deadline for the Debtor to file a plan shall be and is extended to and including January 20, 2023.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: December 9th, 2022**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE