**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 14, 2022 AT 11:00 A.M. (ET)**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJIscOyrrz0jGVQ9Moek87TKqzaen6OxqUI**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**ALL PARTIES MUST REGISTER NO LATER THAN 9:00 A.M. (ET)
ON DECEMBER 14, 2022**

---

## RESOLVED MATTERS:

1. Debtor's Motion for Entry of an Order Further Extending the Abstention Period [Docket No. 445, Filed November 21, 2022].

   Objection Deadline:  December 7, 2022 at 4:00 p.m. (ET).

   Responses/Objections Received: None.

   Related Documents:

   A. Certificate of No Regarding Debtor's Motion for Entry of an Order Further Extending the Abstention Period [Docket No. 462, Filed December 8, 2022].

   B. Order Granting the Debtor's Motion for Entry of an Order Further Extending the Abstention Period [Docket No. 465, Entered December 12, 2022].

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

13941083/1

Status: An Order has been entered. No hearing is necessary.

**MATTERS GOING FORWARD:**

2. Status Conference.

    Responses/Objections Received: None

    Related Documents: None.

    Status: This Matter is going forward.

Dated:  December 12, 2022
Wilmington, Delaware

**MORRIS JAMES LLP**

/s/ Brya M. Keilson
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*