# EXHIBIT A

## Compensation by Matter – Sixth Monthly Compensation Period

| Matter | Total Hours | Total Fees |
|---|---|---|
| General Business Advice | 31.6 | $24,573.50 |
| Project Phoenix | 2.5 | $2,050.00 |
| CA Department of Business Oversight | 2.9 | $2,284.00 |
| **Totals:** | **37.0** | **$28,907.50** |

## Timekeeper Summary –Sixth Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Seth E. Pierce | Member of the CA Bar since 1996; Partner in Litigation Dept. since 2005 | $835 | 8.00 | $6,680.00 |
| Jeremy Mittman | Member of the NY (2003) and CA (2006) Bars; Partner in Labor Dept. since 2018 | $725 | 0.40 | $290.00 |
| Elaine Kim | Member of the CA Bar since 2006; Partner in Litigation Dept. since 2015 | $775 | 25.10 | $19,452.50 |
| Brad Mullins | Member of the NY (2012), NJ (2012), and CA (2010) Bars; Partner in Litigation Dept. since 2019 | $710 | 3.50 | $2,485.00 |
| **Total** | | | **37.00** | **$28,907.50** |
| **Blended Rate $781.28** | | | | |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.:  John Ohanesian  
J_Ohanesian@learcapital.com

Atty No.: 00083  
Client ID: 40203  
Invoice: 459811

December 7, 2022

**LEGAL SERVICES RENDERED** through November 30, 2022

| | | |
|---|---|---|
| Re: | General Business Advice | 24,573.50 |
| | | $24,573.50 |
| Re: | Project Phoenix | 2,050.00 |
| | | $2,050.00 |
| Subtotal: | | 26,623.50 |
| Prior balance forward: | | 38,430.98 |
| Less payments: | | (14,490.80) |
| Prior balance due: | | 23,940.18 |
| TOTAL DUE: | | $50,563.68 |

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 04/22/22 | 449473 | 5,933.48 |
| | 07/06/22 | 452787 | 4,406.80 |
| | 08/23/22 | 455022 | 1,172.50 |
| | 09/14/22 | 455855 | 3,036.70 |
| | 10/10/22 | 457020 | 3,622.70 |
| | 11/23/22 | 459328 | 5,768.00 |



Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.:  John Ohanesian  
J_Ohanesian@learcapital.com

Atty No.: 00083  
Client ID: 40203  
Invoice: 459811

December 7, 2022  
Page 2

cc:  Kevin DeMeritt  
    via e-mail:  k_demeritt@learcapital.com



Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.:  John Ohanesian  
J_Ohanesian@learcapital.com  

Atty No.: 00083  
Client ID: 40203  
Invoice: 459811  

December 7, 2022  
Page 3  

**General Business Advice**

**Fees through November 30, 2022:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---:|---:|
| 11/01/22 | Conferences with K. DeMeritt and J. Ohanesian regarding employment matters (.3); conference with K. DeMeritt and J. Ohanesian regarding E. Kim project (.4). | S. PIERCE | 0.70 | 584.50 |
| 11/01/22 | Review/provide requested feedback (2.2). | S. PIERCE | 2.20 | 1,837.00 |
| 11/14/22 | Call with client re: project (.2). | E. KIM | 0.20 | 155.00 |
| 11/14/22 | Prepare contract language and related email correspondence with J. Ohanesian (.2). | S. PIERCE | 0.20 | 167.00 |
| 11/15/22 | Review analysis and draft requested documents (4.9). | E. KIM | 4.90 | 3,797.50 |
| 11/16/22 | Review analysis and draft requested documents (3.7). | E. KIM | 3.70 | 2,867.50 |
| 11/17/22 | Review analysis, conduct additional research and draft requested documents (3.5). | E. KIM | 3.50 | 2,712.50 |
| 11/17/22 | Correspondence with John Ohanesian regarding COVID employment issues (.4). | J. MITTMAN | 0.40 | 290.00 |
| 11/17/22 | Review descriptions for renewal application and email correspondence with J. Ohanesian, others regarding same (.1). | S. PIERCE | 0.10 | 83.50 |



| | | | | |
|---|---|---|---|---|
| Lear Capital, Inc.<br>Kevin DeMeritt, President<br>1990 S. Bundy Drive, Suite 600<br>Los Angeles, CA 90025<br>Attn.:  John Ohanesian<br>J_Ohanesian@learcapital.com | | | Atty No.: 00083<br>Client ID: 40203<br>Invoice: 459811<br><br>December 7, 2022<br>Page 4 | |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---:|---:|
| 11/18/22 | Review and revise substantive responses for registration renewal (1.6). | B. MULLINS | 1.60 | 1,136.00 |
| 11/18/22 | Review analysis, conduct additional research and draft requested documents (5.5) and telephone conference with S. Pierce re same (.4). | E. KIM | 5.90 | 4,572.50 |
| 11/18/22 | Prepare for (.1) and telephone conference with E. Kim regarding project (.4). | S. PIERCE | 0.50 | 417.50 |
| 11/20/22 | Review analysis, conduct additional research and draft requested documents (4.1). | E. KIM | 4.10 | 3,177.50 |
| 11/21/22 | Review analysis, conduct additional research, and draft requested documents (2.5); prepare e-mail to client re: same (.3). | E. KIM | 2.80 | 2,170.00 |
| 11/28/22 | Email with S. Pierce regarding renewal response (.1). | B. MULLINS | 0.10 | 71.00 |
| 11/28/22 | Review/revise renewal form response (.3). | S. PIERCE | 0.30 | 250.50 |
| 11/29/22 | Revise renewal narrative response (.2); emails with S. Pierce/S. Carrol regarding same (.1). | B. MULLINS | 0.30 | 213.00 |
| 11/30/22 | Email with S. Carrol regarding information request (.1). | B. MULLINS | 0.10 | 71.00 |

Total Fees: $24,573.50



Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.:  John Ohanesian  
J_Ohanesian@learcapital.com  

Atty No.: 00083  
Client ID: 40203  
Invoice: 459811  

December 7, 2022  
Page 5  

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| S. PIERCE | 4.00 hours at | $835.00 = | 3,340.00 |
| E. KIM | 25.10 hours at | $775.00 = | 19,452.50 |
| J. MITTMAN | 0.40 hours at | $725.00 = | 290.00 |
| B. MULLINS | 2.10 hours at | $710.00 = | 1,491.00 |
| | | | |
| SUMMARY TOTALS | 31.60 | | 24,573.50 |



| | |
|---|---|
| Lear Capital, Inc. | Atty No.: 00083 |
| Kevin DeMeritt, President | Client ID: 40203 |
| 1990 S. Bundy Drive, Suite 600 | Invoice: 459811 |
| Los Angeles, CA 90025 | |
| Attn.: John Ohanesian | December 7, 2022 |
| J_Ohanesian@learcapital.com | Page 6 |

**Project Phoenix**

**Fees through November 30, 2022:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 11/01/22 | Email correspondence with R. Fox regarding potential objection to fee application (.1 - N/C). | S. PIERCE | 0.10 | NO CHARGE |
| 11/04/22 | Assist in Plan formation/negotiations, including related strategizing with K. DeMeritt (.6). | S. PIERCE | 0.60 | 501.00 |
| 11/08/22 | Assist in Plan formation/negotiations, including related strategizing with K. DeMeritt (1.1). | S. PIERCE | 1.10 | 918.50 |
| 11/29/22 | Assist in Plan formation/negotiations (.3). | B. MULLINS | 0.30 | 213.00 |
| 11/29/22 | Assist in Plan formation/negotiations, including related strategizing with K. DeMeritt and J. Ohanesian (.5). | S. PIERCE | 0.50 | 417.50 |

Total Fees: $2,050.00

**Billing Summary**

| Name | Hours | Rate | | Fees |
|---|---|---|---|---|
| S. PIERCE | 2.20 | hours at $835.00 = | | 1,837.00 |
| B. MULLINS | 0.30 | hours at $710.00 = | | 213.00 |
| | | | | |
| SUMMARY TOTALS | 2.50 | | | 2,050.00 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com

Atty No.: 00083  
Client ID: 40203  
Invoice: 459811

December 7, 2022

# REMITTANCE
(please include with payment)

| | |
|---|---:|
| Current Fees: | 26,623.50 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$26,623.50** |
| Prior balance due: | 23,940.18 |
| TOTAL DUE: | $50,563.68 |

**Please remit to:**  
Mitchell Silberberg & Knupp LLP  
2049 Century Park East, 18th Floor  
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**  
Routing Number or ABA:       █████  
Bank Name:                   Wells Fargo Bank, N.A.  
Bank Address:                420 Montgomery, San Francisco, CA 94104  
Beneficiary Account No.:     █████  
Beneficiary Account Name:    Mitchell Silberberg & Knupp LLP  
For International Transfers for payments in USD:  █████  
For International Transfers for payments in currencies other than USD:  █████  
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com  

Atty No.: 00311  
Client ID: 40203-NASAA  
Invoice: 459812  

December 7, 2022

**LEGAL SERVICES RENDERED** through November 30, 2022

Re:   CA Department of Business Oversight  
         Subpoena Response                                                                 2,284.00  
                                                                                                          $2,284.00

Subtotal:                                                                                                2,284.00  
Prior balance forward:                                                           68,305.43  
Less payments:                                                                       (4,783.60)  
Prior balance due:                                                                                   63,521.83  

TOTAL DUE:                                                                                        $65,805.83

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 04/22/22 | 449475 | 1,587.68 |
| | 07/06/22 | 452788 | 2,273.40 |
| | 09/14/22 | 455856 | 1,999.60 |
| | 10/10/22 | 457021 | 1,195.90 |
| | 11/23/22 | 459330 | 56,465.25 |



Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.:  John Ohanesian  
J_Ohanesian@learcapital.com  

Atty No.: 00311  
Client ID: 40203-NASAA  
Invoice: 459812  

December 7, 2022  
Page 2  

cc:  Kevin DeMeritt  
via e-mail:  k_demeritt@learcapital.com



Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com  

Atty No.: 00311  
Client ID: 40203-NASAA  
Invoice: 459812  

December 7, 2022  
Page 3  

**CA Department of Business Oversight**
**Subpoena Response**

**Fees through November 30, 2022:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 11/03/22 | Assist in Plan formation/negotiations re NASAA (.3). | S. PIERCE | 0.30 | 250.50 |
| 11/07/22 | Assist in Plan formation/negotiations, including compiling information (.1). | B. MULLINS | 0.10 | 71.00 |
| 11/07/22 | Telephone conference with M. Brauer and follow-up with K. DeMeritt regarding same (.2). | S. PIERCE | 0.20 | 167.00 |
| 11/08/22 | Assist in Plan formation/negotiations, including compile needed information (1.0). | B. MULLINS | 1.00 | 710.00 |
| 11/09/22 | Finalize and issue correspondence to M. Brauer/other state representatives in follow-up to prior settlement meeting (.2). | S. PIERCE | 0.20 | 167.00 |
| 11/15/22 | Provide information to NASAA and strategize regarding and assist in preparation of plan development, including telephone conference with M. Brauer (1.1). | S. PIERCE | 1.10 | 918.50 |

Total Fees:                                                                                                              $2,284.00



Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.:  John Ohanesian  
J_Ohanesian@learcapital.com

Atty No.: 00311  
Client ID: 40203-NASAA  
Invoice: 459812  

December 7, 2022  
Page 4

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| S. PIERCE | 1.80 hours at | $835.00 = | 1,503.00 |
| B. MULLINS | 1.10 hours at | $710.00 = | 781.00 |
| | | | |
| SUMMARY TOTALS | 2.90 | | 2,284.00 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com

Atty No.: 00311  
Client ID: 40203-NASAA  
Invoice: 459812

December 7, 2022

# REMITTANCE
(please include with payment)

| | |
|---|---:|
| Current Fees: | 2,284.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$2,284.00** |
| Prior balance due: | 63,521.83 |
| TOTAL DUE: | $65,805.83 |

**Please remit to:**  
Mitchell Silberberg & Knupp LLP  
2049 Century Park East, 18th Floor  
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**  
Routing Number or ABA:  
Bank Name:                                    Wells Fargo Bank, N.A.  
Bank Address:                                 420 Montgomery, San Francisco, CA 94104  
Beneficiary Account No.:  
Beneficiary Account Name:         Mitchell Silberberg & Knupp LLP  
For International Transfers for payments in USD:  
For International Transfers for payments in currencies other than USD:  
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.