# EXHIBIT A

15081196.2

13995163/1

| EXHIBIT A | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fees Requested by Matter - Third Interim Fee Application For The Period 9/1/22 - 11/30/2022 | | | | | | | |
| | Fourth Monthly Fee Application | | Fifth Monthly Fee Application | | Sixth Monthly Fee Application | | Total | |
| Matter | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| CA Department of Business Oversight | 19.2 | 5,979.50 | 91.6 | 56,465.25 | 2.9 | 2,284.00 | 113.7 | 64,728.75 |
| City of Los Angeles v. Lear - Case Specific Fees/Costs | 0.3 | 213.00 | 0.5 | 367.50 | 0.0 | 0.00 | 0.8 | 580.50 |
| General Business Advice | 4.3 | 3,446.50 | 5.5 | 4,423.50 | 31.6 | 24,573.50 | 41.4 | 32,443.50 |
| NY Attorney General Subpoena Response | 3.6 | 3,006.00 | 0.3 | 250.50 | 0.0 | 0.00 | 3.9 | 3,256.50 |
| People v. Lear Capital – Insurance | 2.1 | 1,728.50 | 0.1 | 83.50 | 0.0 | 0.00 | 2.2 | 1,812.00 |
| Project Phoenix | 15.2 | 12,642.00 | 1.1 | 893.50 | 2.5 | 2,050.00 | 18.8 | 15,585.50 |
| Respond to Blalock v. Halt Subpoena | 0.1 | 83.50 | 0.0 | 0.00 | 0.0 | 0.00 | 0.1 | 83.50 |
| **Totals:** | **44.8** | **27,099.00** | **99.1** | **62,483.75** | **37.0** | **28,907.50** | **180.9** | **$118,490.25** |

15081196.2

13995163/1

**Fees Requested by Professional – Third Interim Compensation Period (9/1/22 - 11/30/22)**

| Timekeeper | Position | Rate | Fourth Monthly Fee Application | | Fifth Monthly Fee Application | | Sixth Monthly Fee Application | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| Seth E. Pierce | Member of the CA Bar since 1996 Partner in Litigation Department since 2005 | $835 | 22.5 | $18,787.50 | 47.2 | $36,280.75 | 8.0 | $6,680.00 | 77.7 | $61,748.25 |
| Anthony Amendola | Member of the CA Bar since 1988; Partner in Labor Department since 2003 | $825 | 0.0 | $0.00 | 0.9 | $742.50 | 0.0 | $0.00 | 0.9 | $742.50 |
| Elaine Kim | Member of the CA Bar since 2006; Partner in Litigation Department since 2015 | $775 | 2.4 | $1,860.00 | 1.0 | $775.00 | 25.1 | $19,452.50 | 28.5 | $22,087.50 |
| Jeremy Mittman | Member of the NY (2003) and CA (2006) Bars; Partner in Labor Dept. since 2018 | $725 | 0.0 | $0.00 | 0.0 | $0.00 | 0.4 | $290.00 | 0.4 | $290.00 |
| Brad Mullins | Member of the NY (2012), NJ (2012); and CA (2010) Bars; Partner in Litigation Department since 2019 | $710 | 1.4 | $994.00 | 18.8 | $13,348.00 | 3.5 | $2,485.00 | 23.7 | $16,827.00 |
| Chloe George | Member of the CA (2019) and NY (2019) Bars; Associate in Litigation Dept. since 2022 | $545 | 0.0 | $0.00 | 10.7 | $5,831.50 | 0.0 | $0.00 | 10.7 | $5,831.50 |
| Nicole Williams | Paralegal in Litigation Department since 2003 | $295 | 18.5 | $5,457.50 | 12.7 | $3,746.50 | 0.0 | $0.00 | 31.2 | $9,204.00 |
| Wuk Kim | Litigation Support Specialist | $285 | 0.0 | $0.00 | 1.4 | $399.00 | 0.0 | $0.00 | 1.4 | $399.00 |
| Lise Deary | Research Librarian at MSK since 2021 | $275 | 0.0 | $0.00 | 1.5 | $412.50 | 0.0 | $0.00 | 1.5 | $412.50 |
| Peninah Rosenblum | Research Librarian | $275 | 0.0 | $0.00 | 0.2 | $55.00 | 0.0 | $0.00 | 0.2 | $55.00 |
| John Clark | Project Assistant | $190 | 0.0 | $0.00 | 4.7 | $893.00 | 0.0 | $0.00 | 4.7 | $893.00 |
| | **Totals** | | **44.8** | **$27,099.00** | **99.1** | **$62,483.75** | **37.0** | **$28,907.50** | **180.9** | **$118,490.25** |
| | **Blended Rate** | | | **$604.89** | | **$630.51** | | **$781.28** | | **$655.00** |

15081196.2

13995163/1