# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | ) Case No. 22-10165-BLS |
| Debtor. | ) |

## NOTICE OF ERRATA

The Participating States, by and through undersigned counsel, respectfully submit this errata to the Joint Motion Extending Governmental Claims Bar Date and Plan Date ("Joint Motion"), which was filed on January 18, 2023, at Docket No. 512, in order to correct inadvertent clerical errors. At page one, footnote 2 references footnote 5. However, there is no footnote 5. Footnote 2 should instead reference footnote 4. Second, at page nine, the Attorney General & Reporter for the State of Tennessee is "Jonathan Skrmetti" and not "Herbert H. Slatery III." Third, in Appendix A, the "Hawaii Office of the Attorney General" should instead be "State of Hawaii, Department of Commerce and Consumer Affairs, Securities Enforcement Branch." Finally, Mississippi is correctly listed as a Participating State, but the Joint Motion omits "State of Mississippi" in Appendix A.

Dated: January 24, 2023                                   Respectfully submitted,

By: /s/ *Karen Cordry*                                    By: */s/ Robert Finke*
Karen Cordry (DC Bar No. 278051)                          Robert Finke, 40756*
National Association of Attorneys General                 First Assistant Attorney General
1850 M St., NW, 12th Floor                                1300 Broadway, 8th Floor
Washington, DC 20036                                      Denver, CO  80203

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles, CA 90025.

Telephone: (202) 326-6025
(301) 933-3640 (current use)
E-mail: kcordry@naag.org

ATTORNEY FOR THE FILING STATES LISTED IN COMMISSIONER

By: */s/ Max F. Brauer*

Max F. Brauer
(Maryland State Does Not Use Bar Numbers)
Assistant Attorney General
Maryland Office of the Attorney General
Securities Division
200 Saint Paul Place, 25th Floor
Baltimore, MD 21202
Telephone: (410) 576-6950
Facsimile: (410) 576-6532
mbrauer@oag.state.md.us

ATTORNEY FOR THE STATE OF MARYLAND EX REL MARYLAND SECURITIES COMMISSIONER

By: */s/ Abigail R. Ryan*
ABIGAIL R. RYAN
Texas State Bar No. 24035956
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548 MC008
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
abigail.ryan@oag.texas.gov

ATTORNEY FOR THE TEXAS STATE SECURITIES BOARD

By: /s/ Michael D. Morris
MICHAEL D. MORRIS
Assistant Attorney General
State Bar #1112934
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3936
(608) 294-2907 (Fax)

Telephone: (720) 508-6376
Email: Robert.Finke@coag.gov

ATTORNEY FOR THE COLORADO SECURITIES APPENDIX A

By: /s/ Laura L. McCloud

LAURA L. MCCLOUD (TN BPR 16206)
Senior Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 532-8933

ATTORNEY FOR THE STATE OF TENNESSEE

By: /s/ Jennifer Rood
JENNIFER ROOD, Assistant General Counsel
Vermont Bar No. 5515
Vermont Department of Financial Regulation
89 Main Street, Third Floor
Montpelier, VT 05620
(802) 828-5672
Jennifer.rood@vermont.gov

ATTORNEY FOR THE VERMONT DEPARTMENT OF FINANCIAL REGULATION

By: */s/ Stephen Manning*
STEPHEN S. MANNING
Washington State Bar No. 36965
Washington Department of
Financial Institutions, Securities Division
150 Israel Rd. SW
Tumwater, WA 98501
Telephone: (360) 902-8700
Fax: (360) 902-0524
Stephen.Manning@atg.wa.gov

ATTORNEY FOR THE WASHINGTON DEPARTMENT OF FINANCIAL INSTITUTIONS SECURITIES DIVISION

morrismd@doj.state.wi.us

ATTORNEYS FOR THE STATE OF WISCONSIN
DEPARTMENT OF FINANCIAL INSTITUTIONS

15098931.1

# APPENDIX A

<u>Participating States Represented By Karen Cordry</u>:

Alabama Securities Commission

Arkansas Securities Department

State of Arizona ex rel. Arizona Corporation Commission

California Commissioner of Financial Protection and Innovation

District of Columbia Dept. of Insurance, Securities and Banking Commissioner

Delaware Department of Justice, Investor Protection Unit

State of Hawaii, Department of Commerce and Consumer Affairs, Securities Enforcement Branch

Idaho Department of Finance

Kentucky Department of Financial Institutions, Division of Securities

Louisiana Office of Financial Institutions

Michigan Department of Attorney General

Maine Securities Administrator

Missouri Securities Enforcement Counsel

Montana Commissioner of Securities & Insurance

New Hampshire Bureau of Securities Regulation

Ohio Department of Commerce, Division of Securities

Puerto Rico Office of the Commissioner of Financial Institutions

South Carolina Office of the Attorney General

State of Mississippi

Utah Securities Division