**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 8, 2023 AT 1:30 P.M. (ET)**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsd-yorTwiEvGP6IxjxKrWs3l7G2s1niA**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**ALL PARTIES MUST REGISTER NO LATER THAN 11:30 A.M. (ET) ON FEBRUARY 8, 2023.**

---

**MATTERS GOING FORWARD:**

1. Joint Motion Extending Governmental Claims Bar Date and Plan Date [Docket No. 512, Filed January 18, 2023].

    Objection Deadline:   February 1, 2023 at 4:00 p.m. (ET).

    Responses/Objections Received:

    A. Informal comments from the Debtor.

    Related Documents:

    A. Notice of Errata Regarding Joint Motion Extending Governmental Claims Bar Date and Plan Date [Docket No. 515, Filed January 24, 2023].

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

14032530/1

Status: The parties are negotiating an agreed-upon form of order. The matter is going forward, but to the extent a resolution is reached, the parties will file a certification of counsel.

**FEE APPLICATIONS:**

2. Interim Fee Applications – See Attached Exhibit A.

   Objection Deadline:    February 1, 2023 at 4:00 p.m. (ET).

   Responses/Objections Received: None.

   Related Documents:

   A. Certification of Counsel Regarding Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 526, Filed February 6, 2023].

   Status: A certification of counsel has been filed. No hearing is necessary unless the court has questions.

| | |
|---|---|
| Dated: February 6, 2023<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (admitted *pro hac vice*)<br>Melissa Davis Lowe (admitted *pro hac vice*)<br>100 Spectrum Center Drive; Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>E-mail: mlowe@shulmanbastian.com<br><br>*Counsel to the Debtor and Debtor*<br>*in Possession* |