IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 8, 2023 AT 1:30 P.M. (ET)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsd-yorTwiEvGP6IxjxKrWs3l7G2s1niA**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**ALL PARTIES MUST REGISTER NO LATER THAN 11:30 A.M. (ET) ON FEBRUARY 8, 2023.**

**MATTERS GOING FORWARD:**

1. Joint Motion Extending Governmental Claims Bar Date and Plan Date [Docket No. 512, Filed January 18, 2023].

   Objection Deadline:    February 1, 2023 at 4:00 p.m. (ET).

   Responses/Objections Received:

   A. Informal comments from the Debtor.

   Related Documents:

   A. Notice of Errata Regarding Joint Motion Extending Governmental Claims Bar Date and Plan Date [Docket No. 515, Filed January 24, 2023].

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

[2] Amended items appear in **BOLD**.

14037787/1

<u>Status</u>: The parties are negotiating an agreed-upon form of order.  The matter is going forward, but to the extent a resolution is reached, the parties will file a certification of counsel.

### **FEE APPLICATIONS:**

2. Interim Fee Applications – See Attached <u>Exhibit A</u>.

    <u>Objection Deadline</u>:    February 1, 2023 at 4:00 p.m. (ET).

    <u>Responses/Objections Received</u>: None.

    <u>Related Documents</u>:

    A. Certification of Counsel Regarding Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [<u>Docket No. 526</u>, Filed February 6, 2023].

    B. **Third Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [<u>Docket No. 528</u>, Entered February 7, 2023].**

    <u>Status</u>: **An Order has been entered. No hearing is necessary.**

Dated:  February 7, 2023  
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*