# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

### In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 2 | 3/13/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 44 | 3/29/2022 | $34,620.30<br>$34,620.30<br>$34,620.30 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 140 | 5/2/2022 | $5,700.00<br>$5,700.00<br>$5,700.00 | | ( U )<br>( T )<br>[CDT] |
| ARGONAUT INSURANCE COMPANY<br>ATTN: GEOFFREY W. HEINEMAN<br>ROPERS MAJESKI, P.C.<br>750 THIRD AVENUE, 25TH FL.<br>NEW YORK, NY  10017 | 22-10165<br>Lear Capital, Inc. | 103 | 4/28/2022 | $3,401,424.70<br>$3,401,424.70<br>$3,401,424.70 | | ( U )<br>( T )<br>[CDT] |
| ARGONAUT INSURANCE COMPANY<br>ATTN: GEOFFREY W. HEINEMAN<br>ROPERS MAJESKI, P.C.<br>750 THIRD AVENUE, 25TH FL.<br>NEW YORK, NY  10017 | 22-10165<br>Lear Capital, Inc. | 85 | 4/26/2022 | $3,401,424.70<br>$3,401,424.70<br>$3,401,424.70 | | ( U )<br>( T )<br>[CDT] |
| ARIZONA CORPORATION COMMISSION<br>MATTHEW A. SILVERMAN<br>OFFICE OF THE ARIZONA ATTORNEY GENERAL`S OFFICE<br>2005 N. CENTRAL AVE.<br>PHOENIX, AZ  85004 | 22-10165<br>Lear Capital, Inc. | 166 | 8/23/2022 | $785,585.35<br>$785,585.35<br>$785,585.35 | [U]<br>[U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 102 | 4/22/2022 | $16,720.00<br>$16,720.00<br>$16,720.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 137 | 5/1/2022 | $25,897.66<br>$25,897.66<br>$25,897.66 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 66 | 4/11/2022 | $12,585.54<br>$12,585.54<br>$12,585.54 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 65 | 4/11/2022 | $15,995.77<br>$15,995.77<br>$15,995.77 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 42 | 3/28/2022 | $3,326.00<br>$3,326.00<br>$3,326.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 87 | 4/26/2022 | $51,487.26<br>$51,487.26<br>$51,487.26 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 32 | 3/21/2022 | $2,866.45<br>$2,866.45<br>$2,866.45 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 109 | 4/11/2022 | $5,000.00<br>$5,000.00<br>$5,000.00 | | ( U )<br>( T )<br>[CDT] |

   * [C]: Contingent  [U]: Unliquidated  [D]: Disputed          *This Register of Proofs of Claim Filed is continually subject to audit and update.*
  ** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
 *** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
       but does not necessarily represent the total claim as indicated by the creditor.
 ***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
       unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.  Then, the modified amount is reflected.

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 62 | 4/12/2022 | $45,440.98<br>$45,440.98<br>$45,440.98 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 92 | 4/28/2022 | $40,422.00<br>$18,762.00<br>$59,293.00<br>$59,184.00<br>$59,184.00 | | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 13 | 3/15/2022 | $18,348.18<br>$18,348.18<br>$18,348.18 | | ( U )<br>( T )<br>[CDT] |
| CITY OF LOS ANGELES, OFFICE OF FINANCE<br>LOS ANGELES CITY ATTORNEY`S OFFICE<br>200 N MAIN STREET<br>STE 920<br>LOS ANGELES, CA  90012 | 22-10165<br>Lear Capital, Inc. | 171 | 11/8/2022 | $11,839.14<br>$11,839.14<br>$11,839.14 | | ( P )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 21 | 3/17/2022 | $53,105.00<br>$53,105.00<br>$53,105.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 56 | 4/5/2022 | $10,669.00<br>$10,669.00<br>$10,669.00 | | ( U )<br>( T )<br>[CDT] |
| COUNTY OF ORANGE TREASURER-TAX COLLECTOR<br>PO BOX 4515<br>SANTA ANA, CA  92702-4515 | 22-10165<br>Lear Capital, Inc. | 110 | 4/25/2022 | $262.00<br>$262.00<br>$262.00 | [U]<br>[U]<br>[U] | ( P )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 45 | 3/29/2022 | $14,855.00<br>$14,855.00<br>$14,855.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 75 | 4/19/2022 | $600.00<br>$600.00<br>$600.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 97 | 4/29/2022 | UNKNOWN<br>$300,000.00<br>$300,000.00<br>$300,000.00<br>$300,000.00 | [CU]<br>[CU]<br>[CU]<br>[CU]<br>[CU] | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 37 | 3/24/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 162 | 7/30/2022 | $380,202.25<br>$380,202.25<br>$380,202.25 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 31 | 3/20/2022 | $1,200.00<br>$1,200.00<br>$1,200.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 107 | 4/25/2022 | $177,329.32<br>$177,329.32<br>$177,329.32 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 121 | 4/29/2022 | $10,418.00<br>$10,418.00<br>$10,418.00 | | ( U )<br>( T )<br>[CDT] |

\* [C]: Contingent  [U]: Unliquidated  [D]: Disputed

*This Register of Proofs of Claim Filed is continually subject to audit and update.*

\*\* ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total

\*\*\* [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor, but does not necessarily represent the total claim as indicated by the creditor.

\*\*\*[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor, unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 52 | 4/3/2022 | $8,000.00<br>$8,000.00<br>$8,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 81 | 4/23/2022 | $55,052.04<br>$55,052.04<br>$55,052.04 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 144 | 5/4/2022 | UNKNOWN<br>UNKNOWN<br>UNKNOWN | [U]<br>[U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 141 | 5/2/2022 | $25,912.76<br>$25,912.76<br>$25,912.76 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 111 | 4/29/2022 | $50,000.00<br>$50,000.00<br>$50,000.00 | | ( U )<br>( T )<br>[CDT] |
| FEDERAL INSURANCE COMPANY<br>C/O WENDY M. SIMKULAK<br>DUANE MORRIS LLP<br>30 S. 17TH STREET<br>PHILADELPHIA, PA  19103 | 22-10165<br>Lear Capital, Inc. | 90 | 4/27/2022 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>UNKNOWN | [CU]<br>[CU]<br>[CU]<br><br>[CU] | ( A )<br>( S )<br>( U )<br>( T )<br>[CDT] |
| FEDEX CORPORATE SERVICES INC.<br>AS ASSIGNEE OF FEDEX<br>EXPRESS/GROUND.FREIGHT.OFFICE<br>3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR<br>MEMPHIS, TN  38116-5017 | 22-10165<br>Lear Capital, Inc. | 55 | 3/25/2022 | $42,220.76<br>$42,220.76<br>$42,220.76 | | ( U )<br>( T )<br>[CDT] |
| FRANCHISE TAX BOARD<br>REBECCA ESTONILO<br>BANKRUPTCY SECTION, MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA  95812-2952 | 22-10165<br>Lear Capital, Inc. | 139 | 5/2/2022 | $800.00<br>$800.00<br>$0.00 | [U]<br>[U] | ( P )<br>( T )<br>[CDT] |
| FRANCHISE TAX BOARD<br>PO BOX 2952<br>BANKRUPTCY SECTION MS A340<br>SACRAMENTO, CA  95812-2952 | 22-10165<br>Lear Capital, Inc. | 154 | 6/2/2022 | $43,301.29<br>$127,767.15<br>$171,068.44<br>$171,068.44 | | ( P )<br>( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 48 | 4/1/2022 | $14,785.14<br>$14,785.14<br>$14,785.14 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 142 | 5/2/2022 | UNKNOWN<br>UNKNOWN<br>UNKNOWN | [U]<br>[U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 159 | 7/8/2022 | $97,070.00<br>$0.00<br>$10,074.00<br>$97,070.00<br>$97,070.00 | | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 84 | 4/25/2022 | $38,606.79<br>$38,606.79<br>$38,606.79 | | ( S )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 117 | 4/29/2022 | UNKNOWN<br>$50,000.00<br>$50,000.00<br>$50,000.00<br>$50,000.00 | [CU]<br>[CU]<br>[CU]<br>[CU]<br>[CU] | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |

   * [C]: Contingent  [U]: Unliquidated  [D]: Disputed          *This Register of Proofs of Claim Filed is continually subject to audit and update.*
  ** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
 *** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        but does not necessarily represent the total claim as indicated by the creditor.
***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 115 | 4/29/2022 | $123,102.00<br>$123,102.00<br>$123,102.00 | [CU]<br>[CU]<br>[CU] | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 93 | 4/28/2022 | $123,102.00<br>$123,102.00<br>$123,102.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 95 | 4/28/2022 | $40,222.00<br>$40,222.00<br>$40,222.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 125 | 4/30/2022 | $8,586.36<br>$8,586.36<br>$8,586.36 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 128 | 4/30/2022 | $48,692.44<br>$48,692.44<br>$48,692.44 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 69 | 4/17/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>DEPARTMENT OF TREASURY<br>PHILADELPHIA, PA  19101-7346 | 22-10165<br>Lear Capital, Inc. | 156 | 6/17/2022 | $15,033.61<br>$15,033.61<br>$15,033.61 | [U]<br>[U]<br>[U] | ( P )<br>( T )<br>[CDT] |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>DEPARTMENT OF TREASURY<br>PHILADELPHIA, PA  19101-7346 | 22-10165<br>Lear Capital, Inc. | 64 | 6/17/2022 | $15,033.61<br>$15,033.61<br>$15,033.61 | | ( P )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 122 | 4/29/2022 | UNKNOWN<br>$134,184.87<br>$134,184.87<br>$134,184.87<br>$134,184.87 | [CU]<br>[CU]<br>[CU]<br>[CU]<br>[CU] | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 68 | 4/14/2022 | $75,000.00<br>$75,000.00<br>$75,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 54 | 3/24/2022 | UNKNOWN<br>UNKNOWN<br>UNKNOWN | [U]<br>[U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 98 | 4/29/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 169 | 9/13/2022 | $25,000.00<br>$25,000.00<br>$25,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 4 | 3/14/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 5 | 3/14/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 39 | 3/24/2022 | $14,869.94<br>$14,869.94<br>$14,869.94 | | ( P )<br>( T )<br>[CDT] |

   \* [C]: Contingent  [U]: Unliquidated  [D]: Disputed            *This Register of Proofs of Claim Filed is continually subject to audit and update.*
  \*\* ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
 \*\*\* [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
          but does not necessarily represent the total claim as indicated by the creditor.
\*\*\*[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
          unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 57 | 4/7/2022 | $28,432.57<br>$28,432.57<br>$28,432.57 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 119 | 4/29/2022 | UNKNOWN<br>$11,145.00<br>$11,145.00<br>$11,145.00<br>$11,145.00 | [CU]<br>[CU]<br>[CU]<br>[CU]<br>[CU] | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 46 | 3/30/2022 | $100,000.00<br>$100,000.00<br>$100,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 71 | 4/18/2022 | $350,000.00<br>$350,000.00<br>$350,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 143 | 5/4/2022 | $427,662.04<br>UNKNOWN<br>$427,662.04<br>$427,662.04<br>$427,662.04 | [CUD]<br>[CUD]<br>[CUD]<br>[CUD]<br>[CUD] | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 120 | 4/29/2022 | UNKNOWN<br>$387,125.00<br>$387,125.00<br>$387,125.00<br>$0.00 | [CU]<br>[CU]<br>[CU]<br>[CU] | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 35 | 3/22/2022 | $4,722.43<br>$4,722.43<br>$4,722.43 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 132 | 5/1/2022 | $5,738.06<br>$5,738.06<br>$5,738.06 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 106 | 4/25/2022 | $81,558.00<br>$81,558.00<br>$81,558.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 6 | 3/14/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 113 | 4/29/2022 | $52,400.00<br>$52,400.00<br>$52,400.00 | | ( P )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 70 | 4/17/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 79 | 4/20/2022 | $59,714.83<br>$59,714.83<br>$59,714.83 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 29 | 3/19/2022 | $7,000.00<br>$7,000.00<br>$7,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165 Lear Capital, Inc. | 96 | 4/29/2022 | $60,123.63<br>$60,123.63<br>$60,123.63 | | ( U )<br>( T )<br>[CDT] |

\* [C]: Contingent  [U]: Unliquidated  [D]: Disputed    *This Register of Proofs of Claim Filed is continually subject to audit and update.*
\*\* ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
\*\*\* [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
  but does not necessarily represent the total claim as indicated by the creditor.
\*\*\*[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
  unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 61 | 4/11/2022 | $50,000.00<br>$50,000.00<br>$50,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 157 | 6/22/2022 | $6,000.00<br>$6,000.00<br>$6,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 50 | 4/3/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES, CA  90054-0110 | 22-10165<br>Lear Capital, Inc. | 25 | 3/17/2022 | $1,576.13<br>$1,576.13<br>$1,576.13 | [CU]<br>[CU]<br>[CU] | ( P )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 131 | 5/1/2022 | $11,539.00<br>$11,539.00<br>$11,539.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 11 | 3/15/2022 | $10,000.00<br>$10,000.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 59 | 4/7/2022 | $3,350.00<br>$12,736.95<br>$16,086.95<br>$16,086.95 | | ( P )<br>( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 58 | 4/7/2022 | $3,350.00<br>$12,736.95<br>$16,086.95<br>$0.00 | | ( P )<br>( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 135 | 5/1/2022 | $46,818.00<br>$46,818.00<br>$46,818.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 33 | 3/21/2022 | $2,826.52<br>$2,826.52<br>$2,826.52 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 152 | 5/18/2022 | $2,085.35<br>$2,085.35<br>$2,085.35 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 16 | 3/16/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 129 | 4/30/2022 | $33,750.74<br>$33,750.74<br>$33,750.74 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 104 | 4/25/2022 | $9,500.00<br>$9,500.00<br>$9,500.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 49 | 4/2/2022 | $5,650.42<br>$5,650.42<br>$5,650.42 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 114 | 4/29/2022 | $134,805.00<br>$134,805.00<br>$134,805.00 | [U]<br>[U]<br>[U] | ( U )<br>( T )<br>[CDT] |

   * [C]: Contingent  [U]: Unliquidated  [D]: Disputed            *This Register of Proofs of Claim Filed is continually subject to audit and update.*
  ** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
 *** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        but does not necessarily represent the total claim as indicated by the creditor.
 ***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 170 | 10/24/2022 | $3,000.00<br>$3,000.00<br>$3,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 155 | 6/17/2022 | $4,000.00<br>$4,000.00<br>$4,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 63 | 4/12/2022 | $15,707.35<br>$15,707.35<br>$15,707.35 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 118 | 4/29/2022 | $12,854.39<br>$12,854.39<br>$12,854.39 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 10 | 3/15/2022 | $10,782.05<br>$10,782.05<br>$10,782.05 | | ( S )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 105 | 4/27/2022 | $6,600.00<br>$6,600.00<br>$6,600.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 60 | 4/9/2022 | $5,000.00<br>$5,000.00<br>$5,000.00 | | ( S )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 19 | 3/16/2022 | $160,140.78<br>$160,140.78<br>$160,140.78 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 136 | 5/1/2022 | $134,059.33<br>$134,059.33<br>$134,059.33 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 86 | 4/26/2022 | $24,995.20<br>$24,995.20<br>$24,995.20 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 130 | 5/1/2022 | UNKNOWN<br>$281,298.00<br>$281,298.00<br>$281,298.00<br>$281,298.00 | [CU]<br>[CU]<br>[CU]<br>[CU]<br>[CU] | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 138 | 5/1/2022 | $186,564.80<br>$186,564.80<br>$186,564.80 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 91 | 4/27/2022 | $2,142.96<br>$2,142.96<br>$2,142.96 | | ( U )<br>( T )<br>[CDT] |
| OHIO DEPARTMENT OF TAXATION<br>PO BOX 530<br>BANKRUPTCY DIVISION<br>COLUMBUS, OH  43216 | 22-10165<br>Lear Capital, Inc. | 163 | 8/1/2022 | $1,178,075.37<br>$158,985.57<br>$1,337,060.94<br>$1,337,060.94 | | ( P )<br>( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 28 | 3/18/2022 | $250,000.00<br>$250,000.00<br>$250,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 53 | 4/4/2022 | $20,000.00<br>$20,000.00<br>$20,000.00 | | ( U )<br>( T )<br>[CDT] |

\* [C]: Contingent  [U]: Unliquidated  [D]: Disputed

*This Register of Proofs of Claim Filed is continually subject to audit and update.*

\*\* ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total

\*\*\* [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor, but does not necessarily represent the total claim as indicated by the creditor.

\*\*\*[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor, unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 38 | 3/15/2022 | $47,254.00<br>$47,254.00<br>$47,254.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 14 | 3/15/2022 | $47,254.00<br>$47,254.00<br>$47,254.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 27 | 3/18/2022 | $5,057.20<br>$5,057.20<br>$5,057.20 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 40 | 3/28/2022 | $7,004.88<br>$7,004.88<br>$7,004.88 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 76 | 4/20/2022 | $64,440.00<br>$64,440.00<br>$64,440.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 151 | 5/12/2022 | UNKNOWN<br>UNKNOWN<br>UNKNOWN | [U]<br>[U]<br>[U] | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 17 | 3/16/2022 | $9,859.27<br>$9,859.27<br>$9,859.27 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 134 | 5/1/2022 | $6,027.28<br>$6,027.28<br>$6,027.28 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 127 | 4/30/2022 | $6,027.28<br>$6,027.28<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 41 | 3/28/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 100 | 4/28/2022 | $34,468.40<br>$34,468.40<br>$34,468.40 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 22 | 3/17/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 150 | 5/12/2022 | $74,659.40<br>UNKNOWN<br>$74,659.40<br>$74,659.40<br>$74,659.40 | [CUD]<br>[CUD]<br>[CUD]<br>[CUD]<br>[CUD] | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 15 | 3/15/2022 | $35,000.00<br>$35,000.00<br>$35,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 80 | 4/21/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 43 | 3/29/2022 | $13,400.00<br>$13,400.00<br>$13,400.00 | | ( U )<br>( T )<br>[CDT] |

  * [C]: Contingent  [U]: Unliquidated  [D]: Disputed           *This Register of Proofs of Claim Filed is continually subject to audit and update.*
 ** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
*** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
       but does not necessarily represent the total claim as indicated by the creditor.
***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
       unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.  Then, the modified amount is reflected.

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 8 | 3/15/2022 | $8,800.00<br>$8,800.00<br>$8,800.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 9 | 3/15/2022 | $39,570.00<br>$39,570.00<br>$39,570.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 124 | 4/30/2022 | $446,233.19<br>$446,233.19<br>$446,233.19 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 123 | 4/30/2022 | $446,233.19<br>$446,233.19<br>$446,233.19 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 51 | 4/3/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 116 | 4/25/2022 | $6,439.60<br>$6,439.60<br>$6,439.60 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 7 | 3/14/2022 | $42,198.80<br>$42,198.80<br>$42,198.80 | | ( S )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 36 | 3/22/2022 | $1,750.00<br>$1,750.00<br>$1,750.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 94 | 4/28/2022 | $35,017.50<br>$35,017.50<br>$35,017.50 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 133 | 5/1/2022 | $10,000.00<br>$10,000.00<br>$10,000.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 1 | 3/12/2022 | $8,241.75<br>$8,241.75<br>$8,241.75 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 77 | 4/20/2022 | $640.00<br>$640.00<br>$640.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 3 | 3/14/2022 | $24,157.80<br>$24,157.80<br>$24,157.80 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 172 | 11/15/2022 | $32,001.00<br>$32,001.00<br>$32,001.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 18 | 3/16/2022 | $31,201.28<br>$31,201.28<br>$31,201.28 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 78 | 4/20/2022 | $14,694.12<br>$14,694.12<br>$14,694.12 | | ( U )<br>( T )<br>[CDT] |

\* [C]: Contingent  [U]: Unliquidated  [D]: Disputed         *This Register of Proofs of Claim Filed is continually subject to audit and update.*
\*\* ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
\*\*\* [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
    but does not necessarily represent the total claim as indicated by the creditor.
\*\*\*[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
    unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN  37202-0207 | 22-10165<br>Lear Capital, Inc. | 26 | 3/18/2022 | $8,530.00<br>$15.00<br>$8,545.00<br>$0.00 | | ( P )<br>( U )<br>( T )<br>[CDT] |
| TENNESSEE DEPARTMENT OF REVENUE<br>TDOR C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN  37202-0207 | 22-10165<br>Lear Capital, Inc. | 34 | 3/22/2022 | $15.00<br>$15.00<br>$15.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 12 | 3/15/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 12548<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>MC-008<br>AUSTIN, TX  78711 | 22-10165<br>Lear Capital, Inc. | 165 | 8/2/2022 | $367,181.48<br>$26,062.96<br>$393,244.44<br>$0.00 | | ( P )<br>( U )<br>( T )<br>[CDT] |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 12548<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>MC-009<br>AUSTIN, TX  78711 | 22-10165<br>Lear Capital, Inc. | 160 | 7/20/2022 | $376,920.57<br>$25,288.69<br>$402,209.26<br>$0.00 | | ( P )<br>( U )<br>( T )<br>[CDT] |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 12548<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>MC-008<br>AUSTIN, TX  78711 | 22-10165<br>Lear Capital, Inc. | 164 | 8/2/2022 | $476,166.61<br>$476,166.61<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 12548<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>MC-008<br>AUSTIN, TX  78711 | 22-10165<br>Lear Capital, Inc. | 168 | 8/29/2022 | $462,020.68<br>$462,020.68<br>$462,020.68 | | ( U )<br>( T )<br>[CDT] |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 12548<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>MC-008<br>AUSTIN, TX  78711 | 22-10165<br>Lear Capital, Inc. | 161 | 7/20/2022 | $462,020.68<br>$462,020.68<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 12548<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>MC-008<br>AUSTIN, TX  78711 | 22-10165<br>Lear Capital, Inc. | 167 | 8/29/2022 | $376,920.57<br>$25,288.69<br>$402,209.26<br>$402,209.26 | | ( P )<br>( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 72 | 4/18/2022 | $24,088.32<br>$24,088.32<br>$24,088.32 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 24 | 3/17/2022 | $6,808.50<br>$6,808.50<br>$6,808.50 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 149 | 5/11/2022 | $35,922.76<br>$35,922.76<br>$35,922.76 | | ( U )<br>( T )<br>[CDT] |

   * [C]: Contingent  [U]: Unliquidated  [D]: Disputed     *This Register of Proofs of Claim Filed is continually subject to audit and update.*
  ** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
 *** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        but does not necessarily represent the total claim as indicated by the creditor.
 ***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

Prepared on November 22, 2022 by BMC Group     www.bmcgroup.com     Page 10 of  13
888.909.0100

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 145 | 5/2/2022 | $10,200.00<br>$10,200.00<br>$10,200.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 20 | 3/17/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 99 | 4/29/2022 | UNKNOWN<br>$50,000.00<br>$50,000.00<br>$50,000.00<br>$50,000.00 | [CU]<br>[CU]<br>[CU]<br>[CU]<br>[CU] | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 23 | 3/17/2022 | $11,211.99<br>$11,211.99<br>$11,211.99 | | ( U )<br>( T )<br>[CDT] |
| TRANSUNION LLC<br>ATTN: MELISSA ALVERIO<br>PO BOX 96887<br>556 W ADAMS STREET<br>CHICAGO, IL  60651 | 22-10165<br>Lear Capital, Inc. | 153 | 5/23/2022 | $356.40<br>$356.40<br>$356.40 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 126 | 4/30/2022 | $0.00<br>$0.00<br>$0.00 | | ( U )<br>( T )<br>[CDT] |
| VERIZON BUSINESS GLOBAL LLC<br>ATTN: WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA  20147 | 22-10165<br>Lear Capital, Inc. | 67 | 4/13/2022 | $4,884.47<br>$4,884.47<br>$4,884.47 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 108 | 4/14/2022 | UNASCERTAINABLE<br>UNASCERTAINABLE<br>UNASCERTAINABLE | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 47 | 3/31/2022 | $36,655.20<br>$36,655.20<br>$36,655.20 | | ( P )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 146 | 4/4/2022 | $115,835.88<br>$115,835.88<br>$115,835.88 | | ( U )<br>( T )<br>[CDT] |
| VOIDED CLAIM | 22-10165<br>Lear Capital, Inc. | 73 | 4/18/2022 | BLANK | | ( T ) |
| VOIDED CLAIM | 22-10165<br>Lear Capital, Inc. | 147 | 5/6/2022 | BLANK | | ( T ) |
| VOIDED CLAIM | 22-10165<br>Lear Capital, Inc. | 112 | 4/5/2022 | BLANK | | ( T ) |
| VOIDED CLAIM | 22-10165<br>Lear Capital, Inc. | 74 | 4/18/2022 | BLANK | | ( T ) |
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA  52404 | 22-10165<br>Lear Capital, Inc. | 82 | 4/25/2022 | $4,149.33<br>$4,149.33<br>$4,149.33 | | ( U )<br>( T )<br>[CDT] |
| WESTCHESTER FIRE INSURANCE COMPANY<br>C/O WENDY M. SIMKULAK<br>DUANE MORRIS LLP<br>30 S. 17TH STREET<br>PHILADELPHIA, PA  19103 | 22-10165<br>Lear Capital, Inc. | 88 | 4/27/2022 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>UNKNOWN | [CU]<br>[CU]<br>[CU]<br>[CU]<br>[CU] | ( A )<br>( S )<br>( U )<br>( T )<br>[CDT] |

* [C]: Contingent  [U]: Unliquidated  [D]: Disputed

*This Register of Proofs of Claim Filed is continually subject to audit and update.*

** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total

*** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
    but does not necessarily represent the total claim as indicated by the creditor.

***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
    unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE CO<br>C/O WENDY M. SIMKULAK<br>DUANE MORRIS LLP<br>30 S. 17TH STREET<br>PHILADELPHIA, PA  19103 | 22-10165<br>Lear Capital, Inc. | 89 | 4/27/2022 | UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>UNKNOWN<br>UNKNOWN | [CU]<br>[CU]<br>[CU]<br><br>[CU] | ( A )<br>( S )<br>( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 148 | 5/6/2022 | $51,878.78<br>UNKNOWN<br>$51,878.78<br>$51,878.78<br>$51,878.78 | [CUD]<br>[CUD]<br>[CUD]<br>[CUD]<br>[CUD] | ( S )<br>( U )<br>( T )<br>[CT]<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 83 | 4/25/2022 | $53,403.18<br>$53,403.18<br>$53,403.18 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 101 | 4/22/2022 | $86,671.16<br>$86,671.16<br>$86,671.16 | | ( U )<br>( T )<br>[CDT] |
| CONFIDENTIAL CREDITOR | 22-10165<br>Lear Capital, Inc. | 30 | 3/20/2022 | $7,000.00<br>$7,000.00<br>$7,000.00 | | ( U )<br>( T )<br>[CDT] |
| WISCONSIN DEPARTMENT OF REVENUE<br>PO BOX 8901<br>SPECIAL PROCEDURES UNIT -<br>MADISON, WI  53708 | 22-10165<br>Lear Capital, Inc. | 158 | 7/5/2022 | $549,348.92<br>$8,800.00<br>$558,148.92<br>$558,148.92 | | ( P )<br>( U )<br>( T )<br>[CDT] |

\* [C]: Contingent  [U]: Unliquidated  [D]: Disputed  *This Register of Proofs of Claim Filed is continually subject to audit and update.*

\*\* ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total

\*\*\* [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
but does not necessarily represent the total claim as indicated by the creditor.

\*\*\*[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

## In re: Lear Capital , Case No. 22-10165
### Register of Proofs of Claim Filed • Sorted by: Current Creditor Name

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|

**Report totals for Register of Proofs of Claim Filed**

Totals are reported in each Amount Class (**) and Totals grouping (***)

| | |
|---:|---:|
| $0.00 | ( A ) |
| $788,279.86 | ( S ) |
| $3,055,447.83 | ( P ) |
| $15,716,529.85 | ( U ) |
| $19,473,370.54 | ( T ) |
| $19,560,257.54 | [CT] |
| $17,398,032.32 | [CDT] |

**Total Claims Count: 168**

**Voided Claims: 4**

\* [C]: Contingent  [U]: Unliquidated  [D]: Disputed   *This Register of Proofs of Claim Filed is continually subject to audit and update.*
\*\* ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total
\*\*\* [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
     but does not necessarily represent the total claim as indicated by the creditor.
\*\*\*[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
     unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.