**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | **Re: Docket Nos. 517 & 533** |

**ORDER APPROVING THIRD INTERIM APPLICATION OF
PALADIN MANAGEMENT GROUP, LLC FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS FINANCIAL ADVISOR TO THE DEBTOR FOR THE PERIOD
FROM SEPTEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

Upon consideration of the third interim fee application of Paladin Management Group, LLC ("Paladin"), financial advisor to the debtor and debtor-in-possession (the "Debtor") in the above-captioned bankruptcy case, for allowance of compensation and reimbursement of expenses for the period from September 1, 2022 to November 30, 2022 (the "Third Interim Fee Application"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notices of the Third Interim Fee Application were appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby:

**ORDERED**, that the Third Interim Fee Application is hereby **APPROVED** in the amount set forth on Exhibit A attached hereto; and it is further

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

**ORDERED**, that Paladin is granted allowance of compensation in the amount set forth on Exhibit A attached hereto; and it is further

**ORDERED**, that Paladin is granted reimbursement of expenses in the amounts set forth on Exhibit A attached hereto; and it is further

**ORDERED**, that the Debtor is authorized and directed, as provided herein, to remit, or caused to be remitted, payment in the amounts set forth on Exhibit A attached hereto, less any and all amounts previously paid on account of such fees and expenses; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: February 13th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

14035590/1