**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | **Obj. Deadline: March 6, 2023 at 4:00 p.m. (ET)** |

**SUMMARY OF SEVENTH MONTHLY APPLICATION OF
MITCHELL SILBERBERG & KNUPP LLP AS SPECIAL LITIGATION AND
CORPORATE COUNSEL TO THE DEBTOR, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| Name of Applicant | Mitchell Silberberg & Knupp LLP |
| Authorized to provide professional services to: | Special Litigation and Corporate Counsel to the Debtor and Debtor-in-Possession of Lear Capital, Inc. |
| Date of retention order: | April 11, 2022 *nunc pro tunc* to March 2, 2022 |
| Period for which compensation and reimbursement sought: | December 1, 2022 – December 31, 2022 |
| Compensation sought as actual, reasonable, and necessary: | $15,953.00 |
| Expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| This is a(n): | __X__ monthly  ___ interim  ___ final |

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

15151146.1

Previous Applications:

| Application | Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | Cert. of No Objection Filed |
|---|---|---|---|---|---|
| First Interim | 7/15/2022 [D.I. #283] | 3/2/22 - 5/31/22 | 168,907.70 | 0.00 | Order Filed 8/8/2022 [D.I. 302] |
| First Monthly | 8/4/2022 [D.I. 295] | 6/1/22 - 6/30/22 | 34,658.00 | 0.00 | 8/16/22 [D.I. 324] |
| Second Monthly | 9/8/2022 [D.I. 345] | 7/1/22 - 7/31/22 | 7,879.50 | 60.00 | 9/22/2022 [D.I. 365] |
| Third Monthly | 10/12/2022 [D.I. #388] | 8/1/22 - 8/31/22 | 25,336.00 | 0.00 | 10/24/22 [D.I. 416] |
| Fourth Monthly | 11/10/22 [D.I. #429] | 9/1/22 - 9/30/22 | 27,099.00 | 0.00 | 11/22/22 [D.I. 447] |
| Fifth Monthly | 11/29/22 [D.I. #451] | 10/1/22 - 10/31/22 | 62,483.75 | 0.00 | 12/12/22 [D.I. 467] |
| Sixth Monthly | 12/15/22 [D.I. 473] | 11/1/22 - 11/30/22 | 28,907.50 | 0.00 | 12/28/22 [D.I. 487] |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | **Obj. Deadline: March 6, 2023 at 4:00 p.m. (ET)** |

**SEVENTH MONTHLY APPLICATION OF MITCHELL SILBERBERG & KNUPP LLP, AS SPECIAL LITIGATION AND CORPORATE COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

Mitchell Silberberg & Knupp LLP ("MSK"), special litigation and corporate counsel to the debtor and debtor-in-possession in the above-referenced bankruptcy case (the "Debtor"), hereby submits its *Seventh Monthly Application of Mitchell Silberberg & Knupp LLP, As Special Litigation and Corporate Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period From December 1, 2022 Through December 31, 2022* (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting interim compensation in the amount of $15,953.00 and reimbursement of expenses in the amount $0.00 for the period from December 1, 2022 through December 31, 2022 (the "Compensation Period"), and in support thereof, MSK respectfully represents as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

15151146.1

2. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

3. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## BACKGROUND

4. On March 2, 2022 (the "Petition Date"), the Debtor filed their voluntary petition for relief under Chapter 11, Subchapter V, of title 11 of the United States Code (the "Bankruptcy Code"), commencing this Chapter 11 case (the "Chapter 11 Case").

5. The Debtor has continued to operate and manage its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. On March 2, 2022, Jami Nimeroff was appointed as Subchapter V Trustee.

7. On March 11, 2022, the Debtor filed a *Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Interim Compensation Motion") [Docket No. 44], and on April 12, 2022, the Court entered an Order approving the Interim Compensation Motion (the "Interim Compensation Order") [Docket No. 118].

8. On March 15, 2022, the Debtor filed its *Application for Entry of an Order Authorizing and Approving the Employment of Mitchell Silberberg & Knupp LLP as Special Litigation and Corporate Counsel to the Debtor nunc pro tunc to March 2, 2022* (the "Retention Application") [Docket No. 48], and on April 11, 2022, the Court entered an order approving the Retention Application [Docket No. 113].

9. A chart detailing the fees during the Compensation Period, by professional and by category and a full and detailed statement describing the services rendered during the

2

Compensation Period, by each professional and paraprofessional at MSK are both attached as **Exhibit A**.

10. The total sum due to MSK for professional services rendered on behalf Debtor during for the Compensation Period is $15,953.00. MSK submits that the professional services it rendered on behalf of the Debtor during this time were reasonable and necessary.

11. MSK incurred $0.00 of expenses during the Compensation Period.

12. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements, including that travel time was not billed at more than half rate.

WHEREFORE, MSK hereby requests pursuant to the procedures allowed in the Interim Compensation Order: (i) interim allowance of compensation for necessary and valuable professional services rendered to the Debtor in the amount of $15,953.00 and reimbursement of expenses in the amount of $0.00 for the period from December 1, 2022 through December 31, 2022; (ii) payment in the total amount of $12,762.40 (representing 80% of the total fees ($15,953.00) billed and 100% of the expenses ($0.00) incurred during the Compensation Period); and (iii) such other relief as this Court deems just and proper.

Dated: February 24, 2023
Los Angeles, California

**MITCHELL SILBERBERG & KNUPP LLP**

Seth E. Pierce (CA Bar No. 186576)
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: 310-312-2000
Facsimile: 310-312-3100
E-mail: sep@msk.com

*Special Litigation and Corporate Counsel to the Debtor*

3

15151146.1