# EXHIBIT A

## Compensation by Matter – Seventh Monthly Compensation Period

| Matter | Total Hours | Total Fees |
|---|---|---|
| CA Department of Business Oversight | 4.4 | $3,674.00 |
| City of Los Angeles v. Lear - Case Specific Fees/Costs | 0.1 | $71.00 |
| General Business Advice | 11.8 | $9,118.00 |
| NY Attorney General Subpoena Response | 0.7 | $497.00 |
| Project Phoenix | 3.3 | $2,593.00 |
| | | |
| **Totals:** | **20.3** | **$15,953.00** |

## Timekeeper Summary –Seventh Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Seth E. Pierce | Member of the CA Bar since 1996; Partner in Litigation Dept. since 2005 | $835 | 6.60 | $5,511.00 |
| Elaine Kim | Member of the CA Bar since 2006; Partner in Litigation Dept. since 2015 | $775 | 11.0 | $8,525.00 |
| Brad Mullins | Member of the NY (2012), NJ (2012), and CA (2010) Bars; Partner in Litigation Dept. since 2019 | $710 | 2.70 | $1,917.00 |
| **Total** | | | **20.30** | **$15,953.00** |
| **Blended Rate $785.86** | | | | |



MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203
Invoice: 461619

January 19, 2023

**LEGAL SERVICES RENDERED** through December 31, 2022

| | | |
|---|---|---|
| Re: General Business Advice | 9,118.00 | |
| | | $9,118.00 |
| Re: Project Phoenix | 2,593.00 | |
| | | $2,593.00 |
| Subtotal: | | 11,711.00 |
| Prior balance forward: | 46,951.70 | |
| Less payments: | (12,365.00) | |
| Prior balance due: | | 34,586.70 |
| TOTAL DUE: | | $46,297.70 |

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 04/22/22 | 449473 | 2,689.00 |
| | 07/06/22 | 452787 | 674.50 |
| | 10/10/22 | 457020 | 3,622.70 |
| | 11/23/22 | 459328 | 977.00 |
| | 12/07/22 | 459811 | 26,623.50 |



Lear Capital, Inc.                                      Atty No.: 00083
Kevin DeMeritt, President                               Client ID: 40203
1990 S. Bundy Drive, Suite 600                          Invoice: 461619
Los Angeles, CA 90025
Attn.:  John Ohanesian                                  January 19, 2023
J_Ohanesian@learcapital.com                            Page 2

cc:  Kevin DeMeritt
     via e-mail:  k_demeritt@learcapital.com



Lear Capital, Inc.                                    Atty No.: 00083
Kevin DeMeritt, President                             Client ID: 40203
1990 S. Bundy Drive, Suite 600                        Invoice: 461619
Los Angeles, CA 90025
Attn.:  John Ohanesian                                January 19, 2023
J_Ohanesian@learcapital.com                           Page 3

**General Business Advice**

**Fees through December 31, 2022:**

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/02/22 | Revise submission requested by client (0.5); email with S. Carrol regarding same (0.1). | B. MULLINS | 0.60 | 426.00 |
| 12/07/22 | Prepare for and participate in Teams conference with client re project (1.2). | E. KIM | 1.20 | 930.00 |
| 12/08/22 | Prepare for and participate in Teams meeting with client re project and follow up with Cosgrove re: same (1.2). | E. KIM | 1.20 | 930.00 |
| 12/09/22 | Prepare for and participate in Teams meeting with client re project (1.3). | E. KIM | 1.30 | 1,007.50 |
| 12/10/22 | Prepare notes from meetings with client re project (1.1). | E. KIM | 1.10 | 852.50 |
| 12/12/22 | Telephone call with client re project (.2). | E. KIM | 0.20 | 155.00 |
| 12/12/22 | Review seemingly fraudulent do not call demand letter and email correspondence with J. Ohanesian regarding same (.1). | S. PIERCE | 0.10 | 83.50 |
| 12/14/22 | Prepare document summarizing client's decisions re project (1.4). | E. KIM | 1.40 | 1,085.00 |
| 12/14/22 | Telephone conference with J. Ohanesian regarding miscellaneous strategy matters (.1). | S. PIERCE | 0.10 | 83.50 |
| 12/16/22 | Begin prepare documents requested by client (2.6) | E. KIM | 2.60 | 2,015.00 |



Lear Capital, Inc.                                           Atty No.: 00083
Kevin DeMeritt, President                                    Client ID: 40203
1990 S. Bundy Drive, Suite 600                               Invoice: 461619
Los Angeles, CA 90025
Attn.:  John Ohanesian                                       January 19, 2023
J_Ohanesian@learcapital.com                                  Page 4

| | | | | |
|---|---|---|---|---|
| 12/21/22 | Review/analyze e-mail from client re: potential advertising agreement (.1); review/analyze client's subsequent email and draft contract (.5); call with client re: same (.2); comment on/revise draft contract (1.0); prepare e-mail to client with key issues/changes (.2). | E. KIM | 2.00 | 1,550.00 |

Total Fees:                                                            $9,118.00

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| S. PIERCE | 0.20 | hours at | $835.00 | = | 167.00 |
| E. KIM | 11.00 | hours at | $775.00 | = | 8,525.00 |
| B. MULLINS | 0.60 | hours at | $710.00 | = | 426.00 |
| | | | | | |
| SUMMARY TOTALS | 11.80 | | | | 9,118.00 |



Lear Capital, Inc.                                        Atty No.: 00083
Kevin DeMeritt, President                                 Client ID: 40203
1990 S. Bundy Drive, Suite 600                            Invoice: 461619
Los Angeles, CA 90025
Attn.:  John Ohanesian                                    January 19, 2023
J_Ohanesian@learcapital.com                              Page 5

## Project Phoenix

### Fees through December 31, 2022:

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/02/22 | Provide strategy advice re proposed plan and related negotiations (.9). | S. PIERCE | 0.90 | 751.50 |
| 12/06/22 | Provide strategy advice re proposed plan (.4). | B. MULLINS | 0.40 | 284.00 |
| 12/09/22 | Provide strategy advice re proposed plan (.9). | B. MULLINS | 0.90 | 639.00 |
| 12/12/22 | Provide strategy advice re proposed plan and related negotiations (.1). | S. PIERCE | 0.10 | 83.50 |
| 12/13/22 | Provide strategy advice re proposed plan and related negotiations (.2). | S. PIERCE | 0.20 | 167.00 |
| 12/14/22 | Provide strategy advice re proposed plan and related negotiations (.8). | S. PIERCE | 0.80 | 668.00 |

Total Fees:                                                              $2,593.00

### Billing Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| S. PIERCE | 2.00 hours at $835.00 = | | 1,670.00 |
| B. MULLINS | 1.30 hours at $710.00 = | | 923.00 |
| SUMMARY TOTALS | 3.30 | | 2,593.00 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203
Invoice: 461619

January 19, 2023

# REMITTANCE
**(please include with payment)**

| | |
|---|---|
| Current Fees: | 11,711.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$11,711.00** |
| Prior balance due: | 34,586.70 |
| TOTAL DUE: | $46,297.70 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:                     ████████
Bank Name:                                        Wells Fargo Bank, N.A.
Bank Address:                                      420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:                      ████████
Beneficiary Account Name:                   Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD: ████████████
For International Transfers for payments in currencies other than USD: ████████████████
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.



## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.                                                  Atty No.: 00083
Kevin DeMeritt, President                                          Client ID: 40203-00060
1990 S. Bundy Drive, Suite 600                                     Invoice: 461621
Los Angeles, CA 90025
Attn.: John Ohanesian                                              January 19, 2023
J_Ohanesian@learcapital.com

**LEGAL SERVICES RENDERED** through December 31, 2022

| | | |
|---|---|---|
| Re:  City of Los Angeles v. Lear - Case Specific Fees/Costs | 71.00 | |
| | | $71.00 |
| Subtotal: | | 71.00 |
| Prior balance forward: | 3,824.98 | |
| Less payments: | (403.90) | |
| Prior balance due: | | 3,421.08 |
| TOTAL DUE: | | $3,492.08 |

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 04/22/22 | 449473 | 3,244.48 |
| | 11/23/22 | 459328 | 176.60 |

cc:  Kevin DeMeritt
     via e-mail:  k_demeritt@learcapital.com



Lear Capital, Inc.                                          Atty No.: 00083
Kevin DeMeritt, President                                   Client ID: 40203-00060
1990 S. Bundy Drive, Suite 600                              Invoice: 461621
Los Angeles, CA 90025
Attn.:  John Ohanesian                                      January 19, 2023
J_Ohanesian@learcapital.com                                Page 2


## City of Los Angeles v. Lear - Case Specific Fees/Costs

### Fees through December 31, 2022:

| | | | | |
|---|---|---|---|---|
| 12/05/22 | Emails with S. Son/A. Lechner regarding status of claims payments (.1). | B. MULLINS | 0.10 | 71.00 |

Total Fees:                                                                     $71.00

### Billing Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| B. MULLINS | 0.10  hours at  $710.00  = | | 71.00 |
| SUMMARY TOTALS | 0.10 | | 71.00 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203-00060
Invoice: 461621

January 19, 2023

# REMITTANCE
**(please include with payment)**

| | |
|---|---:|
| Current Fees: | 71.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$71.00** |
| Prior balance due: | 3,421.08 |
| TOTAL DUE: | $3,492.08 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:
Bank Name:                                  Wells Fargo Bank, N.A.
Bank Address:                               420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:
Beneficiary Account Name:        Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:
For International Transfers for payments in currencies other than USD:
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.



# MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.                                    Atty No.: 00311
Kevin DeMeritt, President                             Client ID: 40203-
1990 S. Bundy Drive, Suite 600                        NASAA
Los Angeles, CA 90025                                 Invoice: 461622
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com
                                                     January 19, 2023

**LEGAL SERVICES RENDERED** through December 31, 2022

| | | | |
|---|---|---|---|
| Re: | CA Department of Business Oversight | | |
| | Subpoena Response | 3,674.00 | |
| | | | $3,674.00 |
| Subtotal: | | | 3,674.00 |
| Prior balance forward: | | 65,805.83 | |
| Less payments: | | (49,445.20) | |
| Prior balance due: | | | 16,360.63 |
| TOTAL DUE: | | | $20,034.63 |

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 04/22/22 | 449475 | 1,587.68 |
| | 10/10/22 | 457021 | 1,195.90 |
| | 11/23/22 | 459330 | 11,293.05 |
| | 12/07/22 | 459812 | 2,284.00 |



Lear Capital, Inc.                                          Atty No.: 00311
Kevin DeMeritt, President                                   Client ID: 40203-
1990 S. Bundy Drive, Suite 600                              NASAA
Los Angeles, CA 90025                                       Invoice: 461622
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com                                January 19, 2023
                                                           Page 2




    cc:  Kevin DeMeritt
         via e-mail:  k_demeritt@learcapital.com



Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-
NASAA
Invoice: 461622

January 19, 2023
Page 3

**CA Department of Business Oversight**
**Subpoena Response**

**Fees through December 31, 2022:**

| | | | | |
|---|---|---|---|---|
| 12/07/22 | Provide advice regarding NASAA negotiations (.1). | S. PIERCE | 0.10 | 83.50 |
| 12/09/22 | Provide advice regarding NASAA negotiations (.9). | S. PIERCE | 0.90 | 751.50 |
| 12/15/22 | Provide advice regarding NASAA negotiations (.5). | S. PIERCE | 0.50 | 417.50 |
| 12/16/22 | Provide advice regarding NASAA negotiations (.9). | S. PIERCE | 0.90 | 751.50 |
| 12/19/22 | Provide advice regarding NASAA negotiations (.7). | S. PIERCE | 0.70 | 584.50 |
| 12/20/22 | Videoconference with M. Brauer, others regarding proposed settlement terms (1.0). | S. PIERCE | 1.00 | 835.00 |
| 12/21/22 | Provide advice regarding NASAA negotiations (.3) | S. PIERCE | 0.30 | 250.50 |

Total Fees:                                                                            $3,674.00



Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-
NASAA
Invoice: 461622

January 19, 2023
Page 4

**Billing Summary**

| <u>Name</u> | <u>Hours</u> | <u>Rate</u> | <u>Fees</u> |
|---|---|---|---|
| S. PIERCE | 4.40 hours at | $835.00 = | 3,674.00 |
| SUMMARY TOTALS | 4.40 | | 3,674.00 |



# MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-
NASAA
Invoice: 461622

January 19, 2023

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 3,674.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$3,674.00** |
| Prior balance due: | 16,360.63 |
| TOTAL DUE: | $20,034.63 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA: ███████
Bank Name:                          Wells Fargo Bank, N.A.
Bank Address:                      420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        ███████
Beneficiary Account Name:      Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD: ██████████
For International Transfers for payments in currencies other than USD: ████████████
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000      Fax: (310) 312-3100      TIN: 95-1883538



MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.                                                         Atty No.: 00083
Kevin DeMeritt, President                                           Client ID: 40203-
1990 S. Bundy Drive, Suite 600                                 NYAG
Los Angeles, CA 90025                                              Invoice: 461623
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com
                                                                               January 19, 2023


**LEGAL SERVICES RENDERED** through December 31, 2022

Re:      NY Attorney General Subpoena Response                497.00
                                                                                              $497.00

Subtotal:                                                                                    497.00

Prior balance forward:                                         4,423.70
Less payments:                                                 (3,290.90)

Prior balance due:                                                                      1,132.80

TOTAL DUE:                                                                           $1,629.80


| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 04/22/22 | 449476 | 481.50 |
| | 10/10/22 | 457022 | 601.20 |
| | 11/23/22 | 459331 | 50.10 |


cc:  Kevin DeMeritt
      via e-mail:  k_demeritt@learcapital.com

msk

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203-NYAG
Invoice: 461623

January 19, 2023
Page 2

**NY Attorney General Subpoena Response**

**Fees through December 31, 2022:**

| | | | | |
|---|---|---|---|---|
| 12/22/22 | Emails K. DeMeritt/J. Ohanesian regarding implementing settlement and review agreement (.5). | B. MULLINS | 0.50 | 355.00 |
| 12/30/22 | Confer with S. Pierce regarding implementation of settlement agreement (.2). | B. MULLINS | 0.20 | 142.00 |

Total Fees:                                                                 $497.00

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| B. MULLINS | 0.70 hours at | $710.00 = | 497.00 |
| SUMMARY TOTALS | 0.70 | | 497.00 |



## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203-
NYAG
Invoice: 461623

January 19, 2023

# REMITTANCE
**(please include with payment)**

| | |
|---|---:|
| Current Fees: | 497.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$497.00** |
| Prior balance due: | 1,132.80 |
| TOTAL DUE: | $1,629.80 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:             ████████
Bank Name:                         Wells Fargo Bank, N.A.
Bank Address:                      420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:           ████████
Beneficiary Account Name:          Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD: ████████████
For International Transfers for payments in currencies other than USD: ████████████████
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails
originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those
requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if
you ever have any doubt about the authenticity of any communication.