# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 8, 2023 AT 1:30 P.M. (ET)

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

## RESOLVED MATTERS:

1. Third Interim Application of Paladin Management Group, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtor for the Period from September 1, 2022 through November 30, 2022 [Docket No. 517, Filed January 24, 2023]

   Objection Deadline: February 8, 2023 at 4:00 p.m. (ET)

   Responses/Objections Received: None

   Related Documents:

   A. Certification of Counsel Regarding Third Interim Application of Paladin Management Group, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtor for the Period from September 1, 2022 through November 30, 2022 [Docket No. 533, Filed February 9, 2023]

   B. Order Approving Third Interim Application of Paladin Management Group, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtor for the Period from September 1, 2022 through November 30, 2022 [Docket No. 538, Entered February 13, 2023]

   Status: An order has been entered. No hearing is necessary.

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

Dated: March 6, 2023
Wilmington, Delaware

**MORRIS JAMES LLP**

<u>/s/ Jeffrey R. Waxman</u>
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*