IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | ) Case No. 22-10165-BLS |
| Debtor. | ) **Re: Docket No.**____ |

## ORDER GRANTING JOINT MOTION
## EXTENDING GOVERNMENTAL CLAIMS BAR DATE AND PLAN DATE

Upon consideration of the motion (the "Motion") of the Participating States and the above-captioned debtor and debtor-in-possession (the "Debtor) for an order extending the governmental claims bar date and the deadline for the Debtor to file its plan; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.); and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; and notice of the Motion being sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Governmental Bar Date shall be March 3, 2023. For the avoidance of doubt, this deadline shall only apply to those entities entitled to an extension as set forth in that certain "Order Granting Joint Motion of the Debtor and Debtor in Possession, Participating States and

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles, CA 90025.

Customers for Order Pursuant to 11 U.S.C. **§**105 and Federal Rule of Bankruptcy Procedure 9019 Authorizing and Approving Settlement (the "Abstention Order") (Docket No. 251)."

3.  The Debtor's Plan Deadline shall be March 17, 2023.

4.  The foregoing dates shall not be extended further except upon a showing of extenuating circumstances.

5.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order

IT IS SO ORDERED.

**Dated: March 6th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**