**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br>LEAR CAPITAL, INC.,[1]<br><br>　　　　　　　　　Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-10165-BLS<br><br>**Re: Docket Nos. 251, 512 & 567** |

**ORDER APPROVING STIPULATION REGARDING EXTENSION OF**
**GOVERNMENTAL CLAIMS BAR DATE AND PLAN DATE[2]**

Upon consideration of the Stipulation re Extension of Governmental Claims Bar Date and Plan Date (the "Stipulation")[3] entered into by and between Lear Capital, Inc., the debtor and debtor in possession herein (the "Debtor"), and the Participating States; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.); and the Court having determined that granting the relief requested in the Stipulation is in the best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.　　　The Stipulation is approved.

2.　　　The Governmental Bar Date shall be extended through and including March 10, 2023.[4]  For the avoidance of doubt, this deadline shall only apply to those entities entitled to an

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

[2] All references herein to "extending the government claims bar date" or "all deadlines" being extended (or similar phrasing) are subject to the caveat set forth in footnote 4, *infra*.

[3] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Stipulation.

[4] The "Participating States" include Alabama, Arizona, Arkansas, California, Colorado, Delaware, District of Columbia, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Mississippi, Missouri, Montana, Nebraska, New Hampshire, New Mexico, North Carolina, North Dakota, Ohio, Puerto Rico, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Washington, West Virginia, and Wisconsin.

extension as set forth in that certain "Order Granting Joint Motion of the Debtor and Debtor in Possession, Participating States and Customers for Order Pursuant to 11 U.S.C. §105 and Federal Rule of Bankruptcy Procedure 9019 Authorizing and Approving Settlement" [Docket No. 251].

3.      The Debtor's Plan Deadline shall be extended through and including March 24, 2023.

4.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order and the Stipulation.

**Dated: March 6th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

16005503/1