# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | **Re: Docket Nos. 251, 512, 570** |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION REGARDING EXTENSION OF GOVERNMENTAL CLAIMS BAR DATE AND PLAN DATE

I, Jeffrey R. Waxman, counsel for the debtor and debtor-in-possession (the "Debtor") in the above-captioned case, hereby certify as follows:

1. On March 2, 2022, the Debtor commenced this chapter 11 case (the "Case") with the filing of a voluntary petition for relief under Subchapter V of Chapter 11 of the United States Bankruptcy Code.

2. On June 7, 2022 (the "Abstention Date"), this Court entered an Order Granting Joint Motion of the Debtor and Debtor in Possession, Participating States and Customers for Order Pursuant to 11 U.S.C. §105 and Federal Rule of Bankruptcy Procedure 9019 Authorizing and Approving Settlement (the "Abstention Order") [Docket No. 251].

3. On January 18, 2023, the Participating States[2] filed a Joint Motion with the Debtor Extending Governmental Claims Bar Date and Plan Date [Docket No. 512] (the "Extension Motion").

4. On February 16, 2023, the Court granted the Extension Motion and approved the extension of the governmental claim bar date for those entities entitled to an extension as set forth

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

[2] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Stipulation (defined below).

in the Abstention Order [Docket No. 251] (the "Governmental Bar Date") through March 3, 2023, and approved the extension of the deadline for the Debtor to file a plan (the "Plan Deadline") through March 17, 2023.

5. On February 27, 2023, the Debtor, and the Participating States (collectively, the "Parties"), as well as the Committee, attended mediation which was generally successful and at which time the general terms of a consensual plan were tentatively reached.

6. On March 2, 2023, the Parties entered into the Stipulation re Extension of Governmental Claims Bar Date and Plan Date and submitted under certification for approval [Docket No. 567].

7. On March 3, 2023, the Court entered an order extending the Governmental Bar Date through March 10, 2023, and extending the Plan Deadline through March 24, 2023 [Docket No. 570].

8. In order to allow the Parties to work out the final details of the terms of a consensual plan, the Parties agree to further extend the Governmental Bar Date and the Plan Deadline by an additional week.

9. On March 9, 2023, the Parties entered into the Stipulation re Extension of Governmental Claims Bar Date and Plan Date ("Stipulation").

10. Attached hereto as **Exhibit A** is the proposed order (the "Proposed Order") approving the Stipulation attached to the Proposed Order as **Exhibit 1**. A copy of the Proposed Order has been shared with the Participating States, the Committee, the United States Trustee (the "UST"), and the Subchapter V Trustee. The Participating States, Committee and Subchapter V Trustee do not oppose entry of the Proposed Order, and the UST takes no position with respect to entry of the Proposed Order.

11. The Parties request that the Court enter the Proposed Order as an order of the Court at the Court's convenience.

| | |
|---|---|
| Dated: March 10, 2023<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br><br>*Counsel to the Debtor and Debtor*<br>*in Possession* |