IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | ) Case No. 22-10165-BLS |
| Debtor. | ) **Re: Docket Nos. 251, 512, 570, 573** |

**ORDER APPROVING STIPULATION RE EXTENSION OF GOVERNMENTAL
CLAIMS BAR DATE AND PLAN DATE[2]**

Upon consideration of the Stipulation re Extension of Governmental Claims Bar Date and Plan Date (the "Stipulation")[3] entered into by and between Lear Capital, Inc., the debtor and debtor in possession herein (the "Debtor"), and the Participating States; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.); and the Court having determined that granting the relief requested in the Stipulation is in the best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Governmental Bar Date shall be extended through and including March 17, 2023.[4] For the avoidance of doubt, this deadline shall only apply to those entities entitled to an

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles, CA 90025.
[2] All references herein to "extending the government claims bar date" or "all deadlines" being extended (or similar phrasing) are subject to the caveat set forth in footnote 4, *infra*.
[3] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Stipulation.
[4] This extension applies only to those parties entitled to an extension under the Abstention Order. The Parties disagree on whether non-Participating States or non-State governmental bodies are entitled to such an extension. Nothing in the Stipulation is intended to, nor shall be deemed to have resolved that issue. That issue will be resolved, if necessary, in the event a non-Participating State or other non-State governmental body files a proof of claim.

15098931.1

2

extension as set forth in that certain "Order Granting Joint Motion of the Debtor and Debtor in Possession, Participating States and Customers for Order Pursuant to 11 U.S.C. §105 and Federal Rule of Bankruptcy Procedure 9019 Authorizing and Approving Settlement" (Docket No. 251).

3.  The Debtor's Plan Deadline shall be extended through and including March 31, 2023.

4.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order and the Stipulation.

Dated: March 13th, 2023
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE