# EXHIBIT A

## Compensation by Matter – Eighth Monthly Compensation Period

| Matter | Total Hours | Total Fees |
|---|---|---|
| CA Department of Business Oversight | 28.7 | $24,975.00 |
| City of Los Angeles v. Lear - Case Specific Fees/Costs | 0.2 | $175.00 |
| General Business Advice | 2.4 | $1,929.50 |
| Marketing Agreement (JN) | 27.2 | $21,747.00 |
| NY Attorney General Subpoena Response | 0.1 | $75.00 |
| People v. Lear Capital – Insurance | 0.5 | $437.50 |
| Project Phoenix | 0.4 | $350.00 |
|  |  |  |
| **Totals:** | **59.5** | **$49,689.00** |

## **Timekeeper Summary – Eighth Monthly Compensation Period**

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Seth E. Pierce | Member of the CA Bar since 1996; Partner in Litigation Dept. since 2005 | $875 | 32.40 | $28,350.00 |
| Elaine Kim | Member of the CA Bar since 2006; Partner in Litigation Dept. since 2015 | $795 | 24.00 | $19,080.00 |
| Brad Mullins | Member of the NY (2012), NJ (2012), and CA (2010) Bars; Partner in Litigation Dept. since 2019 | $750 | 2.80 | $2,100.00 |
| Samantha Frankel | Member of the NY Bar (2020); Associate in Litigation Dept. since 2019 | $530 | .3 | $159.00 |
| **Total** | | | **59.50** | **$49,689.00** |
| **Blended Rate $835.10** | | | | |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203
Invoice: 462907

February 20, 2023

**LEGAL SERVICES RENDERED** through January 31, 2023

| | | | |
|---|---|---:|---:|
| Re: | General Business Advice | 1,929.50 | |
| | | | $1,929.50 |
| Re: | People v. Lear Capital – Insurance Coverage | 437.50 | |
| | | | $437.50 |
| Re: | Project Phoenix | 350.00 | |
| | | | $350.00 |
| Re: | Marketing Agreement (JN) | 21,747.00 | |
| | | | $21,747.00 |
| Subtotal: | | | 24,464.00 |
| Prior balance forward: | | 46,297.70 | |
| Adjustments: | | (674.50) | |
| Less payments: | | (31,223.20) | |
| Prior balance due: | | | 14,400.00 |
| TOTAL DUE: | | | $38,864.00 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.                                              Atty No.: 00083
Kevin DeMeritt, President                                      Client ID: 40203
1990 S. Bundy Drive, Suite 600                                 Invoice: 462907
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com                                    February 20, 2023


Outstanding Invoice (s):          Date          Invoice          Amount

                                  04/22/22       449473          2,689.00
                                  01/19/23       461619          11,711.00


cc:  Kevin DeMeritt
     via e-mail:  k_demeritt@learcapital.com

 msk

Lear Capital, Inc.                                          Atty No.: 00083
Kevin DeMeritt, President                                   Client ID: 40203
1990 S. Bundy Drive, Suite 600                              Invoice: 462907
Los Angeles, CA 90025
Attn.:  John Ohanesian                                      February 20, 2023
J_Ohanesian@learcapital.com                                 Page 3

## General Business Advice

**Fees through January 31, 2023:**

| | | | | |
|---|---|---|---|---|
| 01/09/23 | Videoconference with vendor regarding termination of contract (.3); follow-up with K. DeMeritt and J. Ohanesian, separately, regarding same (.4); email correspondence with K. DeMeritt regarding new marketing agreement and assign to B. Mullins (.1). | S. PIERCE | 0.80 | 700.00 |
| 01/10/23 | E-mails with client re: research project implementation (.1). | E. KIM | 0.10 | 79.50 |
| 01/12/23 | Draft summary of settlement terms for J. Ohanesian (.7). | B. MULLINS | 0.70 | 525.00 |
| 01/13/23 | Telephone conference with J. Ohanesian regarding potential vendor issue (.2). | S. PIERCE | 0.20 | 175.00 |
| 01/20/23 | Begin preparing marketing agreement (.3). | B. MULLINS | 0.30 | 225.00 |
| 01/26/23 | Continue review/revision of marketing agreement (.3). | B. MULLINS | 0.30 | 225.00 |

Total Fees:                                                              $1,929.50



Lear Capital, Inc.                                          Atty No.: 00083
Kevin DeMeritt, President                          Client ID: 40203
1990 S. Bundy Drive, Suite 600                 Invoice: 462907
Los Angeles, CA 90025
Attn.:  John Ohanesian                              February 20, 2023
J_Ohanesian@learcapital.com                  Page 4

**Billing Summary**

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| S. PIERCE | 1.00   hours at | $875.00  = | 875.00 |
| E. KIM | 0.10   hours at | $795.00  = | 79.50 |
| B. MULLINS | 1.30   hours at | $750.00  = | 975.00 |
| SUMMARY TOTALS | 2.40 | | 1,929.50 |



Lear Capital, Inc.                                    Atty No.: 00083
Kevin DeMeritt, President                             Client ID: 40203
1990 S. Bundy Drive, Suite 600                        Invoice: 462907
Los Angeles, CA 90025
Attn.:  John Ohanesian                                February 20, 2023
J_Ohanesian@learcapital.com                          Page 5

**People v. Lear Capital – Insurance
Coverage**

**Fees through January 31, 2023:**

| | | | | |
|---|---|---|---|---|
| 01/16/23 | Telephone conference with J. Ohanesian and P. Cook regarding status of coverage dispute (.2). | S. PIERCE | 0.20 | 175.00 |
| 01/18/23 | Prepare update on status of matters for carrier per P. Cook request (.3). | S. PIERCE | 0.30 | 262.50 |

Total Fees:                                                          $437.50

**Billing Summary**

| Name | Hours | Rate | | Fees |
|---|---|---|---|---|
| S. PIERCE | 0.50  hours at | $875.00 | = | 437.50 |
| SUMMARY TOTALS | 0.50 | | | 437.50 |



Lear Capital, Inc.                                      Atty No.: 00083
Kevin DeMeritt, President                      Client ID: 40203
1990 S. Bundy Drive, Suite 600             Invoice: 462907
Los Angeles, CA 90025
Attn.:  John Ohanesian                         February 20, 2023
J_Ohanesian@learcapital.com            Page 6

### Project Phoenix

**Fees through January 31, 2023:**

| | | | | |
|---|---|---|---|---|
| 01/13/23 | Review interim application (.1 - N/C). | S. PIERCE | 0.10 | NO CHARGE |
| 01/17/23 | Review/revise Motion to Extend deadline (.4). | S. PIERCE | 0.40 | 350.00 |

Total Fees:                                                                              $350.00

### Billing Summary

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| S. PIERCE | 0.40 | hours at | $875.00 | = | 350.00 |
| | | | | | |
| SUMMARY TOTALS | 0.40 | | | | 350.00 |



Lear Capital, Inc.                                    Atty No.: 00083
Kevin DeMeritt, President                             Client ID: 40203
1990 S. Bundy Drive, Suite 600                        Invoice: 462907
Los Angeles, CA 90025
Attn.:  John Ohanesian                                February 20, 2023
J_Ohanesian@learcapital.com                           Page 7

## Marketing Agreement (JN)

**Fees through January 31, 2023:**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 01/11/23 | Calls with client and review emails sent re: endorsement deal. | E. KIM | 0.30 | 238.50 |
| 01/19/23 | Telephone call with Lear re: status (.2); begin preparing agreement (.8). | E. KIM | 1.00 | 795.00 |
| 01/20/23 | Review term sheet re: endorsement deal (.2); review other e-mails forwarded by J. Ohanesian re: deal negotiation (.3); telephone call with J. Ohanesian re: terms of agreement and other provisions (.9); research status of talent's show (.2); review Lear's prior endorsement/influencer agreement and past agreements for appropriate provisions (.8); analyze issues and draft endorsement agreement (4.5). | E. KIM | 6.90 | 5,485.50 |
| 01/21/23 | Research in connection with implementing marketing agreement (.5); continue analyzing issues re: terms of endorsement agreement (1.2); draft/revise endorsement agreement, and insert comments/questions to client (3.0). | E. KIM | 4.70 | 3,736.50 |
| 01/23/23 | Communications with client re: status of endorsement agreement (.1). | E. KIM | 0.10 | 79.50 |



Lear Capital, Inc.                                   Atty No.: 00083
Kevin DeMeritt, President                            Client ID: 40203
1990 S. Bundy Drive, Suite 600                       Invoice: 462907
Los Angeles, CA 90025
Attn.:  John Ohanesian                               February 20, 2023
J_Ohanesian@learcapital.com                          Page 8

| 01/24/23 | Zoom meeting and calls with client re: issues relating to endorsement agreement (1.3); analyze issues raised by client and revise endorsement agreement (2.7); consult with S. Pierce re: same (.1); further communications with client re: revised agreement (.4). | E. KIM | 4.50 | 3,577.50 |
|---|---|---|---|---|
| 01/24/23 | Review proposed language for contract and approve (.1). | S. PIERCE | 0.10 | 87.50 |
| 01/27/23 | Review talent's agent's comments/revisions to endorsement agreement (.2); communications with client and revise agreement (1.7). | E. KIM | 1.90 | 1,510.50 |
| 01/30/23 | Conference and communications with client re: additional revisions to endorsement agreement (.7); revise agreement per discussions with client (.8); review other side's further comments/revisions to agreement and communications with client re: same (.6); analyze contract language issue (.6); consult with S. Pierce re: proposed language (.6); revise proposed language and communications with client re: same (.8). | E. KIM | 4.10 | 3,259.50 |
| 01/30/23 | Review proposed contract language and suggest revisions (.2). | S. PIERCE | 0.20 | 175.00 |
| 01/30/23 | Review materials requested by client and provide feedback in connection with marketing agreement implementation (1.8). | S. PIERCE | 1.80 | 1,575.00 |



Lear Capital, Inc.                                          Atty No.: 00083
Kevin DeMeritt, President                                   Client ID: 40203
1990 S. Bundy Drive, Suite 600                              Invoice: 462907
Los Angeles, CA 90025
Attn.:  John Ohanesian                                      February 20, 2023
J_Ohanesian@learcapital.com                                 Page 9

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/31/23 | Confer with S. Pierce regarding requested research related to implementation of marketing agreement (.3). | B. MULLINS | 0.30 | 225.00 |
| 01/31/23 | Finalize endorsement agreement (.3); e-mails with client re: same (.1). | E. KIM | 0.40 | 318.00 |
| 01/31/23 | Phone call with B. Mullins to discuss research re implementation of marketing agreement (.3). | S. FRANKEL | 0.30 | 159.00 |
| 01/31/23 | Provide advice regarding implementation of new marketing agreement (.6). | S. PIERCE | 0.60 | 525.00 |

Total Fees:                                                                     $21,747.00

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|---|------|---|------|
| S. PIERCE | 2.70 | hours at | $875.00 | = | 2,362.50 |
| E. KIM | 23.90 | hours at | $795.00 | = | 19,000.50 |
| B. MULLINS | 0.30 | hours at | $750.00 | = | 225.00 |
| S. FRANKEL | 0.30 | hours at | $530.00 | = | 159.00 |
| | | | | | |
| SUMMARY TOTALS | 27.20 | | | | 21,747.00 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203
Invoice: 462907

February 20, 2023

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 24,464.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges – This Invoice:** | **$24,464.00** |
| Prior balance due: | 14,400.00 |
| TOTAL DUE: | $38,864.00 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:
Bank Name:                          Wells Fargo Bank, N.A.
Bank Address:                       420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:
Beneficiary Account Name:           Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD:
For International Transfers for payments in currencies other than USD:
For payment inquiries please e-mail payment@msk.com

\*\*\* Please Include Invoice Number with Payment \*\*\*

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails
originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those
requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if
you ever have any doubt about the authenticity of any communication.



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.                                          Atty No.: 00083
Kevin DeMeritt, President                                  Client ID: 40203-00060
1990 S. Bundy Drive, Suite 600                             Invoice: 462908
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com                                February 20, 2023


**LEGAL SERVICES RENDERED** through January 31, 2023

Re:    City of Los Angeles v. Lear - Case Specific Fees/Costs        175.00
                                                                                    $175.00
                                                                        _____

Subtotal:                                                                    175.00
Prior balance forward:                                              3,492.08
Less payments:                                                       (176.60)

Prior balance due:                                                            3,315.48
                                                                        _____
TOTAL DUE:                                                                   $3,490.48


Outstanding Invoice (s):            Date          Invoice          Amount

                                  04/22/22        449473          3,244.48
                                  01/19/23        461621            71.00


cc:  Kevin DeMeritt
     via e-mail:  k_demeritt@learcapital.com



Lear Capital, Inc.                                                      Atty No.: 00083
Kevin DeMeritt, President                                        Client ID: 40203-00060
1990 S. Bundy Drive, Suite 600                            Invoice: 462908
Los Angeles, CA 90025
Attn.:  John Ohanesian                                          February 20, 2023
J_Ohanesian@learcapital.com                           Page 2


## City of Los Angeles v. Lear - Case Specific Fees/Costs

### Fees through January 31, 2023:

| 01/18/23 | Email correspondence with S. Son and administrator regarding final distribution issues (.2). | S. PIERCE | 0.20 | 175.00 |
|----------|---------------------|-----------|------|--------|

Total Fees:                                                                                              $175.00

### Billing Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| S. PIERCE | 0.20   hours at | $875.00  = | 175.00 |
| SUMMARY TOTALS | 0.20 | | 175.00 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203-00060
Invoice: 462908

February 20, 2023

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 175.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges – This Invoice:** | **$175.00** |
| Prior balance due: | 3,315.48 |
| TOTAL DUE: | $3,490.48 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA: ▮▮▮▮
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.: ▮▮▮▮
Beneficiary Account Name: Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD: ▮▮▮▮
For International Transfers for payments in currencies other than USD: ▮▮▮▮
For payment inquiries please e-mail payment@msk.com

\*\*\* Please Include Invoice Number with Payment \*\*\*

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

---

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-
NASAA
Invoice: 462909

February 20, 2023

**LEGAL SERVICES RENDERED** through January 31, 2023

| Re: | CA Department of Business Oversight Subpoena Response | 24,975.00 | |
|---|---|---|---|
| | | | $24,975.00 |
| Subtotal: | | | 24,975.00 |
| Prior balance forward: | | 20,034.63 | |
| Less payments: | | (14,772.95) | |
| Prior balance due: | | | 5,261.68 |
| TOTAL DUE: | | | $30,236.68 |

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 04/22/22 | 449475 | 1,587.68 |
| | 01/19/23 | 461622 | 3,674.00 |

cc:  Kevin DeMeritt
     via e-mail:  k_demeritt@learcapital.com



Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-
NASAA
Invoice: 462909

February 20, 2023
Page 2

**CA Department of Business Oversight**
**Subpoena Response**

**Fees through January 31, 2023:**

| | | | | |
|---|---|---|---|---|
| 01/05/23 | Negotiate potential settlement with NASAA representatives, including videoconference with NASAA representatives and follow-up (2.4). | S. PIERCE | 2.40 | 2,100.00 |
| 01/06/23 | Prepare counteroffer (2.2). | S. PIERCE | 2.20 | 1,925.00 |
| 01/07/23 | Review/revise term sheet for proposed counteroffer (1.2). | S. PIERCE | 1.20 | 1,050.00 |
| 01/09/23 | Email correspondence with A. Friedman regarding counteroffer (.1). | S. PIERCE | 0.10 | 87.50 |
| 01/10/23 | Prepare counteroffer to NASAA (4.2). | S. PIERCE | 4.20 | 3,675.00 |
| 01/11/23 | Advise K. DeMeritt regarding potential counter and proposed extension (2.7). | S. PIERCE | 2.70 | 2,362.50 |
| 01/12/23 | Telephone conference with K. DeMeritt regarding proposed extension (.4). | S. PIERCE | 0.40 | 350.00 |
| 01/13/23 | Analysis and strategy regarding proposed extension (2.1). | S. PIERCE | 2.10 | 1,837.50 |
| 01/17/23 | Advise regarding settlement negotiations (2.1). | S. PIERCE | 2.10 | 1,837.50 |
| 01/18/23 | Prepare settlement proposal including lengthy cover correspondence (3.6). | S. PIERCE | 3.60 | 3,150.00 |



Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-
NASAA
Invoice: 462909

February 20, 2023
Page 3

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/19/23 | Advise regarding settlement negotiations and related fact gathering (1.5). | S. PIERCE | 1.50 | 1,312.50 |
| 01/20/23 | Advise regarding negotiations, including email correspondence with M. Brauer (.5) | S. PIERCE | 0.50 | 437.50 |
| 01/21/23 | Telephone conference with K. DeMeritt regarding settlement strategy (.4). | S. PIERCE | 0.40 | 350.00 |
| 01/23/23 | Email correspondence with M. Brauer and G. Photiadis regarding potential mediation (.2). | S. PIERCE | 0.20 | 175.00 |
| 01/24/23 | Advise regarding settlement negotiations (.5). | S. PIERCE | 0.50 | 437.50 |
| 01/26/23 | Advise regarding settlement negotiations (1.1). | B. MULLINS | 1.10 | 825.00 |
| 01/26/23 | Advise regarding settlement negotiations (.9). | S. PIERCE | 0.90 | 787.50 |
| 01/30/23 | Review counterproposal from NASAA and cover correspondence and prepare further counterproposal (2.6). | S. PIERCE | 2.60 | 2,275.00 |

Total Fees: $24,975.00



Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-
NASAA
Invoice: 462909

February 20, 2023
Page 4

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|---|------|---|------|
| S. PIERCE | 27.60 | hours at | $875.00 | = | 24,150.00 |
| B. MULLINS | 1.10 | hours at | $750.00 | = | 825.00 |
| | | | | | |
| SUMMARY TOTALS | 28.70 | | | | 24,975.00 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00311
Client ID: 40203-
NASAA
Invoice: 462909

February 20, 2023

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 24,975.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges – This Invoice:** | **$24,975.00** |
| Prior balance due: | 5,261.68 |
| TOTAL DUE: | $30,236.68 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:            ███████
Bank Name:                        Wells Fargo Bank, N.A.
Bank Address:                     420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:          ███████
Beneficiary Account Name:         Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD: ███████
For International Transfers for payments in currencies other than USD: ███████████████
For payment inquiries please e-mail payment@msk.com

\*\*\* Please Include Invoice Number with Payment \*\*\*

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.



## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203-
NYAG
Invoice: 462910

February 20, 2023

**LEGAL SERVICES RENDERED** through January 31, 2023

| | | |
|---|---|---|
| Re:    NY Attorney General Subpoena Response | 75.00 | |
| | | $75.00 |
| Subtotal: | | 75.00 |
| Prior balance forward: | 1,629.80 | |
| Less payments: | (651.30) | |
| Prior balance due: | | 978.50 |
| TOTAL DUE: | | $1,053.50 |

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 04/22/22 | 449476 | 481.50 |
| | 01/19/23 | 461623 | 497.00 |

cc:  Kevin DeMeritt
     via e-mail:  k_demeritt@learcapital.com

 msk

Lear Capital, Inc.                                   Atty No.: 00083
Kevin DeMeritt, President                           Client ID: 40203-NYAG
1990 S. Bundy Drive, Suite 600                      Invoice: 462910
Los Angeles, CA 90025
Attn.:  John Ohanesian                              February 20, 2023
J_Ohanesian@learcapital.com                         Page 2

## NY Attorney General Subpoena Response

**Fees through January 31, 2023:**

| 01/13/23 | Call with J. Ohanesian regarding implementation of NY settlement (.1). | B. MULLINS | 0.10 | 75.00 |
|---|---|---|---|---|

Total Fees:                                                          $75.00

## Billing Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| B. MULLINS | 0.10   hours at | $750.00  = | 75.00 |
| SUMMARY TOTALS | 0.10 | | 75.00 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.: John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203-
**NYAG**
Invoice: 462910

February 20, 2023

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 75.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges – This Invoice:** | **$75.00** |
| Prior balance due: | 978.50 |
| TOTAL DUE: | $1,053.50 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:　　　　████████
Bank Name:　　　　Wells Fargo Bank, N.A.
Bank Address:　　　　420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:　　　　████████
Beneficiary Account Name:　　　　Mitchell Silberberg & Knupp LLP
For International Transfers for payments in USD: ████████
For International Transfers for payments in currencies other than USD: ████████████████
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.