# EXHIBIT A

## Compensation by Matter – Ninth Monthly Compensation Period

| Matter | Total Hours | Total Fees |
|---|---|---|
| CA Department of Business Oversight | 89.9 | $72,857.25 |
| General Business Advice | 5.4 | $4,137.50 |
| People v. Lear Capital – Insurance | 2.8 | $2,450.00 |
| Project Phoenix | No charge | No charge |
| Respond to Blalock v. Halt Subpoena | 0.1 | $87.50 |
| | | |
| **Totals:** | **98.2** | **$79,532.25** |

16067768/1

## Timekeeper Summary – Ninth Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Seth E. Pierce | Member of the CA Bar since 1996; Partner in Litigation Dept. since 2005 | $875 | 84.50 | $70,043.75 |
| Jeffrey Davine | Member of the CA Bar since 1985; Partner in the Tax Dept. since 2002 | $810 | 1.30 | $1,053.00 |
| Brad Mullins | Member of the NY (2012), NJ (2012), and CA (2010) Bars; Partner in Litigation Dept. since 2019 | $750 | 10.50 | $7,875.00 |
| Nicole Williams | Paralegal in Litigation Dept. since 2003 | $295 | 1.90 | $560.50 |
| **Total** | | | **98.20** | **$79,532.25** |
| **Blended Rate $809.90** | | | | |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com  

Atty No.: 00083  
Client ID: 40203  
Invoice: 464719  

March 29, 2023

**LEGAL SERVICES RENDERED** through February 28, 2023

| Re: | General Business Advice | 4,137.50 | |
| | | | $4,137.50 |
| Re: | People v. Lear Capital – Insurance Coverage | 2,450.00 | |
| | | | $2,450.00 |
| Re: | Respond to Blalock v. Halt Subpoena | 87.50 | |
| | | | $87.50 |
| Re: | Project Phoenix | 0.00 | |
| | | | $0.00 |

Subtotal: 6,675.00  
Prior balance forward: 38,864.00  
Less payments: 0.00  
Prior balance due: 38,864.00  

TOTAL DUE: $45,539.00

| Outstanding Invoice (s): | Date | Invoice | Amount |
| --- | --- | --- | --- |
| | 04/22/22 | 449473 | 2,689.00 |
| | 01/19/23 | 461619 | 11,711.00 |

2049 Century Park East, 18th Floor, Los Angeles, California  90067  
Phone: (310) 312-2000    Fax: (310) 312-3100    TIN: 95-1883538



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.
Kevin DeMeritt, President
1990 S. Bundy Drive, Suite 600
Los Angeles, CA 90025
Attn.:  John Ohanesian
J_Ohanesian@learcapital.com

Atty No.: 00083
Client ID: 40203
Invoice: 464719

March 29, 2023

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 02/20/23 | 462907 | 24,464.00 |

cc:  Kevin DeMeritt
     via e-mail:  k_demeritt@learcapital.com

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000    Fax: (310) 312-3100    TIN: 95-1883538



| | | | | |
|---|---|---|---|---|
| Lear Capital, Inc.<br>Kevin DeMeritt, President<br>1990 S. Bundy Drive, Suite 600<br>Los Angeles, CA 90025<br>Attn.: John Ohanesian<br>J_Ohanesian@learcapital.com | | | | Atty No.: 00083<br>Client ID: 40203<br>Invoice: 464719<br><br>March 29, 2023<br>Page 3 |

**General Business Advice**

**Fees through February 28, 2023:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/03/23 | Finalize referral agreement (.2); call with K. DeMeritt regarding same (.2); revise agreement (.1). | B. MULLINS | 0.50 | 375.00 |
| 02/07/23 | Review competitor website per K. DeMeritt request and provide feedback/advice regarding same (.6). | S. PIERCE | 0.60 | 525.00 |
| 02/21/23 | Email correspondence with J. Ohanesian and internally regarding vendor agreement (.1). | S. PIERCE | 0.10 | 87.50 |
| 02/24/23 | Emails with S. Pierce/J. Ohanesian regarding vendor agreement (.2). | B. MULLINS | 0.20 | 150.00 |
| 02/25/23 | Begin review of proposed vendor agreement (.7). | B. MULLINS | 0.70 | 525.00 |
| 02/26/23 | Review and provide comments on various vendor agreements (2.3). | B. MULLINS | 2.30 | 1,725.00 |
| 02/27/23 | Call with J. Ohanesian regarding revisions to vendor agreements (.4); revise and finalize vendor agreements (.6). | B. MULLINS | 1.00 | 750.00 |

Total Fees: $4,137.50



Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com  

Atty No.: 00083  
Client ID: 40203  
Invoice: 464719  

March 29, 2023  
Page 4  

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| S. PIERCE | 0.70 hours at | $875.00 = | 612.50 |
| B. MULLINS | 4.70 hours at | $750.00 = | 3,525.00 |
| SUMMARY TOTALS | 5.40 | | 4,137.50 |



| | | | | |
|---|---|---|---|---|
| Lear Capital, Inc. | | | | Atty No.: 00083 |
| Kevin DeMeritt, President | | | | Client ID: 40203 |
| 1990 S. Bundy Drive, Suite 600 | | | | Invoice: 464719 |
| Los Angeles, CA 90025 | | | | |
| Attn.: John Ohanesian | | | | March 29, 2023 |
| J_Ohanesian@learcapital.com | | | | Page 5 |

**People v. Lear Capital – Insurance Coverage**

**Fees through February 28, 2023:**

| Date | Description | Attorney | Hours | Fees |
|---|---|---|---|---|
| 02/02/23 | Videoconference with P. Cook and K. DeMeritt regarding Argo policy and related issues (.9). | S. PIERCE | 0.90 | 787.50 |
| 02/03/23 | Email correspondence to P. Cook with requested information (.3). | S. PIERCE | 0.30 | 262.50 |
| 02/07/23 | Provide requested feedback and information to P. Cook and telephone conference with same (.6). | S. PIERCE | 0.60 | 525.00 |
| 02/14/23 | Telephone conference with P. Cook (.3). | S. PIERCE | 0.30 | 262.50 |
| 02/24/23 | Review claim denial letter and related email correspondence with P. Cook (.2) and follow-up analysis (.5). | S. PIERCE | 0.70 | 612.50 |

Total Fees: $2,450.00

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| S. PIERCE | 2.80 hours at | $875.00 = | 2,450.00 |
| SUMMARY TOTALS | 2.80 | | 2,450.00 |



Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com  

Atty No.: 00083  
Client ID: 40203  
Invoice: 464719  

March 29, 2023  
Page 6  

**Respond to Blalock v. Halt Subpoena**

**Fees through February 28, 2023:**

| | | | | |
|---|---|---|---|---|
| 02/02/23 | Review third party trial subpoena and objection and related email correspondence (.1). | S. PIERCE | 0.10 | 87.50 |

Total Fees: $87.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| S. PIERCE | 0.10 | hours at | $875.00 | = | 87.50 |
| SUMMARY TOTALS | 0.10 | | | | 87.50 |



Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com

Atty No.: 00083  
Client ID: 40203  
Invoice: 464719

March 29, 2023  
Page 7

**Project Phoenix**

**Fees through February 28, 2023:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/23/23 | Review fee application (.2 - N/C). | S. PIERCE | 0.20 | NO CHARGE |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com

Atty No.: 00083  
Client ID: 40203  
Invoice: 464719

March 29, 2023

# REMITTANCE
(please include with payment)

| | |
|---|---:|
| Current Fees: | 6,675.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$6,675.00** |
| Prior balance due: | 38,864.00 |
| TOTAL DUE: | $45,539.00 |

**Please remit to:**  
Mitchell Silberberg & Knupp LLP  
2049 Century Park East, 18th Floor  
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**  
Routing Number or ABA:  
Bank Name:                                    Wells Fargo Bank, N.A.  
Bank Address:                                 420 Montgomery, San Francisco, CA 94104  
Beneficiary Account No.:  
Beneficiary Account Name:           Mitchell Silberberg & Knupp LLP  
For International Transfers for payments in USD:  
For International Transfers for payments in currencies other than USD:  
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com

Atty No.: 00311  
Client ID: 40203-NASAA  
Invoice: 464720  

March 29, 2023

**LEGAL SERVICES RENDERED** through February 28, 2023

| | | |
|---|---|---:|
| Re: | CA Department of Business Oversight Subpoena Response | 72,857.25 |
| | | $72,857.25 |
| Subtotal: | | 72,857.25 |
| Prior balance forward: | | 30,236.68 |
| Less payments: | | 0.00 |
| Prior balance due: | | 30,236.68 |
| TOTAL DUE: | | $103,093.93 |

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 04/22/22 | 449475 | 1,587.68 |
| | 01/19/23 | 461622 | 3,674.00 |
| | 02/20/23 | 462909 | 24,975.00 |

cc: Kevin DeMeritt  
via e-mail: k_demeritt@learcapital.com



Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com

Atty No.: 00311  
Client ID: 40203-NASAA  
Invoice: 464720

March 29, 2023  
Page 2

**CA Department of Business Oversight**
**Subpoena Response**

**Fees through February 28, 2023:**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/01/23 | Prepare (.9) for and videoconference with State representatives (1.0) regarding counter proposal; follow-up with A. Friedman (.2); telephone conference with K. DeMeritt regarding same (.2). | S. PIERCE | 2.30 | 2,012.50 |
| 02/07/23 | Assist in settlement negotiations, including preparation of materials for transmission to M. Brauer and telephone conference with M. Brauer (2.8) | S. PIERCE | 2.80 | 2,450.00 |
| 02/08/23 | Advise regarding settlement negotiations (3.2); attend bankruptcy hearing (.5). | S. PIERCE | 3.70 | 3,237.50 |
| 02/09/23 | Videoconferences and email correspondence regarding potential settlement and proposed terms, including potential mediation options (1.7). | S. PIERCE | 1.70 | 1,487.50 |
| 02/10/23 | Advise regarding settlement negotiations (.5). | S. PIERCE | 0.50 | 437.50 |
| 02/13/23 | Attend strategy call related to potential settlement (1.0); call with S. Pierce regarding mediation brief (.2). | B. MULLINS | 1.20 | 900.00 |
| 02/13/23 | Advise regarding settlement negotiations, including multiple videoconferences with team (4.1). | S. PIERCE | 4.10 | 3,587.50 |



| | | | | |
|---|---|---|---|---|
| Lear Capital, Inc.<br>Kevin DeMeritt, President<br>1990 S. Bundy Drive, Suite 600<br>Los Angeles, CA 90025<br>Attn.: John Ohanesian<br>J_Ohanesian@learcapital.com | | | Atty No.: 00311<br>Client ID: 40203-NASAA<br>Invoice: 464720<br><br>March 29, 2023<br>Page 3 | |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/14/23 | Advise regarding settlement negotiations, attend hearing with Court regarding mediation, and prepare response to settlement related discovery requests (5.4). | S. PIERCE | 5.40 | 4,725.00 |
| 02/15/23 | Gather information for mediation brief (1.9). | N. WILLIAMS | 1.90 | 560.50 |
| 02/15/23 | Advise regarding settlement negotiations and related discovery requests (3.0). | S. PIERCE | 3.00 | 2,625.00 |
| 02/16/23 | Prepare for mediation including preparation of mediation brief and videoconference with mediator (8.8); attend discovery hearing (.9) | S. PIERCE | 9.70 | 8,487.50 |
| 02/17/23 | Prepare for mediation, including draft mediation brief (5.4). | S. PIERCE | 5.40 | 4,725.00 |
| 02/18/23 | Email correspondence with K. DeMeritt regarding mediation preparations (.2). | S. PIERCE | 0.20 | 175.00 |
| 02/19/23 | Email correspondence with K. DeMeritt regarding mediation preparations (.1). | S. PIERCE | 0.10 | 87.50 |
| 02/20/23 | Review mediation presentation and provide comments (.6). | B. MULLINS | 0.60 | 450.00 |
| 02/20/23 | Prepare mediation brief (5.0), including telephone conference with K. DeMeritt regarding same (.4). | S. PIERCE | 5.40 | 4,725.00 |



| | | | | |
|---|---|---|---|---|
| Lear Capital, Inc.<br>Kevin DeMeritt, President<br>1990 S. Bundy Drive, Suite 600<br>Los Angeles, CA 90025<br>Attn.: John Ohanesian<br>J_Ohanesian@learcapital.com | | | Atty No.: 00311<br>Client ID: 40203-NASAA<br>Invoice: 464720<br><br>March 29, 2023<br>Page 4 | |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/21/23 | Review and revise mediation deck, including confirming citations/information (1.2); attend call with bankruptcy team regarding mediation strategy (1.0). | B. MULLINS | 2.20 | 1,650.00 |
| 02/21/23 | Prepare mediation brief and related teleconference with K. DeMeritt and follow-up with L. Miller (5.3). | S. PIERCE | 5.30 | 4,637.50 |
| 02/22/23 | Review updated draft of mediation statement (.4); incorporate additional information into mediation deck (.4); begin preparing exhibits to mediation deck (.2). | B. MULLINS | 1.00 | 750.00 |
| 02/22/23 | Prepare mediation brief (2.4). | S. PIERCE | 2.40 | 2,100.00 |
| 02/23/23 | Continue pulling information and exhibits for mediation deck (.6); confer with S. Pierce regarding same (.2). | B. MULLINS | 0.80 | 600.00 |
| 02/23/23 | Prepare mediation brief and related videoconferences/telephone conferences and email correspondence with A. Friedman, P. Cook, and L. Miller (1.5). | S. PIERCE | 1.50 | 1,312.50 |
| 02/24/23 | Telephone conference with M. Brauer and other NASAA representatives regarding insurance clawback claim and remaining limits (.5) and follow-up preparation for mediation (.2). | S. PIERCE | 0.70 | 612.50 |
| 02/26/23 | Travel to Nashville for mediation (non-productive time; billed at half rate) (3.5). | S. PIERCE | 3.50 | 1,531.25 |



Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com

Atty No.: 00311  
Client ID: 40203-NASAA  
Invoice: 464720

March 29, 2023  
Page 5

| Date | Description | Attorney | Hours | Fees |
|---|---|---|---|---|
| 02/26/23 | Prepare for mediation, including preparation of non-monetary counterproposal (3.5). | S. PIERCE | 3.50 | 3,062.50 |
| 02/27/23 | Prepare for and attend mediation (10.2). | S. PIERCE | 10.20 | 8,925.00 |
| 02/28/23 | Provide tax advice (1099 issue) in connection with potential settlement (1.3). | J. DAVINE | 1.30 | 1,053.00 |
| 02/28/23 | Return travel from Nashville (following mediation; billed at half rate) (5.4). | S. PIERCE | 5.40 | 2,362.50 |
| 02/28/23 | Negotiate and advise regarding potential settlement, including telephone conference with K. DeMeritt, others, and drafting of term sheet provisions (4.1).) | S. PIERCE | 4.10 | 3,587.50 |

Total Fees: $72,857.25

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| S. PIERCE | 72.00 | hours at | $875.00 | = | 63,000.00 |
| J. DAVINE | 1.30 | hours at | $810.00 | = | 1,053.00 |
| B. MULLINS | 5.80 | hours at | $750.00 | = | 4,350.00 |
| S. PIERCE (travel time) | 8.90 | hours at | $437.50 | = | 3,893.75 |
| N. WILLIAMS | 1.90 | hours at | $295.00 | = | 560.50 |
| SUMMARY TOTALS | 89.90 | | | | 72,857.25 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lear Capital, Inc.  
Kevin DeMeritt, President  
1990 S. Bundy Drive, Suite 600  
Los Angeles, CA 90025  
Attn.: John Ohanesian  
J_Ohanesian@learcapital.com

Atty No.: 00311  
Client ID: 40203-NASAA  
Invoice: 464720

March 29, 2023

# REMITTANCE
(please include with payment)

| | |
|---|---:|
| Current Fees: | 72,857.25 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$72,857.25** |
| Prior balance due: | 30,236.68 |
| TOTAL DUE: | $103,093.93 |

**Please remit to:**  
Mitchell Silberberg & Knupp LLP  
2049 Century Park East, 18th Floor  
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**  
Routing Number or ABA:  
Bank Name:                             Wells Fargo Bank, N.A.  
Bank Address:                          420 Montgomery, San Francisco, CA 94104  
Beneficiary Account No.:  
Beneficiary Account Name:              Mitchell Silberberg & Knupp LLP  
For International Transfers for payments in USD:  
For International Transfers for payments in currencies other than USD:  
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.