## **EXHIBIT A**

Capital Projections

## Lear Capital Model - Long-Range Plan

| (in $ 000's) | Forecast 2024 | Forecast 2025 | Forecast 2026 | Forecast 2027 | Forecast Total |
|---|---:|---:|---:|---:|---:|
| **Long-Range Plan \| Cash Flow Summary** | | | | | |
| New Customer IRA Receipts | 43,103 | 34,193 | 34,193 | 34,193 | 145,681 |
| New Customer Non-IRA Receipts | 62,443 | 49,570 | 49,570 | 49,570 | 211,153 |
| Existing Customer IRA Receipts | 25,741 | 30,342 | 30,342 | 30,342 | 116,767 |
| Existing Customer Non-IRA Receipts | 43,503 | 37,363 | 37,363 | 37,363 | 155,592 |
| **Total Receipts** | **174,789** | **151,468** | **151,468** | **151,468** | **629,194** |
| Material Costs | 131,918 | 115,040 | 115,040 | 115,040 | 477,038 |
| Other COGS | 1,427 | 1,236 | 1,236 | 1,236 | 5,135 |
| **Total Materials** | **133,345** | **116,276** | **116,276** | **116,276** | **482,173** |
| **Material Margin** | **41,444** | **35,192** | **35,192** | **35,192** | **147,021** |
| *Material Margin* | *23.71%* | *23.23%* | *23.23%* | *23.23%* | *23.37%* |
| Commissions & Salary (Sales-Based Employees) | 12,219 | 9,621 | 9,621 | 9,621 | 41,082 |
| Marketing & Advertising | 16,081 | 16,081 | 16,081 | 16,081 | 64,324 |
| **Total Sales and Marketing** | **28,300** | **25,702** | **25,702** | **25,702** | **105,406** |
| **Contribution Profit** | **13,144** | **9,490** | **9,490** | **9,490** | **41,615** |
| *Contribution Margin* | *7.52%* | *6.27%* | *6.27%* | *6.27%* | *6.61%* |
| Salaries and Wages (Non-Sales-Based Employees) | 4,295 | 3,691 | 3,691 | 3,691 | 15,367 |
| Insurance | 998 | 998 | 998 | 998 | 3,993 |
| Contracted Services | 941 | 827 | 827 | 827 | 3,422 |
| Professional Fees (Legal & Tax) | 639 | 639 | 639 | 639 | 2,556 |
| Rent and Utilities | 1,331 | 1,331 | 1,361 | 1,393 | 5,416 |
| G&A | 1,429 | 1,429 | 1,429 | 1,429 | 5,717 |
| **Total Overhead Disbursements** | **9,634** | **8,915** | **8,945** | **8,977** | **36,471** |
| **Operating Cash Flow** | **3,511** | **575** | **545** | **514** | **5,144** |
| Extraordinary Professional Fees | - | - | - | - | 0 |
| **Taxable Free Cash Flow** | **3,511** | **575** | **545** | **514** | **5,144** |
| Income Tax Distributions | -411 | -289 | -274 | -258 | -1,232 |
| Debt Repayment | -2,694 | - | - | - | -2,694 |
| **Other Non-Operating Cash Flow** | **-3,105** | **-289** | **-274** | **-258** | **-3,927** |
| **Total Cash Flow** | **406** | **286** | **271** | **255** | **1,218** |