# **EXHIBIT B-1**

(Resolved Claims of Customers)

Will be Provided Prior to Dissemination

**EXHIBIT B-2**

(Resolved Claims of Customers Duplicate Claims)

Will be Provided Prior to Dissemination

**EXHIBIT B-3**

(Customer Claims with Insufficient Information)

Will be Provided Prior to Dissemination