# **EXHIBIT C**

Executory Contracts

Lear Capital, Inc.

**Executory Contracts**

| Counterparty | General Description | Address | Address 2 | City | State | Zip | Cure Amount |
|---|---|---|---|---|---|---|---|
| Adcology, Inc. | Marketing Services | 21520 Yorba Linda Blvd. | Site G, #539 | Yorba Linda | CA | 92887 | $ - |
| Adthena, Inc. | Marketing Services | 720 Brazos | Suite 1100 | Austin | TX | 78701 | $ - |
| Ben Lamiel | Independent Contractor | 1990 S Bundy Dr . | #650 | Los Angeles | CA | 90025 | $ - |
| Brinks BGS USA | Depository | 2179 South 300 West | Suite 4 | Salt Lake City | UT | 84115 | $ - |
| Brook Hitchcock | Independent Contractor | 1990 S Bundy Dr . | #650 | Los Angeles | CA | 90025 | $ - |
| Calvin Popejoy | Independent Contractor | 1990 S Bundy Dr . | #650 | Los Angeles | CA | 90025 | $ - |
| Conventional Safe | Safe | 1990 s Bundy Drive | Suite 650 | Los Angeles | CA | 90025 | $ - |
| Conversion Sciences LLC | Marketing | 1101 W 34th Street | 209 | Austin | TX | 78705 | $ - |
| Curata, Inc. | Marketing | 141 Tremont St | | Boston | MA | 02111 | $ - |
| Dana Frankfort (Thayer Capital) | Independent Contractor | 1990 S Bundy Dr . | #650 | Los Angeles | CA | 90025 | $ - |
| Delaware Depository Service Compa | Depository | 3601 N Market St | | Wilmington | DE | 19802 | $ - |
| Dial 800 | Marketing | 9911 West Pico Blvd | Suite 1200 | Los Angeles | CA | 90035 | $ - |
| Dialog Tech | Marketing | 300 West Adams Street | Suite 900 | Chicago | IL | 60606 | $ - |
| Diamond State Depository, LLC | Depository | 406 West Basin | | New Castle | DE | 19720 | $ - |
| DocuSign, Inc. | Software | 221 Main Street | Suite 1000 | San Francisco | CA | 94105 | $ - |
| Douglas Emmett 2007, LLC | Office Lease | 1299 Ocean Avenue | Suite 1000 | Santa Monica | CA | 90401 | $ - |
| Douglas Emmett 2007, LLC | Storage Lease | 1299 Ocean Avenue | Suite 1000 | Santa Monica | CA | 90401 | $ - |
| Douglas Emmett 2007, LLC | Office Lease | 1299 Ocean Avenue | Suite 1000 | Santa Monica | CA | 90401 | $ - |
| eBureau LLC | Marketing | 25 6th Ave North | | St. Cloud | MN | 56303 | $ - |
| Equity Trust Company | Custodian | 1 Equity Way | | Westlake | OH | 44145 | $ - |
| Eric Netzel | Independent Contractor | 1990 S Bundy Dr . | #650 | Los Angeles | CA | 90025 | $ - |
| essentialAccessibility | Marketing/Compliance | Spring Place | 6 St. Johns Lane | New York | NY | 10013 | $ - |
| Evolve Tele-Services, Inc. | Marketing | 2859 Eyde Parkway | | East Lansing | MI | 48823 | $ - |
| Gambit | Marketing | 1166 Beverwil Drive | Beverly Hills | CA | CA | 90035 | $ - |
| Google Adwords, Google Display | Marketing | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | $ - |
| Gsolutionz GPS | Telecommunications | 625 E Santa Clara Street | Suite 100 | Ventura | CA | 93001 | $ - |
| Helium Management | Marketing | 11311 Cornell Park Drive | Suite 125 | Cincinnati | OH | 45242 | $ - |
| Intermedia.com Inc. | Software | PO Box 888897 | | Los Angeles | CA | 90088 | $ - |
| John Ohanesian | Employee Agreement | 1990 S Bundy Drive | #650 | Los Angeles | CA | 90025 | $ - |
| Jordan Media | Marketing | P.O. Box 141078 | | Dallas | TX | 75214 | $ - |
| Larrin Devereaux | Independent Contractor | 1990 S Bundy Dr . | #650 | Los Angeles | CA | 90025 | $ - |
| LogMe In | Software | 320 Summer Street | | Boston | MA | 02210 | $ - |
| Microsoft Online, Inc. | Software | 6880 Sierra Center Parkway | | Reno | NV | 89511 | $ - |
| Morrey Wasserman | Independent Contractor | 1990 S Bundy Dr . | #650 | Los Angeles | CA | 90025 | $ - |
| Mountain | Marketing | 823 Congress Ave. #1827 | | Austin | TX | 78768 | $ - |
| NCOL | IT Support | #73023 - 8926 - 152 Street | | Surrey | BC | | $ - |

| Counterparty | General Description | Address | Address 2 | City | State | Zip | Cure Amount |
|---|---|---|---|---|---|---|---|
| Netcore Cloud, Inc | Marketing | 500 7th Ave | | New York | NY | 10018 | $ 2,000.00 |
| Newport Irvine Center, LLC | Office Lease | 3300 Irvine Ave | | Newport Beach | CA | 92660 | $ - |
| Newsmax Text | Marketing | 750 Park of Commerce Drive | Suite 100 | Boca Raton | FL | 33487 | $ - |
| Opinion Corp. | Marketing | 1732 1st Avenue | #25581 | New York | NY | 10028 | $ - |
| Pacific Alarm Systems, Inc. | Security | 4444 Sepulveda Blvd. | | Culver City | CA | 90230 | $ - |
| PacificEast | Marketing | 8625 SW Cascade Avenue | Suite 250 | Beaverton | OR | 97008 | $ - |
| Parks Coffee | Office Coffee | 4030 E Broadway Rd | #802 | Phoenix | AZ | 85040 | $ - |
| Paychex, Inc. | Payroll Provider | 911 Panorama Trail S | Suite 100, 150, 250 | Rochester | NY | 14625 | $ - |
| Purely Storage | Storage Lease | 1209 East Avenue I | | Lancaster | CA | 93535 | $ - |
| Retirementliving.com | Marketing | 600 East 4th Street | | Tulsa | OK | 74120 | $ - |
| Revealed Films | Marketing | 1776 Park Ave Ste 4-217 | | Park City | UT | 84060-5148 | $ - |
| Review Recruiters, LLC | Marketing | 820 S. MacArthur Blvd. | Suite 105-337 | Coppell | TX | 75019 | $ - |
| Ripoff Report | Marketing | P.O. Box 310 | | Tempe | AZ | 85280 | $ - |
| Sandeep D'Souza | Independent Contractor | 1990 S Bundy Dr . | #650 | Los Angeles | CA | 90025 | $ - |
| Spectrum Business (Time Warner Ca | Telecommunications | P.O. Box 60074 | | City of Industry | CA | 91716 | $ 362.35 |
| Strike Point | Marketing | 580 Broadway St | #201b | Laguna Beach | CA | 92651 | $ - |
| TrustPilot, Inc | Marketing | 245 Fifth Avenue | 5th Floor | New York | NY | 10016 | $ - |
| Two-D Productions | Marketing | 1657 Crestview | | Camarillo | CA | 93010 | $ - |
| Yelp, Inc. | Marketing | 140 New Montgomery Street | | San Francisco | CA | 94105 | $ - |