# EXHIBIT A

| EXHIBIT A | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fees Requested by Matter - Fourth Interim Fee Application For The Period 12/1/22 - 2/28/23 | | | | | | | |
| | Seventh Monthly Fee Application | | Eighth Monthly Fee Application | | Ninth Monthly Fee Application | | Total | |
| Matter | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| CA Department of Business Oversight | 4.4 | $3,674.00 | 28.7 | $24,975.00 | 89.9 | $72,857.25 | 123.0 | $101,506.25 |
| City of Los Angeles v. Lear - Case Specific Fees/Costs | 0.1 | $71.00 | 0.2 | $175.00 | 0.0 | $0.00 | 0.3 | $246.00 |
| General Business Advice | 11.8 | $9,118.00 | 2.4 | $1,929.50 | 5.4 | $4,137.50 | 19.6 | $15,185.00 |
| Marketing Agreement (JN) | 0.0 | $0.00 | 27.2 | $21,747.00 | 0.0 | $0.00 | 27.2 | $21,747.00 |
| NY Attorney General Subpoena Response | 0.7 | $497.00 | 0.1 | $75.00 | 0.0 | $0.00 | 0.8 | $572.00 |
| People v. Lear Capital – Insurance | 0.0 | $0.00 | 0.5 | $437.50 | 2.8 | $2,450.00 | 3.3 | $2,887.50 |
| Project Phoenix | 3.3 | $2,593.00 | 0.4 | $350.00 | N/C | N/C | 3.7 | $2,943.00 |
| Respond to Blalock v. Halt Subpoena | 0.0 | $0.00 | 0.0 | $0.00 | 0.1 | $87.50 | 0.1 | $87.50 |
| **Totals:** | **20.3** | **$15,953.00** | **59.5** | **$49,689.00** | **98.2** | **$79,532.25** | **178.0** | **$145,174.25** |

15317847.1

16076786/1

| | | | Seventh Monthly Fee Application | | Eighth Monthly Fee Application | | Ninth Monthly Fee Application | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | |  | | | | | | |

| Timekeeper | Position | Rate | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Seth E. Pierce | Member of the CA Bar since 1996 Partner in Litigation Department since 2005 | $830 (2022)/ $875 (2023) | 6.6 | $5,511.00 | 32.4 | $28,350.00 | 84.5 | $70,043.75 | 123.5 | $103,904.75 |
| Jeffrey Davine | Member of the CA Bar since 1985; Partner in the Tax Dept. since 2002 | $810 (2023) | 0.0 | $0.00 | 0.0 | $0.00 | 1.3 | $1,053.00 | 1.3 | $1,053.00 |
| Elaine Kim | Member of the CA Bar since 2006; Partner in Litigation Department since 2015 | $775 (2022)/ $795 (2023) | 11.0 | $8,525.00 | 24.0 | $19,080.00 | 0.0 | $0.00 | 35.0 | $27,605.00 |
| Brad Mullins | Member of the NY (2012), NJ (2012); and CA (2010) Bars; Partner in Litigation Department since 2019 | $710 (2022)/ $750 (2023) | 2.7 | $1,917.00 | 2.8 | $2,100.00 | 10.5 | $7,875.00 | 16.0 | $11,892.00 |
| Samantha Frankel | Member of the NY Bar (2020); Associate in Litigation Dept. since 2019 | $530 (2023) | 0.0 | $0.00 | 0.3 | $159.00 | 0.0 | $0.00 | 0.3 | $159.00 |
| Nicole Williams | Paralegal in Litigation Department since 2003 | $295 | 0.0 | $0.00 | 0.0 | $0.00 | 1.9 | $560.50 | 1.9 | $560.50 |
| **Totals** | | | 20.3 | $15,953.00 | 59.5 | $49,689.00 | 98.2 | $79,532.25 | 178 | $145,174.25 |
| **Blended Rate** | | | $785.86 | | $835.11 | | $809.90 | |

**Exhibit A**
**Fees Requested by Professional – Fourth Interim Compensation Period (12/1/22 - 2/28/23)**

Blended Rate Total: $815.59

15317847.1

16076786/1