**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| LEAR CAPITAL, INC.,[1] | Case No. 22-10165 (BLS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 26, 2023 AT 1:30 P.M. (ET)**

> **THE HEARING WILL BE HELD IN-PERSON IN JUDGE SHANNON'S COURTROOM.**
>
> **ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON.**
>
> **If you would like to listen in only please use the following link to register for the hearing:
> TO BE PROVIDED**
>
> Once registered, parties will receive a confirmation email containing
> personal log-in information for the hearing.
> All parties must register no later than 11:30 a.m. (ET) on April 26, 2023.

## ADJOURNED MATTERS:

1. Debtor's Objection (Non-Substantive) to Ohio Department of Taxation Proof of Claim (Claim #163) [Docket No. 551, Filed February 24, 2023] (the "Claim Objection").

   Objection Deadline: March 24, 2023 at 4:00 p.m. (ET).

   Responses/Objections Received:

   A. Response in Opposition to Claims Objection [Docket No. 575, Filed March 10, 2023].

   Related Documents:

   A. Exhibit 3 to Debtor's Objection (Non-Substantive) to Ohio Department of Taxation Proof of Claim (Claim #163) [Docket No. 552, Filed February 24, 2023].

   Status: The hearing with respect to the Claim Objection is adjourned to the next omnibus hearing scheduled on May 17, 2023 at 1:30 p.m. (ET).

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

16083450/1

**MATTERS GOING FORWARD:**

2. Motion of the Debtor for an Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto [Docket No. 626, Filed April 17, 2023].

   Objection Deadline: April 24, 2023 at 12:00 p.m. (ET).

   Responses/Objections Received: Informal comments received from the United States Trustee and Subchapter V Trustee.

   Related Documents:

   A. Motion to Shorten Notice Period with Respect to Debtor's Solicitation Procedures Motion [Docket No. 627, Filed April 17, 2023].

   B. Order Granting Motion to Shorten Notice Period with Respect to Debtor's Solicitation Procedures Motion [Docket No. 634, Entered April 19, 2023].

   Status: The hearing on this matter is going forward. The Debtor is working with the United States Trustee and Subchapter V Trustee regarding the informal comments and will be submitting a revised form of order.

Dated: April 24, 2023　　　　　　　　　**MORRIS JAMES LLP**
Wilmington, Delaware

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Alan J. Friedman (admitted *pro hac vice*)
Melissa Davis Lowe (admitted *pro hac vice*)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-mail: afriedman@shulmanbastian.com
E-mail: mlowe@shulmanbastian.com

*Counsel to the Debtor and Debtor in Possession*

2

16083450/1