# **EXHIBIT B-1**

(Resolved Claims of Customers)

**Lear Capital, Inc.**
**Exhibit B-1 (Resolved Claims of Customers)**
**6/5/2023**

| Claim Number | Date Filed | Account ID | Distribution Amount |
|---|---|---|---|
| **Total** | | | **$ 2,010,208** |
| 174 | 1/27/2023 | JWH4862 | $ 121,324 |
| 28 | 3/18/2022 | PK144 | 104,978 |
| 143 | 5/4/2022 | RW7443 | 95,074 |
| 162 | 7/30/2022 | DIE113 | 90,878 |
| 124 | 4/30/2022 | RN63025 | 88,158 |
| 115 | 4/29/2022 | GWB500 | 75,487 |
| 97 | 4/29/2022 | DCP691 | 73,848 |
| 146 | 4/4/2022 | VLR211 | 60,509 |
| 150 | 5/12/2022 | RSL805 | 54,443 |
| 107 | 4/25/2022 | DWM511 | 51,800 |
| 142 | 5/2/2022 | GRE308 | 47,613 |
| 43 | 3/29/2022 | RBM1058 | 46,923 |
| 68 | 4/14/2022 | JWM898 | 46,816 |
| 122 | 4/29/2022 | SL114 | 44,683 |
| 71 | 4/18/2022 | GTC170 | 42,966 |
| 101 | 4/22/2022 | WRL952 | 41,032 |
| 128 | 4/30/2022 | HMR139 | 36,040 |
| 83 | 4/25/2022 | WSM443 | 35,176 |
| 19 | 3/16/2022 | LCM4431 | 32,530 |
| 130 | 5/1/2022 | NH078 | 30,292 |
| 138 | 5/1/2022 | NC704 | 29,798 |
| 76 | 4/20/2022 | PK4817 | 29,610 |
| 38 | 3/15/2022 | POB463 | 27,276 |
| 18 | 3/16/2022 | SWM544 | 24,471 |
| 148 | 5/6/2022 | BCD2122 | 24,107 |
| 175 | 2/14/2023 | MFM432 | 24,043 |
| 100 | 4/28/2022 | PLM244 | 23,676 |
| 135 | 5/1/2022 | LS3670 | 23,429 |
| 106 | 4/25/2022 | KP922 | 20,028 |
| 46 | 3/30/2022 | JQM133 | 16,850 |
| 114 | 4/29/2022 | MC6252 | 16,704 |
| 49 | 4/2/2022 | MC6252 | 16,704 |
| 92 | 4/28/2022 | CCP467 | 16,626 |
| 79 | 4/20/2022 | LR2115 | 16,307 |
| 15 | 3/15/2022 | RLM328 | 15,999 |
| 109 | 4/11/2022 | CWT905 | 14,784 |
| 133 | 5/1/2022 | WWB740 | 14,772 |
| 137 | 5/1/2022 | BMN197 | 14,617 |
| 81 | 4/23/2022 | EJR805 | 13,994 |
| 35 | 3/22/2022 | KBS9213 | 13,852 |

**Lear Capital, Inc.**
**Exhibit B-1 (Resolved Claims of Customers)**
6/5/2023

| | | | |
|---|---|---|---|
| **Total** | | $ | **2,010,208** |
| **Claim Number** | **Date Filed** | **Account ID** | **Distribution Amount** |
| 99 | 4/29/2022 | TWA350 | 12,917 |
| 13 | 3/15/2022 | CTJ349 | 12,782 |
| 77 | 4/20/2022 | SKP115 | 12,286 |
| 113 | 4/29/2022 | KJL048 | 12,201 |
| 9 | 3/15/2022 | RC8001 | 11,914 |
| 61 | 4/11/2022 | LPT541 | 11,752 |
| 87 | 4/26/2022 | CGS907 | 11,632 |
| 144 | 5/4/2022 | KHF750 | 11,533 |
| 63 | 4/12/2022 | MS75206 | 11,360 |
| 98 | 4/29/2022 | JJM464 | 10,973 |
| 151 | 5/12/2022 | JCR5930 | 10,571 |
| 104 | 4/25/2022 | MWB190 | 9,478 |
| 129 | 4/30/2022 | MH9955 | 9,111 |
| 21 | 3/17/2022 | CWE801 | 8,920 |
| 44 | 3/29/2022 | ATG975 | 8,690 |
| 84 | 4/25/2022 | KCS774 | 8,584 |
| 94 | 4/28/2022 | RT85206 | 8,013 |
| 80 | 4/21/2022 | RD403 | 7,943 |
| 7 | 3/14/2022 | RT4580 | 7,447 |
| 121 | 4/29/2022 | DCM1681 | 7,446 |
| 95 | 4/28/2022 | LC14356 | 7,201 |
| 66 | 4/11/2022 | BBW327 | 7,108 |
| 141 | 5/2/2022 | SBB100 | 6,670 |
| 72 | 4/18/2022 | LC0745 | 6,573 |
| 65 | 4/11/2022 | WRR382 | 6,119 |
| 102 | 4/22/2022 | AWL8911 | 5,998 |
| 53 | 4/4/2022 | PNG359 | 5,900 |
| 86 | 4/26/2022 | NJO844 | 5,831 |
| 59 | 4/7/2022 | LGA796 | 5,688 |
| 48 | 4/1/2022 | FBK599 | 5,619 |
| 16 | 3/16/2022 | YL968 | 5,542 |
| 132 | 5/1/2022 | KSO974 | 5,320 |
| 149 | 5/11/2022 | SB95829 | 5,068 |
| 57 | 4/7/2022 | JA6009 | 4,752 |
| 105 | 4/27/2022 | MRR446 | 4,620 |
| 50 | 4/3/2022 | LFC953 | 4,603 |
| 116 | 4/25/2022 | RJR9250 | 4,428 |
| 22 | 3/17/2022 | RW823 | 4,228 |
| 108 | 4/14/2022 | VH968 | 4,140 |
| 78 | 4/20/2022 | SSF670 | 4,123 |

**Lear Capital, Inc.**
**Exhibit B-1 (Resolved Claims of Customers)**
**6/5/2023**

| Total | | | $ 2,010,208 |
|---|---|---|---|
| **Claim Number** | **Date Filed** | **Account ID** | **Distribution Amount** |
| 3 | 3/14/2022 | SS0872 | 3,854 |
| 145 | 5/2/2022 | THM4944 | 3,806 |
| 51 | 4/3/2022 | BF953 | 3,613 |
| 23 | 3/17/2022 | TM7747 | 3,562 |
| 39 | 3/24/2022 | JMS9207 | 3,496 |
| 117 | 4/29/2022 | GG060 | 3,495 |
| 118 | 4/29/2022 | MM08057 | 3,373 |
| 140 | 5/2/2022 | AS07748 | 3,305 |
| 5 | 3/14/2022 | JLM788 | 3,059 |
| 119 | 4/29/2022 | JB905 | 2,985 |
| 131 | 5/1/2022 | LSO974 | 2,918 |
| 91 | 4/27/2022 | NP975 | 2,596 |
| 40 | 3/28/2022 | PMM199 | 2,596 |
| 96 | 4/29/2022 | CB134 | 2,522 |
| 47 | 3/31/2022 | VL4525 | 2,388 |
| 29 | 3/19/2022 | WOM132 | 2,302 |
| 30 | 3/20/2022 | WOP102 | 2,291 |
| 159 | 7/8/2022 | EHS773 | 2,239 |
| 126 | 4/30/2022 | VP76901 | 1,991 |
| 1 | 3/12/2022 | SHM586 | 1,957 |
| 111 | 4/29/2022 | BC7873 | 1,955 |
| 2 | 3/13/2022 | AS91607 | 1,820 |
| 24 | 3/17/2022 | TB97023 | 1,473 |
| 134 | 5/1/2022 | PN8100 | 1,456 |
| 42 | 3/28/2022 | BM034 | 1,325 |
| 125 | 4/30/2022 | HD7707 | 1,286 |
| 8 | 3/15/2022 | RB1072 | 1,206 |
| 170 | 10/24/2022 | MHF630 | 1,206 |
| 45 | 3/29/2022 | DCM1070 | 1,164 |
| 6 | 3/14/2022 | NB446 | 1,141 |
| 20 | 3/17/2022 | TF551 | 1,036 |
| 27 | 3/18/2022 | PS298 | 920 |
| 36 | 3/22/2022 | RDR900 | 582 |
| 62 | 4/12/2022 | CUM117 | 517 |
| 152 | 5/18/2022 | Unknown | 507 |
| 54 | 3/24/2022 | JL5100 | 497 |
| 32 | 3/21/2022 | BB29588 | 468 |
| 33 | 3/21/2022 | SW6170 | - |
| 75 | 4/19/2022 | DR443 | - |
| 37 | 3/24/2022 | DG80129 | - |

**Lear Capital, Inc.**
**Exhibit B-1 (Resolved Claims of Customers)**
**6/5/2023**

| Claim Number | Date Filed | Account ID | Distribution Amount |
|---|---|---|---|
| **Total** | | | **$ 2,010,208** |
| 70 | 4/17/2022 | KP85261 | - |
| 10 | 3/15/2022 | MMM250 | - |
| 56 | 4/5/2022 | JF2760 | - |
| 41 | 3/28/2022 | PT9178 | - |
| 69 | 4/17/2022 | HE217 | - |
| 17 | 3/16/2022 | PS207 | - |
| 136 | 5/1/2022 | MOP119 | - |
| 12 | 3/15/2022 | TT2827 | - |
| 31 | 3/20/2022 | DR2827 | - |
| 172 | 11/15/2022 | SDR2306 | - |
| 169 | 9/13/2022 | GDM232 | - |
| 60 | 4/9/2022 | MWM950 | $ - |

**EXHIBIT B-2**

(Resolved Claims of Customers Duplicate Claims)

**Lear Capital, Inc.**
**Exhibit B-2 (Resolved Claims of Customers' Duplicate Claims)**
**6/5/2023**

| | | | |
|---|---|---|---|
| **Total** | | | $   - |
| **Claim Number** | **Date Filed** | **Account ID** | **Distribution Amount** |
| 123 | 4/30/2022 | RN63025 | $   - |
| 93 | 4/28/2022 | GWB500 | - |
| 14 | 3/15/2022 | POB463 | - |
| 4 | 3/14/2022 | JLM788 | $   - |

# **EXHIBIT B-3**

(Customer Claims with Insufficient Information)

**Lear Capital, Inc.**
**Exhibit B-3 (Customer Claims with Insufficient Information)**
**6/5/2023**

| Total | | | $ - |
|---|---|---|---|
| **Claim Number** | **Date Filed** | **Account ID** | **Distribution Amount** |
| 52 | 4/3/2022 | Unknown | $ - |
| 157 | 6/22/2022 | Unknown | - |
| 155 | 6/17/2022 | Unknown | $ - |